United States District Court
Southern District of Texas
FILED

JUN - 7 2001

Michael N. Milby
Clerk of Court

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a § | | |
| HVIDE MARINE TOWING, INC., § | | |
| and SEABULK OFFSHORE, LTD. § | | |
| Plaintiffs § | CIVIL ACTION NO. B-01-094 | |
| § | | |
| V. § | In Admiralty | |
| § | | |
| OCEANOGRAFIA S.A. de C.V. and § | | |
| AMADO YANEZ OSUNA § | | |
| Defendants. § | | |

## MOTION FOR ISSUANCE OF A WRIT OF ATTACHMENT

TO THE HONORABLE JUDGES OF SAID COURT:

Seabulk Towing, Inc. ("Seabulk Towing") (formerly known as Hvide Marine Towing, Inc. ("HMT") and Seabulk Offshore, Ltd. ("Seabulk Offshore"), Plaintiffs herein, file this their Motion for Issuance of a Writ of Attachment, and would respectfully show this Court the following:

I.

On June 7, 2001, Plaintiffs filed their Verified Original Complaint in the United States District Court for the Southern District of Texas, Brownsville Division, in the above-styled and captioned cause.

II.

The Complaint was filed, in order to attach assets as payment of an amount due and owing Plaintiffs by Defendant Oceanografia for unpaid charter hire and other expenses.

Further, since Defendants do not have a presence within this district, nor assets to satisfy a judgment other than Merrill Lynch Accounts 53C-07119 and 101-1730, Plaintiffs move for

152214                                    1

issuance of a Writ of Attachment of these accounts, in accordance with Rule B of the Supplemental Rules.

### III.

Plaintiffs, pursuant to the facts more fully set forth in the Verified Original Complaint and Exhibits thereto, seek the attachment of assets of Defendants, namely Account Nos. 53C-07119 and 101-1730, believed to be maintained at Merrill Lynch offices in Brownsville, Texas, which are located within the district and within the jurisdiction of this Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Seabulk Offshore, Ltd. and Seabulk Towing, Inc. respectfully pray:

1. That the Court issue an order directing the United States District Clerk for the Southern District of Texas to issue a writ of attachment in accordance with Rule B of the Supplemental Rules; and

2. That Plaintiffs be granted such other and further relief, both in law and in equity, as they may show themselves to be justly entitled.

Respectfully submitted,

THE KLEBERG LAW FIRM

*/s/ James Buchanan*

Frank L. McNiff, Jr.
State Bar No. 07419100
Federal ID No. 12595
James F. Buchanan
State Bar No. 03287500
Federal ID No. 0328
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas 78401
(361) 693-8500 Telephone
(361) 693-8600 Fax

ATTORNEYS FOR PLAINTIFFS

152214                                                      2