3

United States District Court
Southern District of Texas
FILED

JUN - 7 2001

Michael N. Milby
Clerk of Court

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SEABULK TOWING, INC., f/k/a § <br> HVIDE MARINE TOWING, INC., § <br> and SEABULK OFFSHORE, LTD. § <br> Plaintiffs § <br> § <br> V. § <br> § <br> OCEANOGRAFIA S.A. de C.V. and § <br> AMADO YANEZ OSUNA § <br> Defendants. § | CIVIL ACTION NO. B-01-094 <br><br> In Admiralty |

**PLAINTIFFS MOTION FOR EXPEDITED HEARING AND ALTERNATIVELY
FOR REFERRAL TO MAGISTRATE JUDGE FOR EXPEDITED HEARING**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

Plaintiffs Seabulk Towing, Inc. and Seabulk Offshore, Ltd. move for an expedited hearing for the consideration of its original verified complaint requesting entry of an order authorizing the issuance of a Rule B Writ of Attachment as follows:

1. On June 7, 2001, Plaintiffs Seabulk Towing, Inc. and Seabulk Offshore, Ltd. filed their original verified complaint requesting among other things the entry of an order authorizing the issuance of a Rule B writ of attachment for account Nos. 53C 07119 and 101-1730 at Merrill Lynch, 680 East St. Charles St., Suite 500, Brownsville, Texas, owned by Defendant Oceanografia and/or Defendant Amado Yanez Osuna.

2. Plaintiffs allege that Defendants may at any time transfer or withdraw the funds in the accounts. Plaintiffs would further show that Plaintiffs have also identified bank accounts of Defendant Oceanografia in Pittsburgh, Pennsylvania, and in New York, New York. Plaintiffs intend to simultaneously seek the issuance of Rule B attachments for those bank accounts. If Plaintiffs intention to seek Rule B attachments becomes known to Defendants, Defendants may,

152327                                                      1

and probably will, withdraw the funds from all of the accounts and Plaintiffs will be hindered in their ability to obtain security for their claims against Defendants.

3.  Plaitniffs request the Court grant it an expedited hearing to present its original verified complaint including issuance of a Rule B attachment for account Nos. 53C 07119 and 101-1730 at Merrill Lynch. Alternatively, Plaintiffs request the Court refer the matter to a Magistrate Judge for the Southern District of Texas, Brownsville Division, so that Plaintiffs can have an expedited hearing before the Magistrate Judge.

4.  If a hearing cannot be held as requested above, then a hearing is requested as soon as possible.

PREMISES CONSIDERED, Plaintiffs Seabulk Towing, Inc. and Seabulk Offshore, Ltd. request the Court grant this motion and grant it all other relief to which it is entitled.

Respectfully submitted,

THE KLEBERG LAW FIRM

*James Buck* (signature)

Frank L. McNiff, Jr.
State Bar No. 07419100
Federal ID No. 12595
James F. Buchanan
State Bar No. 03287500
Federal ID No. 0328
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas 78401
(361) 693-8500 Telephone
(361) 693-8600 Fax

ATTORNEYS-IN-CHARGE FOR
PLAINTIFFS, SEABULK TOWING, INC.
AND SEABULK OFFSHORE, LTD.