5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Seabulk Towing, Inc., f/k/a Hvida Marine Towing, Inc. and Seabulk Offshore, Ltd. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-01-094 |
| Oceanografia S.A. de C.V. and Amado Yanez Osuna | § § § | |
| Defendants. | § § | |

## ORDER

BE IT REMEMBERED, that on June 7, 2001 the Court **GRANTED** the Plaintiffs' Motion for Expedited Hearing and Alternatively for Referral to Magistrate Judge for Expedited Hearing filed on this same date in that the Court **REFERS** the Plaintiffs' Motion for Issuance of a Writ of Attachment to United States Magistrate Judge Felix Recio for a hearing as soon as is practicable.

DONE at Brownsville, Texas, this 7th day of June 2001.

Hilda G. Tagle
United States District Judge