IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
| Plaintiffs | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR EXPEDITED HEARING OF PLAINTIFFS

Plaintiffs Seabulk Towing, Inc. f/k/a Hvide Marine Towing, Inc. and Seabulk Offshore, Ltd.'s motion for expedited hearing is hereby granted. Hearing on their original verified complaint requesting entry of an order authorizing the issuance of a Rule B Attachment will be held at 3:30p o'clock p.m. on the 7th day of June, 2001.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

152327                                                          3