IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SEABULK TOWING, INC., f/k/a § | |
| HVIDE MARINE TOWING, INC., § | |
| and SEABULK OFFSHORE, LTD. § | |
| Plaintiffs § | CIVIL ACTION NO. B-01-094 |
| § | |
| V. § | In Admiralty |
| § | |
| OCEANOGRAFIA S.A. de C.V. and § | |
| AMADO YANEZ OSUNA § | |
| Defendants. § | |

## ORDER FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT

Upon reading the verified Complaint for issuance of process to attach the goods and chattels of the *in personam* Defendants and the Court finding that the conditions for attachment under Supplemental Admiralty Rule B appear to exist, it is therefore;

1. ORDERED that the clerk shall issue the process for maritime attachment and garnishment, as prayed for in the Complaint; and it is further

2. ORDERED that any person claiming an interest in the property arrested or attached pursuant to said order shall, upon application to the court, be entitled to a prompt hearing at which the Plaintiffs shall be required to show why the attachment should not be vacated or other relief granted.

3. The United States Marshal for the Southern District of Texas is ordered to attach:

   a. Merrill Lynch Account No. 53C-07119 located at
      680 East St. Charles St., Suite 500
      Brownsville, Texas 78520

   b. Merrill Lynch Account No. 101-1730 located at
      680 East St. Charles St., Suite 500
      Brownsville, Texas 78520

152215                                    1

c.  Serve a copy of the Verified Original Complaint and the Writ of Attachment on the person in possession of the aforementioned accounts; and

d.  Return the Warrant promptly.

4.  The accounts may be released from attachment without a further order of this court if (a) the United States Marshal receives written authorization from the attorney who requested the attachment that he has conferred with attorneys representing all of the parties to the litigation and they consent to the release, (b) the attorney files the consent, and (c) the Court has not entered an order to the contrary.

DONE at Brownsville, Texas this 7th day of June, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED AND ENTRY REQUESTED:

THE KLEBERG LAW FIRM

_____
James F. Buchanan
Attorney in charge for Plaintiffs,
Seabulk Towing, Inc., f/k/a Hvide Marine
Towing, Inc., and Seabulk Offshore, Ltd.

152215                                           2