| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Seabulk Offshore, Ltd. and Seabulk Towing, Inc. | COURT CASE NUMBER<br>B-01-094 |
|---|---|
| DEFENDANT<br>Oceanografia S.A. de C.V. and Amado Yanez Osuna | TYPE OF PROCESS<br>Attachment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Merrill Lynch Account Nos. 53C-07119 and 101-1730

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
680 East St. Charles St., Suite 500
Brownsville, Texas 78520

United States District Court
Southern District of Texas
FILED
JUN 1 1 2001
Michael N. Milby
Clerk of Court

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James F. Buchanan
The Kleberg Law Firm
800 N. Shoreline, Suite 900 North
Corpus Christi, TX 78401

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please Advise of the Balance, if Any, in the two Accounts

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 361-693-8500
DATE: 6/7/01

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Irma Silva, Client Associate

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 06/07/01   Time: 4:52 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | | | | |

REMARKS: Above named individual was served with above court orders. As per Silva, account no. 101-1730 is not a Merrill Lynch account, so this account was not frozen. Account no. 53C-07119 was frozen as per attorney Buchanan's request. This writer was not advised of the current balance to account no. 53C-07119. A representative of Merrill Lynch from the San Antonio office was to advised attorney Buchanan of this. This writer was advised that attorney Buchanan was in contact with the San Antonio office.

PRIOR EDITIONS MAY BE USED      1. CLERK OF THE COURT      FORM USM-285 (Rev. 12/15/80)