9

```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :   M Garcia
ERO                :   L Garcia
CSO                :   T Yanez
Date               :   June 7, 2001 at 1:30 p.m.
```

United States District Court
Southern District of Texas
FILED

JUN 07 2001

Michael N. Milby, Clerk of Court

CASE CR. B-01-94

Seabulk Towing Inc et al          *     J Buchanan
vs                                *
Oceanografia S.A. de C.V. et al   *

## EX PARTE PROCEEDINGS

Attorney for Seabulk Towing Inc et al present and proceeds with this ex parte proceeding;
States there is a Writ of Foreign Attachment (Rule B Attachment), which is an attachment of property of the defendant;

States the Deft Oceanografia has several accounts with Merill Lynch and another under the name of Mr Yanez, who is the principle of Oceanografia;
States Mr Yanez using funds for personal use instead of business needs of joint venture;

Atty states there is no agent for Oceanografia in the state of Texas;
Atty asking for attachment on bank accounts;

The Court grants the Motion for Expedited hearing & grants Mtn for Rule B.