//

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SEABULK TOWING, INC., f/k/a § | |
| HVIDE MARINE TOWING, INC., § | |
| and SEABULK OFFSHORE, LTD. § | |
| Plaintiffs § | CIVIL ACTION NO. B-01-094 |
| § | |
| V. § | In Admiralty |
| § | |
| OCEANOGRAFIA S.A. de C.V. and § | |
| AMADO YANEZ OSUNA § | |
| Defendants § | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT,
FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

NOW COMES Plaintiffs, Seabulk Towing, Inc. f/k/a Hvide Marine Towing, Inc. and Seabulk Offshore, Ltd., and pursuant to this Court's Order for Conference and Disclosure of Interested Parties, and in response thereto, list all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

SEABULK INTERNATIONAL, INC.

SEABULK OFFSHORE, LTD.

SEABULK TOWING, INC.

OCEANOGRAFIA S.A. de C.V.

AMADO YANEZ OSUNA

153461

Respectfully submitted,

THE KLEBERG LAW FIRM

*James F. Buchanan* (signature)

James F. Buchanan
State Bar No. 03287500
Federal ID No. 0328
Frank L. McNiff, Jr.
State Bar No. 07419100
Federal ID No. 12595
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas 78401
(361) 693-8500 Telephone
(361) 693-8600 Fax

ATTORNEYS-IN-CHARGE FOR
PLAINTIFFS, SEABULK TOWING, INC.
AND SEABULK OFFSHORE, LTD.

153461