17.

United States District Court
Southern District of Texas
FILED

AUG - 8 2001

Michael N. Milby
Clerk of Court

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
| Plaintiffs | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |
| Defendants | § | |

**PLAINTIFFS MOTION FOR EXPEDITED HEARING AND ALTERNATIVELY
FOR REFERRAL TO MAGISTRATE JUDGE FOR EXPEDITED HEARING**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

Plaintiffs, Seabulk Towing, Inc. and Seabulk Offshore, Ltd., move for an expedited hearing for the consideration of their motion for third-party discovery and show as follows:

1. On June 7, 2001, Plaintiffs Seabulk Towing, Inc. and Seabulk Offshore, Ltd. filed their original verified complaint requesting among other things the entry of an order authorizing the issuance of a Rule B writ of attachment for account Nos. 53C 07119 and 101-1730 at Merrill Lynch, 680 East St. Charles St., Suite 500, Brownsville, Texas, owned by Defendant Oceanografia and/or Defendant Amado Yanez Osuna. Subsequent to the filing of the original complaint, the Court ordered execution upon certain accounts resulting in the seizure of funds.

2. Pending answer by Defendants, Plaintiffs have not conducted third-party discovery awaiting the prescribed Federal Rule of Civil Procedure 26 meeting of the parties involved. Plaintiffs now desire to immediately conduct third-party discovery to avoid undue prejudice by Defendants and/or other third parties which could result in destruction of evidence or at a minimum transfer of assets beyond the scope and reach of Plaintiffs and this Court. Upon

152327v3                                      1

information and belief, Plaintiffs allege that Defendants and third parties may have conspired to purposely hinder the recovery of monies owed Plaintiffs and that additional delay of third-party discovery will hinder Plaintiffs in their ability to obtain security for their claims against Defendants. See Affidavit of Stephen B. Finch, Assistant General Counsel of Seabulk International, Inc.

3. Plaintiffs request the Court grant them an expedited hearing to present their Motion for Third-Party Discovery. Alternatively, Plaintiffs request the Court refer the matter to a Magistrate Judge for the Southern District of Texas, Brownsville Division, so that Plaintiffs can have an expedited hearing before the Magistrate Judge.

4. If a hearing cannot be held as requested above, then a hearing is requested as soon as possible.

PREMISES CONSIDERED, Plaintiffs Seabulk Towing, Inc. and Seabulk Offshore, Ltd. request the Court grant this motion and all other relief to which they are entitled.

Respectfully submitted,

THE KLEBERG LAW FIRM

_____
Frank L. McNiff, Jr.
State Bar No. 07419100
Federal ID No. 12595
James F. Buchanan
State Bar No. 03287500
Federal ID No. 0328
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas  78401
(361) 693-8500 Telephone
(361) 693-8600 Fax

ATTORNEYS-IN-CHARGE FOR
PLAINTIFFS, SEABULK TOWING, INC.
AND SEABULK OFFSHORE, LTD.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
| Plaintiffs | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |
| Defendants | § | |

## ORDER GRANTING MOTION FOR EXPEDITED HEARING OF PLAINTIFFS

Plaintiffs Seabulk Towing, Inc. f/k/a Hvide Marine Towing, Inc. and Seabulk Offshore, Ltd.'s motion for expedited hearing is hereby granted. Hearing on their Motion for Third-Party Discovery will be held at ____ o'clock __.m. on the __ day of August, 2001.

_____
UNITED STATES DISTRICT JUDGE

152327v3                                   3