13

United States District Court
Southern District of Texas
FILED

AUG - 8 2001

Michael N. Milby
Clerk of Court

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
| | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |

### PLAINTIFFS' MOTION FOR THIRD-PARTY DISCOVERY

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

Come now Seabulk Towing, Inc. (Seabulk Towing) and Seabulk Offshore, Ltd. (Seabulk

Offshore), (collectively "Seabulk"), Plaintiffs in the above styled cause, and by the undersigned

attorney and pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, and the Local Rules

of the District Court, and move for an order allowing for third-party discovery. As for this

motion, Seabulk states as follows:

I.

### BACKGROUND

a.    Procedural background:

Seabulk filed its original complaint against Defendants on June 7, 2001. At a hearing

before this Court, the Court entered an order attaching various accounts held for the benefit of

Defendants resulting in *in rem* jurisdiction over the funds in the account, which the Return of the

U.S. Marshal indicates to be a total of $78,046.15. To date, no answer or claim to these attached

funds has been filed by either Oceanografia, S.A. de C.V. or Amado Yanez Osuna.

154063                                    1

In an attempt to minimize the cost associated with service of process in Mexico, Seabulk forwarded the required FRCP 4(d) documents (Exhibit "A") to Mr. Alfred J. Rufty, III, who serves as Oceanografia's counsel in a separate independent action previously pending in New Orleans, Louisiana, Civil Action No. 01-0676, in the United States District Court, Eastern District of Louisiana; *Hvide Marine Towing, Inc. v. Oceanografia, S.A. de C.V.* No direct response has been received from Oceanografia's New Orleans' counsel.

Additionally, Seabulk has forwarded FRCP 4(d) correspondence directly to Oceanografia and Mr. Amado Yanez Osuna through Facsimile and Federal Express in an attempt to expedite these proceedings and minimize the expenses to all parties (Exhibit "B"). No response has been received to date from Oceanografia or Mr. Amado Yanez Osuna.

    b.    Post-Complaint Discovery:

After attachment of the aforedescribed funds, and to obtain additional information concerning Defendants' accounts, Seabulk issued a deposition upon written questions to Merrill-Lynch (Exhibit "C"). After issuance to Merrill-Lynch, Seabulk's counsel received a telephone call indicating that Merrill-Lynch had received an inquiry from Oceanografia's New Orleans counsel whether Merrill-Lynch would comply with Seabulk's subpoena and subpoena duces tecum. Upon being advised by Merrill-Lynch of such inquiry, and review of correspondence sent to Merrill-Lynch by Oceanografia's New Orleans' counsel (attached as Exhibit "D"), Seabulk voluntarily withdrew its deposition and subpoena pending FRCP 4(d) requirements. (Exhibit "E").

II.

## INVESTIGATION/POST COMPLAINT INFORMATION

a.    Joint Venture Audit:

As related in the attached affidavit of Seabulk's in-house counsel, Stephen B. Finch (Exhibit "F"), concurrent with Seabulk's actions against Oceanografia and Mr. Amado Yanez Osuna in Brownsville, Texas, an audit of a joint venture, Seabulk Offshore de Mexico S.A. de C.V. owned 51% by Defendant Oceanografia and 49% by Seabulk Towing was being undertaken by auditors KPMG, Mexico Division. Communications between Seabulk's in-house counsel and KPMG representatives in Mexico indicate that for at least the past six (6) months Defendant Oceanografia has not been fully responsive to KPMG's requests for information in the audit and, in fact, appear to be engaging in delay tactics to avoid full production of information. Acting upon information and belief, Seabulk asserts that Oceanografia is purposely attempting to defraud the aforesaid joint venture and Plaintiffs through its lack of cooperation and is further using such delay to avoid payment of funds owed Seabulk Offshore and Seabulk Towing.

b.    Otto Candies, LLC and Oceanografia Post-Attachment Action:

Further as related in the affidavit of Stephen B. Finch, information provided by Seabulk's employees located in Mexico, specifically, at the Campeche Banks where the joint venture's main operations currently take place, indicate that "high-placed sources" in Oceanografia's engineering department relate purposeful actions by Oceanografia and Otto Candies, LLC, to divest Oceanografia of all assets and transfer such assets to a new joint venture formed between Oceanografia and/or its principal, Amado Yanez Osuna, and Otto Candies, LLC in an attempt to circumvent Seabulk's efforts to obtain security for its claims and/or effectively diminish any

154063                                            3

CAMPDF - www.fastio.com

potential recovery by Seabulk for its valid claims maintained against Oceanografia and Mr. Amado Yanez Osuna.

Due to the nature of the information received, and the potential physical harm and danger to both Oceanografia and Seabulk employees in Mexico, Seabulk has not identified the individuals providing such information in an attempt to protect such individuals from potential life-threatening danger.

III.

GOOD CAUSE FOR THIRD-PARTY DISCOVERY

As provided by Federal Rule of Civil Procedure 26(d), a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f) unless the Court determines that in the interest of justice or otherwise that such discovery and third-party discovery may take place. Seabulk acknowledges that an F.R.C.P. 26 meeting has not taken place. Due to the extraordinary circumstances described above, Seabulk requests an order from this Court allowing third-party discovery, specifically to include but not limited to, deposition on written questions and/or oral depositions of Merrill-Lynch and oral deposition of Otto Candies, LLC.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Seabulk moves this Court enter an order allowing necessary third-party discovery prior to meeting of the parties or service of process upon Defendants.

