*14*

United States District Court
Southern District of Texas
ENTERED

AUG 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
| | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |

## ORDER

On the 10TH day of AUGUST 2001, came on to be considered the Motion of
(DOCKET NO. 13)
Plaintiffs' Motion for Third-Party Discovery and the Court finding the same to be in order,

hereby ORDERS that third-party discovery against Merrill-Lynch and Otto Candies, LLC (or

affiliates) may take place immediately with additional third party discovery taking place as

necessary without further order of this court.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

154063/Order                                    1