CAB-01-94 (160)

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 8/28/01 @ 12:28 PM |
| NAME OF SERVER (PRINT) ANDREW MANBER | TITLE PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 2700 TANGLEWILDE #200
HOUSTON TX AMADO YANEZ OSUNA
VERIFIED ORIGINAL COMPLAINT INCLUDING REQUEST FOR MARITIME ATTACHMENT #

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

SEP 17 2001

☐ Other (specify): _____

Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-28-01
Date

Signature of Server

**TEXAS CIVIL PROCESS, INC.**
1650 S. Brownlee Blvd
P.O. Box 3785
Corpus Christi, TX 78463-3785

Address of Server

# VERIFIED AMENDED ORIGINAL COMPLAINT INCLUDING REQUEST FOR MARITIME ATTACHMENT & ORDER SETTING CONFERENCE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served : _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $ 312.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     *Return of Service Attached*
                Date                         Signature of Server

**TEXAS CIVIL PROCESS, INC.**
1650 S. Brownlee Blvd
~~P.O. Box 3785~~
*Address of Server*  Corpus Christi, TX 78463-3785

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.