CA B-01-94

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/28/01 @ 12:28 PM |
| NAME OF SERVER (PRINT) ANDREW MANGER | TITLE PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 2500 TANGLEWILDE #200 HOUSTON TX  OCEANOGRAFIA SA BY DELIVERING it + VERIFIED ORIGINAL COMPLAINT INCLUDING REQUEST FOR MARITIME **

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): + AMADO YANEZ OSUNA

United States District Court
Southern District of Texas
FILED
SEP 17 2001
Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/28/01
                Date                    Signature of Server

**TEXAS CIVIL PROCESS, INC.**
**1650 S. Brownlee Blvd**
**P.O. Box 3785**
Address of Server  **Corpus Christi, TX  78463-3785**

*ATTACHMENT, VERIFIED AMENDED ORIGINAL COMPLAINT INCLUDING REQUEST FOR MARITIME ATTACHMENT, & ORDER SETTING CONFERENCE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85)   Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE

NAME OF SERVER

TITLE

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      *Return of Service Attached.*
              Date              Signature of Server

**TEXAS CIVIL PROCESS, INC.**
1650 S. Brownlee Blvd
*Address of Server*   P.O. Box 3785
Corpus Christi, TX  78463-3785

1) As to who may serve a summons see Rule 4    ie Federal Rules of Civil Procedure.

ClibPDF - www.fastio.com