Respectfully submitted,

THE KLEBERG LAW FIRM

_____
James F. Buchanan
State Bar No. 03287500
Federal ID No. 0328
Frank L. McNiff, Jr.
State Bar No. 07419100
Federal ID No. 12595
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas 78401
(361) 693-8500 Telephone
(361) 693-8600 Fax

ATTORNEYS-IN-CHARGE FOR
PLAINTIFFS, SEABULK TOWING, INC.
AND SEABULK OFFSHORE, LTD.

154063

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **SEABULK TOWING, INC., f/k/a** | § | |
| **HVIDE MARINE TOWING, INC.,** | § | |
| **and SEABULK OFFSHORE, LTD.** | § | |
| | § | **CIVIL ACTION NO. B-01-094** |
| | § | |
| **V.** | § | **In Admiralty** |
| | § | |
| **OCEANOGRAFIA S.A. de C.V. and** | § | |
| **AMADO YANEZ OSUNA** | § | |

## ORDER

On the _____ day of _____, 2001, came on to be considered the Motion of Plaintiffs' Motion for Third-Party Discovery and the Court finding the same to be in order, hereby ORDERS that third-party discovery against Merrill-Lynch and Otto Candies, LLC (or affiliates) may take place immediately with additional third party discovery taking place as necessary without further order of this court.

_____

UNITED STATES DISTRICT JUDGE

154063/Order                                  1

CVISPDF – www.fastio.com

# THE KLEBERG LAW FIRM
### Established 1849

|  | A Professional Corporation |  |
|---|---|---|
| **San Antonio Office** | **Corpus Christi Office** | **Houston Office** |
| Suite 1300 | Suite 900, North Tower | Suite 400 |
| 112 East Pecan Street | 800 North Shoreline Boulevard | 1800 Bering Drive |
| San Antonio, Texas 78205-1536 | Corpus Christi, Texas 78401-3709 | Houston, Texas 77057 |
| (210) 227-8800 | (361) 693-8500 | (713) 650-6166 |

Facsimile: (361) 693-8600

Frank L. McNiff, Jr.
Direct Dial (361) 693-8665

July 9, 2001

Mr. Alfred J. Rufty, III         **CERTIFIED MAIL NO. 7106 4575 1292 0969 2812**
Harris & Rufty                    **RETURN RECEIPT REQUESTED**
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112

Re:      C.A. No. B-01-094; in the U.S. District Court,
         Southern District of Texas, Brownsville Division
         *Seabulk Towing, Inc. and Seabulk Offshore, Ltd.*
         *vs. Oceanografia S.A. de C.V. and Amada Yanez Osuna*
         Kleberg Ref: 16273.1

Dear Mr. Rufty:

        Attached is a Notice of Lawsuit and Request for Waiver of Service of Summons pursuant to Federal Rule of Civil Procedure 4(d).

        As you are aware, our law firm has been engaged by Seabulk Towing, Inc. and Seabulk Offshore, Ltd. in an action against Oceanografia S.A. de C.V. and Amada Yanez Osuna in Brownsville, Texas. It is our understanding that you are the attorney of record for Oceanografia in a current federal proceeding in New Orleans, Louisiana, and it is hoped that Oceanografia and Mr. Amada Yanez Osuna will consent to this Waiver of Service of Summons to expedite the Brownsville proceeding.

        The following documents are attached for consideration:

- A prepaid envelope for return of the documents to The Kleberg Law Firm
- Two (2) copies of Notice of Lawsuit and Request for Waiver of Service of Summons to Oceanografia S.A. de C.V.
- Two (2) copies of Notice of Lawsuit and Request for Waiver of Service of Summons to Amada Yanez Osuna
- Two (2) copies of Waiver of Service of Summons forms for execution by Oceanografia S.A. de C.V. (or representative)



EXHIBIT

A

PENGAD-Bayonne, N. J.

July 9, 2001
Page 2

- Two (2) copies of Waiver of Service of Summons form for execution by Amada Yanez Osuna (or representative)
- Two (2) copies of the Court's Order of Conference and Disclosure of Interested Parties.

We thank you for your consideration and appreciate confirmation of your intentions directed to either myself or Jim Buchanan of The Kleberg Law Firm.

Very truly yours,

THE KLEBERG LAW FIRM

Frank L. McNiff, Jr.

FLM/ps
153362

cc:   Mr. William J. Riviere          Fax: 504-568-9130
      Phelps Dunbar LLP
      365 Canal Street, Suite 2000
      New Orleans, LA 70130-6534
      (without enclosures)

cc:   Stephen B. Finch                Fax: 954-527-1772
      Assistant General Counsel
      Seabulk International, Inc.
      P. O. Box 13038
      Fort Lauderdale, FL 33316
      (without enclosures)

2. Article Number

7106 4575 1292 0969 2812

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

Mr. Alfred J. Rufty III
Harris & Rufty
1450 Poydras Street, Suite 1510
New Orleans, Louisiana   70112

A. Received by (Please Print Clearly)       B. Date of Delivery

C. Signature
X       ☐ Agent
        ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

PS Form 3811, June 2000                    Domestic Return Receipt

---

Certified Mail Receipt

US Postal Service       PS Form 3800, June 2000

Sent To:

Mr. Alfred J. Rufty III
Harris & Rufty
1450 Poydras Street, Suite 1510
New Orleans, Louisiana   70112

Receipt for Certified Mail

Postage   $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $

Postmark
Here

7106 4575 1292 0969 2812

CVISPDF – www.fastio.com

# THE KLEBERG LAW FIRM
### Established 1849

A Professional Corporation
Corpus Christi Office
Suite 900, North Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3709
(361) 693-8500

Facsimile: (361) 693-8600

San Antonio Office
Suite 1300
112 East Pecan Street
San Antonio, Texas 78205-1536
(210) 227-8800

Houston Office
Suite 400
1800 Bering Drive
Houston, Texas 77057
(713) 650-6166

Frank L. McNiff, Jr.
Direct Dial (361) 693-8665

July 27, 2001

*Via Fax: 011 938-2 61 86*
*and Registered mail*

Oceanografia, S.A. de C.V.
Calle 26 "A" Lopez Mateos Mza. "D" Lote 2-A
Pureto Ind. Pesq. Laguna Azul
24140 Cd. del Carmen, Campeche

> Re:   C.A. No. B-01-094; in the U.S. District Court,
> Southern District of Texas, Brownsville Division
> *Seabulk Towing, Inc. and Seabulk Offshore, Ltd.*
> *vs. Oceanografia S.A. de C.V. and Amada Yanez Osuna*
> Kleberg Ref: 16273.1

Dear Sirs:

Attached is a Notice of Lawsuit and Request for Waiver of Service of Summons pursuant to Federal Rule of Civil Procedure 4(d).

By copy of this correspondence, we have also provided Mr. Alfred J. Rufty this notice as a courtesy as it is our understanding that he represents Oceanografia in a lawsuit currently in New Orleans, Louisiana.

The following documents are attached for consideration:

1.   A prepaid envelope for return of the documents to The Kleberg Law Firm

2.   Two (2) copies of the Verified Original Complaint

3.   Two (2) copies of Notice of Lawsuit and Request for Waiver of Service of Summons to Oceanografia S.A. de C.V.

4.   Two (2) copies of Waiver of Service of Summons forms for execution by Oceanografia S.A. de C.V. (or representative)



EXHIBIT
B

Oceanografia, S.A. de C.V.
July 27, 2001
Page 2

5.  Two (2) copies of the Court's Order of Conference and Disclosure of Interested
    Parties.

We have also attached translated copies of the above (in duplicate).

Thank you.

Very truly yours,

THE KLEBERG LAW FIRM

Frank L. McNiff, Jr.

FLM/ps
154010

cc:  Mr. Alfred J. Rufty, III        *Via Fax: 504-525-7500*
     Harris & Rufty, L.L.C.
     1450 Poydras Street, Suite 1510
     New Orleans, Louisiana  70112
     (with enclosures)

cc:  Mr. William J. Riviere          *Via Fax: 504-568-9130*
     Phelps Dunbar L.L.P.
     Canal Place
     365 Canal St., Suite 2000
     New Orleans, LA 70130-6534
     (without enclosures)

THE KLEBERG LAW FIRM
Established 1849

<table>
<tr><td>San Antonio Office<br>Suite 1300<br>112 East Pecan Street<br>San Antonio, Texas 78205-1536<br>(210) 227-8800</td><td>A Professional Corporation<br>Corpus Christi Office<br>Suite 900, North Tower<br>800 North Shoreline Boulevard<br>Corpus Christi, Texas 78401-3709<br>(361) 693-8500<br>Facsimile: (361) 693-8600</td><td>Houston Office<br>Suite 400<br>1800 Bering Drive<br>Houston, Texas 77057<br>(713) 650-6166</td></tr>
</table>

## FAX COVER SHEET

### CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**TO:** OCEANOGRAFIA, S.A. de C.V.

**FAX NUMBER:** 011 938 2 61 86

**FROM:** Frank L. McNiff, Jr.

This fax contains *90* pages including this one. If you do not receive all of the pages or if there is any problem with this transmission, please call the person shown below. Our fax number is (361) 693-8600.

**SENT BY:** Patty Smith

**DATE/TIME:** July 27, 2001

✓ ORIGINAL WILL BE MAILED ___ ORIGINAL WILL "NOT" BE MAILED

**Comments/Notes:** PLEASE SEE ATTACHED.

---

## TRANSMISSION REPORT

# THIS DOCUMENT WAS CONFIRMED (REDUCED SAMPLE ABOVE - SEE DETAILS BELOW)

## ** COUNT **
## TOTAL PAGES SCANNED : 90
## TOTAL PAGES CONFIRMED : 90

*** SEND ***

| No. | REMOTE STATION | START TIME | DURATION | #PAGES | MODE | RESULTS |
|-----|----------------|------------|----------|--------|------|---------|
| 1 | | 7-27- 1   12:37 | 55'35" | 90/ 90 | EC | COMPLETED<br>9600 |
| | | TOTAL | 0:55'35" | 90 | | |

NOTE:
No. : OPERATION NUMBER   48 : 4800BPS SELECTED   EC : ERROR CORRECT   G2 : G2 COMMUNICATION
PD : POLLED BY REMOTE   SF : STORE & FORWARD   RI : RELAY INITIATE   RS : RELAY STATION
MB : SEND TO MAILBOX   PG : POLLING A REMOTE   MP : MULTI-POLLING   RM : RECEIVE TO MEMORY

# THE KLEBERG LAW FIRM
### Established 1849

A Professional Corporation

| San Antonio Office | Corpus Christi Office | Houston Office |
|---|---|---|
| Suite 1300 | Suite 900, North Tower | Suite 400 |
| 112 East Pecan Street | 800 North Shoreline Boulevard | 1800 Bering Drive |
| San Antonio, Texas 78205-1536 | Corpus Christi, Texas 78401-3709 | Houston, Texas 77057 |
| (210) 227-8800 | (361) 693-8500 | (713) 650-6166 |

Facsimile: (361) 693-8600

Frank L. McNiff, Jr.
Direct Dial (361) 693-8665

July 27, 2001

**Via Fax: 011 938-2 61 86**
**and Registered mail**

Mr. Amada Yanez Osuna
Calle 26 "A" Lopez Mateos Mza. "D" Lote 2-A
Pureto Ind. Pesq. Laguna Azul
24140 Cd. del Carmen, Campeche

Re:     C.A. No. B-01-094; in the U.S. District Court,
        Southern District of Texas, Brownsville Division
        *Seabulk Towing, Inc. and Seabulk Offshore, Ltd.*
        *vs. Oceanografia S.A. de C.V. and Amada Yanez Osuna*
        Kleberg Ref: 16273.1

Dear Sirs:

Attached is a Notice of Lawsuit and Request for Waiver of Service of Summons pursuant to Federal Rule of Civil Procedure 4(d).

By copy of this correspondence, we have also provided Mr. Alfred J. Rufty this notice as a courtesy as it is our understanding that he represents Oceanografia in a lawsuit currently in New Orleans, Louisiana.

The following documents are attached for consideration:

1.  A prepaid envelope for return of the documents to The Kleberg Law Firm

2.  Two (2) copies of Verified Original Complaint

3.  Two (2) copies of Notice of Lawsuit and Request for Waiver of Service of Summons to Amada Yanez Osuna.

4.  Two (2) copies of Waiver of Service of Summons forms for execution by Amada Yanez Osuna.

Case 1:01-cv-00094   Document 13   Filed in TXSD on 08/08/2001   Page 16 of 38

Mr. Amado Yanez Osuna
July 27, 2001
Page 2

5. Two (2) copies of the Court's Order of Conference and Disclosure of Interested Parties.

We have also attached translated copies of the above (in duplicate).

Thank you.

Very truly yours,

THE KLEBERG LAW FIRM

Frank L. McNiff, Jr.

FLM/ps
154012

cc:     Mr. Alfred J. Rufty, III          *Via Fax: 504-525-7500*
        Harris & Rufty
        1450 Poydras Street, Suite 1510
        New Orleans, Louisiana 70112
        (with enclosures)

cc:     Mr. William J. Riviere           *Via Fax: 504-568-9130*
        Phelps Dunbar LLP
        Canal Place
        365 Canal St., Suite 2000
        New Orleans, LA 70130-6534
        (without enclosures)

CutePDF - www.tasisa.com

THE KLEBERG LAW FIRM
Established 1949

A Professional Corporation

San Antonio Office
Suite 1300
112 East Pecan Street
San Antonio, Texas 78205-1536
(210) 227-8800

Corpus Christi Office
Suite 900, North Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3709
(361) 693-8500

Houston Office
Suite 400
1800 Bering Drive
Houston, Texas 77057
(713) 651-6166

Facsimile: (361) 693-8600

**FAX COVER SHEET**

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

TO:          Mr. Amada Yanez Osuna

FAX NUMBER:  011 938 2 61 86

FROM:        Frank L. McNiff, Jr.

This fax contains _90_ pages including this one. If you do not receive all of the pages or if there is any problem with this transmission, please call the person shown below. Our fax number is (361) 693-8600.

SENT BY:     Patty Smith

DATE/TIME:   July 27, 2001

___ ORIGINAL WILL BE MAILED ___ ORIGINAL WILL "NOT" BE MAILED

Comments/Notes:

        PLEASE SEE ATTACHED.

---

# TRANSMISSION REPORT

## THIS DOCUMENT WAS CONFIRMED (REDUCED SAMPLE ABOVE - SEE DETAILS BELOW)

** COUNT **
TOTAL PAGES SCANNED   : 90
TOTAL PAGES CONFIRMED : 90

*** SEND ***

| No. | REMOTE STATION | START TIME | DURATION | #PAGES | MODE | RESULTS |
|---|---|---|---|---|---|---|
| 1 | | 7-27- 1  11:25 | 57'15" | 90/ 90 | EC | COMPLETED 9600 |
| | | TOTAL | 0:57'15" | 90 | | |

NOTE:
No. : OPERATION NUMBER  48 : 4800BPS SELECTED  EC : ERROR CORRECT  G2 : G2 COMMUNICATION
PD : POLLED BY REMOTE  SF : STORE & FORWARD  RI : RELAY INITIATE  RS : RELAY STATION
MB : SEND TO MAILBOX  PG : POLLING A REMOTE  MP : MULTI-POLLING  RM : RECEIVE TO MEMORY

CVISPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
Southern District of Texas
Brownsville Division

| | |
|---|---|
| Seabulk Towing, Inc., f/k/a Hvide Marine Towing, Inc., and Seabulk Offshore, Ltd. | : |
| | : |
| vs. | : Civil Action No. B-01-094 |
| | : In Admiralty |
| | : |
| Oceanografia S.A. de C.V. and Amado Yanez Osuna | : |

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Defendants: Amado Yanez Osuna, Oceanografia S.A. de C.V.

To other party/parties by and through their attorney(s) of record:

You will please take notice that fourteen (14) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of:
   Merrill Lynch
   680 E. St. Charles Street, #500, Brownsville, TX 78520 .

before a Notary Public for

## MARSHALL'S BUSINESS RECORDS
## 802 N. CARANCAHUA, SUITE 1050, CORPUS CHRISTI, TX 78470-0800

or its designated agent. Which deposition with attached questions may be used in evidence upon the trial of the above styled and numbered cause pending in the above named court. Notice is further given that request is here made as authorized under Rule 200, Texas Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

James F. Buchanan
THE ELKBERG LAW FIRM
800 N. Shoreline Blvd., Suite 968
Corpus Christi, TX 78401-3709
(361) 693-8690 Fax (361) 693-8600
Attorney for Plaintiff
TBA # 03287800

I certify that a true and exact copy of the foregoing Notice of Direct Questions was mailed to the respective parties and/or attorneys of record by certified mail, postage prepaid, hand-delivered or faxed.

Dated: June 13, 2001                    by _James N. Buch_____

Order No. 40671.1

EXHIBIT
C

ION/bbj

**IN THE UNITED STATES DISTRICT COURT**
**Southern District of Texas**
**Brownsville Division**

| | |
|---|---|
| Seabulk Towing, Inc., f/k/a Hvide Marine Towing, Inc., and Seabulk Offshore, Ltd. | : : : |
| vs. | : Civil Action No. B-01-094 :             In Admiralty : |
| Oceanografia S.A. de C.V. and Amado Yanez Osuna | : |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS, CUSTODIAN OF RECORDS FOR:

### Merrill Lynch

1. Please state your full name, occupation and official title.
   ANSWER_____

2. Are you the custodian of records for Merrill Lynch?
   ANSWER_____

3. Are you among those who have possession, custody, control of or access to any and all records as described on the attached Exhibit "A"?
   ANSWER_____

4. Are the aforementioned records kept in the regular course of business of your employer?
   ANSWER_____

5. Was it in the regular course of business of Merrill Lynch for a person with knowledge of the act, event, condition, opinion or diagnosis recorded to make the record or to transmit information thereof to be included in such record?
   ANSWER_____

6. Please state whether these records were made at the time or shortly after the time of the transaction recorded.
   ANSWER_____

7. Please release exact duplicate of the records as requested on the deposition subpoena, or the originals thereof, for attachment to this deposition. Have you done as requested? If not, why not?
   ANSWER_____

.

WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared_____,
known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first
duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.
SWORN TO AND SUBSCRIBED  before me, this _____day of_____, 20_____.

NOTARY PUBLIC

My Commission Expires:_____

Order No. 40671.1

## EXHIBIT "A"

1.  All records regarding any account held by or in the name of Amado Yanez Osuna from January 1, 1998, through the present.

2.  All records regarding any account held by or in the name of Oceanografia S.A. de C.V. from January 1, 1998, through the present.

3.  All records for Account Numbers 53C-07119 and 101-1730 for the period from January 1, 1998, through the present.

Order No. 40671.1-2

IN THE UNITED STATES DISTRICT COURT
Southern District of Texas
Brownsville Division

| | | |
|---|---|---|
| Seabulk Towing, Inc., f/k/a Hvide Marine Towing, Inc., and Seabulk Offshore, Ltd. | : | |
| | : | |
| | : | |
| vs. | : | Civil Action No. B-01-094 |
| | : | In Admiralty |
| | : | |
| Oceanografia S.A. de C.V. and Amado Yanez Osuna | : | |

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To Defendants: Amado Yanez Osuna, Oceanografia S.A. de C.V.

To other party/parties by and through their attorney(s) of record:

You will please take notice that fourteen (14) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of:

Merrill Lynch
40 N.E. Loop 410, Suite 525, San Antonio, TX 78216

before a Notary Public for

## MARSHALL'S BUSINESS RECORDS
## 802 N. CARANCAHUA, SUITE 1050, CORPUS CHRISTI, TX 78470-0800

or its designated agent. Which deposition with attached questions may be used in evidence upon the trial of the above styled and numbered cause pending in the above named court. Notice is further given that request is here made as authorized under Rule 200, Texas Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

James F. Buchanan
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78401-3708
(361) 693-8510  Fax (361) 693-8500
Attorney for Plaintiff
TBA # 03287500

I certify that a true and exact copy of the foregoing Notice of Direct Questions was mailed to the respective parties and/or attorneys of record by certified mail, postage prepaid, hand-delivered or faxed.

Dated: June 13, 2001

by _James Buc____

Order No. 40671.2

Stan/NOI

IN THE UNITED STATES DISTRICT COURT
Southern District of Texas
Brownsville Division

| | |
|---|---|
| Seabulk Towing, Inc., f/k/a Hvide Marine Towing, Inc., and Seabulk Offshore, Ltd. | : : : |
| vs. | : Civil Action No. B-01-094 : In Admiralty : |
| Oceanografia S.A. de C.V. and Amado Yanez Osuna | : : |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS, CUSTODIAN OF RECORDS FOR:

### Merrill Lynch

1.  Please state your full name, occupation and official title.
    ANSWER_____

2.  Are you the custodian of records for Merrill Lynch?
    ANSWER_____

3.  Are you among those who have possession, custody, control of or access to any and all records as described on the attached Exhibit "A"?
    ANSWER_____

4.  Are the aforementioned records kept in the regular course of business of your employer?
    ANSWER_____

5.  Was it in the regular course of business of Merrill Lynch for a person with knowledge of the act, event, condition, opinion or diagnosis recorded to make the record or to transmit information thereof to be included in such record?
    ANSWER_____

6.  Please state whether these records were made at the time or shortly after the time of the transaction recorded.
    ANSWER_____

7.  Please release exact duplicate of the records as requested on the deposition subpoena, or the originals thereof, for attachment to this deposition. Have you done as requested? If not, why not?
    ANSWER_____

WITNESS (Custodian of Records) _____

Before me, the undersigned authority, on this day personally appeared_____,
known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first
duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.
SWORN TO AND SUBSCRIBED  before me, this _____ day of_____, 20_____.

NOTARY PUBLIC _____

My Commission Expires:_____

Order No. 40671.2

# EXHIBIT "A"

1. All records regarding any account held by or in the name of Amado Yanez Osuna from January 1, 1998, through the present.

2. All records regarding any account held by or in the name of Oceanografia S.A. de C.V. from January 1, 1998, through the present.

3. All records for Account Numbers 53C-07119 and 101-1730 for the period from January 1, 1998, through the present.

Order No. 40671.1-2

CVisPDF – www.fastio.com

# HARRIS & RUFTY, L.L.C.
## CNG Towers, Suite 1510
### 1450 Poydras Street
### New Orleans, Louisiana 70112
### Telephone: (504) 525-7500
### FAX: (504) 525-7222

## TELECOPY TRANSMISSION

TO:  Ms. Samantha Velaz of Merrill-Lynch Legal Department
    TELECOPIER NO.: 212-670-4512

CC:  Mr. Amado Yanez of Oceanografia
    TELECOPIER NO. 011-52-938-26186

FROM:  Alfred J. Rufty III

DATE:  July 17, 2001

RE:  Oceanografia/Seabulk
    Our File No.: 736-85

NO. OF PAGES, INCLUDING THIS PAGE: ___5___

COMMENTS:

Dear Ms. Velaz:

  Thank you for speaking with me this morning about the deposition upon written questions served on Merrill-Lynch in connection with the referenced matter and the related subpoena and subpoena duces tecum (for documents).

  As I mentioned, Oceanografia and Mr. Yanez do not authorize the release of documents or information concerning their accounts with Merrill-Lynch. (The account numbers are 53C-07119 and 101-1730). The discovery requests and subpoena are plainly invalid. First and foremost, Seabulk (the plaintiff) has not made service of process on Oceanografia or Mr. Yanez.[1]  Discovery may not be conducted until at least twenty days

---

[1] To demonstrate this, I enclose a copy of a letter dated July 9, 2001 to me from Seabulk's counsel, requesting that Oceanografia and Mr. Yanez waive formal service of process (which they are not willing to do).



EXHIBIT
D

July 17, 2001
Page 2

after service of process is effected. Because service has not yet been made in this case, the deposition notice and subpoena are facially invalid.

Second, Seabulk seeks financial information concerning Oceanografia and Mr. Yanez in an effort to find assets to collect against. This effort is premature considering that Seabulk has obtained no judgment and has established no right to recover anything from Oceanografia or Mr. Yanez.

Third, Seabulk seeks documents and information concerning Mr. Yanez's personal account based on the extreme allegation that the corporate veil should be pierced. This allegation is reckless and utterly unsupported and does not justify Seabulk's intrusive discovery requests.

Finally, Oceanografia and Mr. Yanez arguably have the benefit of a privilege against disclosure of proprietary financial information concerning the conduct of the business of the company and the private financial dealings of Mr. Yanez. Oceanografia and Mr. Yanez certainly do not waive any such privilege.

As I explained, with service of process yet to be made and jurisdiction in dispute, we are not ourselves in a position to contest the discovery requests and subpoena. Doing so may be construed as a waiver of formal service of process requirements and possibly also a waiver of jurisdictional objections.

It is therefore incumbent upon Merrill-Lynch to protect its clients' rights. Under Fed. R. Civ. P. 45, a simple letter could of course be sent to Seabulk noting an objection to the discovery request. As you know, this would shift the burden to Seabulk to seek permission from the court to engage in the requested discovery. On behalf of Oceanografia and Mr. Yanez, I ask that you please note such an objection.

I understand that Merrill-Lynch has been in the process of gathering documents to respond to the subpoena. Please send me copies of the documents that have been gathered.

P.4

July 17, 2001
Page 3

It was a pleasure speaking with you; thanks for your assistance.  Kind regards.

Very truly yours,

HARRIS & RUFTY, L.L.C.

Alfred J. Rufty III

AJRIII/dlb

Enclosure

Case 1:01-cv-00094    Document 13    Filed in TXSD on 08/08/2001    Page 31 of 38

CVisPDF – www.fastio.com

# THE KLEBERG LAW FIRM
### Established 1849

| | | |
|---|---|---|
| San Antonio Office | A Professional Corporation | Houston Office |
| Suite 1300 | Corpus Christi Office | Suite 400 |
| 112 East Pecan Street | Suite 900, North Tower | 1800 Bering Drive |
| San Antonio, Texas 78205-1536 | 800 North Shoreline Boulevard | Houston, Texas 77057 |
| (210) 227-8800 | Corpus Christi, Texas 78401-3709 | (713) 650-6166 |
| | (361) 693-8500 | |

Facsimile: (361) 693-8600

**James F. Buchanan**
**Direct Dial (361) 693-8649**
**Board Certified-Civil Trial Law**
**Texas Board of Legal Specialization**

July 19, 2001

Ms. Samantha Velaz                    *Via Fax: 212-670-4512*
Merrill-Lynch Legal Department
222 Broadway
New York, NY 10038

Re:     Seabulk v. Oceanografia
        Kleberg No. 16273.1

Dear Ms. Velaz:

Thank you for forwarding to me a copy of Mr. Rufty's fax of July 17, 2001.  I concur with Mr. Rufty that it is premature to conduct discovery in the referenced matter.

Seabulk will excuse Merrill-Lynch from complying with the subpoena which accompanied its deposition on written questions for the present, and will issue a new deposition and subpoena at an appropriate time.

I apologize for any inconvenience this may have caused.

Very truly yours,

THE KLEBERG LAW FIRM

James F. Buchanan

JFB/ps
153787

cc:     Alfred Rufty III              *Via Fax: 504-525-7500*
        Harris & Rufty, LLC
        1450 Poydras Street
        New Orleans, LA 70112



EXHIBIT

E

THE KLEBERG LAW FIRM
Established 1949
A Professional Corporation

San Antonio Office
Suite 1300
112 East Pecan Street
San Antonio, Texas 78205-1536
(210) 227-8800

Corpus Christi Office
Suite 900, North Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3709
(361) 693-8500

Houston Office
Suite 400
1800 Bering Drive
Houston, Texas 77057
(713) 650-6144

Facsimile: (361) 693-8600

## FAX COVER SHEET

### CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**TO:**         Ms. Samantha Velaz

**FIRM:**       Merrill-Lynch — Legal Department

**FAX NUMBER:** 212-670-4512

**FROM:**       James F. Buchanan

This fax contains _2_ pages including this one. If you do not receive all of the pages or if there is any problem with this transmission, please call the person shown below. Our fax number is (361) 693-8600.

**SENT BY:**    Patty Smith

**DATE/TIME:**  July 19, 2001

____ ORIGINAL WILL BE MAILED  ✓ ORIGINAL WILL "NOT" BE MAILED

Comments/Notes:

---

## TRANSMISSION REPORT

# THIS DOCUMENT WAS CONFIRMED
# (REDUCED SAMPLE ABOVE – SEE DETAILS BELOW)

### ** COUNT **
## TOTAL PAGES SCANNED    : 2
## TOTAL PAGES CONFIRMED  : 2

*** SEND ***

| No. | REMOTE STATION | START TIME | DURATION | #PAGES | MODE | RESULTS |
|-----|----------------|------------|----------|--------|------|---------|
| 1 | 1 212 670 4512 | 7-19- 1  14:10 | 0'56" | 2/ 2 | EC | COMPLETED 9600 |
| | | TOTAL | 0:00'56" | 2 | | |

NOTE:
No. : OPERATION NUMBER    48 : 4800BPS SELECTED    EC : ERROR CORRECT    G2 : G2 COMMUNICATION
PD : POLLED BY REMOTE    SF : STORE & FORWARD    RI : RELAY INITIATE    RS : RELAY STATION
MB : SEND TO MAILBOX    PG : POLLING A REMOTE    MP : MULTI-POLLING    RM : RECEIVE TO MEMORY

CVisPDF – www.fastio.com

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
| Plaintiffs | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |
| Defendants | § | |

## AFFIDAVIT OF STEPHEN B. FINCH

STATE OF FLORIDA          §

COUNTY OF BROWARD    §

On this *2nd* day of August, 2001, appeared before me, the undersigned notary public, Stephen B. Finch and after I administered an oath to him, upon his oath, he said:

"My name is Stephen B. Finch. I am more than 21 years of age and capable of making this affidavit.

I am an attorney licensed to practice law in all state courts in the States of Virginia (since 1995) and New York (since 1978) and am an Authorized House Counsel in the State of Florida. I am admitted to practice in the United States District Court for the Southern District of New York. I was admitted to the Bar of the State of Florida as an Authorized House Counsel on February 19, 2001, and have practiced continuously in the State of Florida since that date. Prior to my being admitted into the Florida Bar, I practiced law in the State of Virginia from 1993-2000. I concentrate in the areas of admiralty, and general corporate law and have represented clients in state and federal courts.



EXHIBIT

F

I am the Assistant General Counsel for Seabulk International Incorporated ("SEABULK") with its principal place of business located in Fort Lauderdale, Florida. SEABULK is a global marine services company with affiliated companies serving clients throughout the world including Seabulk Offshore, Ltd. ("SEABULK OFFSHORE") and Seabulk Towing, Inc. ("SEABULK TOWING"). SEABULK TOWING is involved in a joint venture with Oceanografia S.A. de C.V. ("OCEANOGRAFIA") supplying offshore supply vessels to the Mexican State oil company Pemex on the Campeche Banks in Mexico. Some of those vessels are owned by SEABULK OFFSHORE. The joint venture company is named Seabulk Offshore de Mexico S.A. de C.V.

In my capacity as Assistant General Counsel to SEABULK and its affiliates, I was advised during the month of July, 2001, by a SEABULK OFFSHORE employee located in Mexico that problems were occurring within the joint venture between SEABULK TOWING and OCEANOGRAFIA. The problems mentioned were allegations of purposeful concealment by OCEANOGRAFIA of assets and the transfer of various vessels owned by OCEANOGRAFIA to a joint venture company owned by OCEANOGRAFIA and Otto Candies, LLC, an American company doing business in Louisiana. Upon further investigation, I discovered that this same SEABULK OFFSHORE employee (located in Mexico) had been told by OCEANOGRAFIA engineering personnel that, by the end of 2001, OCEANOGRAFIA would be a shell company after transferring all its vessels and other assets to the aforementioned joint venture between OCEANOGRAFIA and Otto Candies, LLC. According to the SEABULK OFFSHORE employee the OCEANOGRAFIA engineering personnel had stated that the purpose of such transfers was to insulate OCEANOGRAFIA from potential arrest and attachment of vessels as a result of the above-styled lawsuit in Brownsville, Texas, and other actions brought against

154128

2

OCEANOGRAFIA by SEABULK. The OCEANOGRAFIA personnel further related that employees or agents of Otto Candies, LLC, were actively involved in the transfers and purposely trying to impede the collection of SEABULK's claims. The transfer of assets apparently includes three (3) vessels with an aggregate value exceeding $11.5 million dollars, an amount that would likely suffice to satisfy Plaintiffs' claims.

Concurrent with the transfer of assets to the Otto Candies joint venture, OCEANOGRAFIA appears to be purposely delaying an audit of the SEABULK OFFSHORE joint venture by not furnishing information requested by the auditors KPMG. Telephone conferences with KPMG's Mexico division confirm the lack of responsiveness from OCEANOGRAFIA, and information received from OCEANOGRAFIA's Campeche personnel indicate that such delay may be related to the divestment of assets mentioned above.

Because of the potential for physical harm, both the SEABULK OFFSHORE and OCEANOGRAFIA employees from whom the above information has been received have requested that they remain unnamed and that their identification be protected from disclosure.

Further, Affiant sayeth not.

_Stephen B. Finch_
Stephen B. Finch

STATE OF FLORIDA          §

COUNTY OF BROWARD          §

SWORN TO AND SUBSCRIBED BEFORE ME by Stephen B. Finch on this the _2nd_ day of August, 2001.

_Susan K. Smith_
Notary Public, State of Florida

L:\SBF\Oceanografia Affidavit.DOC

OFFICIAL NOTARY SEAL
SUSAN K SMITH
COMMISSION NUMBER
CC862101
MY COMMISSION EXPIRES
AUG. 10,2003

154128

3

# THE KLEBERG LAW FIRM
### Established 1849

**San Antonio Office**
Suite 1300
112 East Pecan Street
San Antonio, Texas 78205-1536
(210) 227-8800

**A Professional Corporation**
Corpus Christi Office
Suite 900, North Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3709
(361) 693-8500

Facsimile: (361) 693-8600

**Houston Office**
Suite 400
1800 Bering Drive
Houston, Texas 77057
(713) 650-6166

## FAX COVER SHEET

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney–client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**TO:**        Mr. Alfred J. Rufty III

**FIRM:**      Harris & Rufty, L.L.C.

**FAX NUMBER:**   504-525-7222

**FROM:**      James F. Buchanan

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This fax contains __2__ pages including this one. If you do not receive all of the pages or if there is any problem with this transmission, please call the person shown below. Our fax number is (361) 693-8600.

**SENT BY:**     Patty Smith

**DATE/TIME:**    July 19, 2001

____ ORIGINAL WILL BE MAILED  ✓ ORIGINAL WILL "NOT" BE MAILED

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Comments/Notes:

## TRANSMISSION REPORT

# THIS DOCUMENT WAS CONFIRMED
# (REDUCED SAMPLE ABOVE – SEE DETAILS BELOW)

### ** COUNT **
### TOTAL PAGES SCANNED    :   2
### TOTAL PAGES CONFIRMED   :   2

### *** SEND ***

| No. | REMOTE STATION | START TIME | DURATION | #PAGES | MODE | RESULTS |
|---|---|---|---|---|---|---|
| 1 | 504 525 7222 | 7-19- 1   14:08 | 0'47" | 2/ 2 | | COMPLETED 14400 |
| | | TOTAL | 0:00'47" | 2 | | |

NOTE:
No. : OPERATION NUMBER   48 : 4800BPS SELECTED   EC : ERROR CORRECT   G2 : G2 COMMUNICATION
PD : POLLED BY REMOTE   SF : STORE & FORWARD   RI : RELAY INITIATE   RS : RELAY STATION
SB : SEND TO MAILBOX   PG : POLLING A REMOTE   MP : MULTI-POLLING   RM : RECEIVE TO MEMORY