

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **SEABULK TOWING, INC., f/k/a** | § | |
| **HVIDE MARINE TOWING, INC.,** | § | |
| **and SEABULK OFFSHORE, LTD.** | § | |
| | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| **OCEANOGRAFIA S.A. de C.V. and** | § | |
| **AMADO YANEZ OSUNA** | § | |

### PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

Come now Seabulk Towing, Inc. (Seabulk Towing) and Seabulk Offshore, Ltd. (Seabulk Offshore), (collectively "Seabulk"), Plaintiffs in the above styled cause, and by the undersigned attorney and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and the Local Rules of the District Court, move the Court to issue entry of default and further, to render default judgment against Defendant Oceanografia S.A. de C.V. ("Oceanografia") and Defendant Amado Yanez Osuna ("Osuna"). As for this motion, Seabulk states as follows:

I.

### BACKGROUND

a.   Original Complaint:

Seabulk filed its original complaint against Defendants on June 7, 2001. At a hearing before this Court, the Court entered an order attaching various accounts held for the benefit of Defendants resulting in *in rem* jurisdiction over the funds in the account, which the Return of the

155855                                    1

U.S. Marshal indicates to be a total of $78,046.15. To date, no answer or claim to these attached funds has been filed by either Oceanografia or Osuna.

In an attempt to minimize the cost associated with service of process in Mexico, Seabulk forwarded FRCP 4(d) documents to Mr. Alfred J. Rufty, III, who serves as Oceanografia's counsel in a separate independent action previously pending in New Orleans, Louisiana, Civil Action No. 01-0676, in the United States District Court, Eastern District of Louisiana; *Hvide Marine Towing, Inc. v. Oceanografia, S.A. de C.V.* No direct response has been received from Oceanografia's New Orleans' counsel.

Additionally, Seabulk has forwarded FRCP 4(d) correspondence directly to Oceanografia and Osuna through Facsimile and Federal Express in an attempt to expedite these proceedings and minimize the expenses to all parties. No response has been received to date from Oceanografia or Osuna.

    b.    <u>First Amended Original Complaint</u>:

After filing of its Original Complaint, Plaintiffs filed its amended complaint on August 23, 2001. The Original and Amended Original Complaints were served on Defendant Oceanografia and Defendant Osuna on August 28, 2001, with the return of service being filed with this Court on September 18, 2001.

## II.

## ARGUMENT AND AUTHORITIES

    a.    <u>Entry of Default</u>:

Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of the Court may enter default against a party who has not filed a responsive pleading or otherwise defended the suit. The Clerk should enter a default against Defendant Oceanografia and Defendant Osuna as

neither defendant has filed an answer within 20 days after August 28, 2001, the date of service. Federal Rule of Civil Procedure 12(a)(1)(A).

Plaintiffs meet the procedural requirements for obtaining entry of default from the Clerk as demonstrated by the undersigned's sworn affidavit, attached as Exhibit A. Because Defendants did not file responsive pleadings or otherwise defend the suit, Defendant is not entitled to notice of entry of default.

    b.    <u>Default Judgment:</u>

Pursuant to Federal Rule of Civil Procedure 55(b)(1), the Court may render a default judgment against the parties who have not filed a responsive pleading or otherwise defended the suit. The Court should enter default judgment against Defendant Oceanografia and Defendant Osuna as such defendants have not filed answers within 20 days after August 28, 2001, the date of service.

Defendant Osuna is not an infant, an incompetent person, and is not a member of the military. An affidavit of Defendant Osuna's military status is attached as Exhibit B.

Plaintiff seeks a default judgment *in rem* as to the $78,406.15. Additionally, Plaintiff seeks entry of an Order of Default as to the liability of Oceanografia and Osuna as to the causes of action set forth in Plaintiffs' First Amended Complaint.

Plaintiffs seek unliquidated damages against Oceanografia and Osuna and request an evidentiary hearing to present evidence in support of its request for damages and cost of court.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs move this Court to order the clerk of the court make entry of default and further, to enter default judgment in favor of Plaintiffs against the funds subject to the Rule B Attachment, in the amount of $78,406.15, and enter its judgment of default as to liability against Defendants on the claims of Plaintiffs' First Amended

155855                              3

Original Complaint, and after an evidentiary hearing, enter its final judgment against Defendants Oceanografia S.A. de C.V. and Amado Yanez Osuna in the amount determined by the Court.

Respectfully submitted,

THE KLEBERG LAW FIRM

*[signature]*

James F. Buchanan
State Bar No. 03287500
Federal ID No. 0328
Frank L. McNiff, Jr.
State Bar No. 07419100
Federal ID No. 12595
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas  78401
(361) 693-8500 Telephone
(361) 693-8600 Fax

ATTORNEYS-IN-CHARGE FOR PLAINTIFFS, SEABULK TOWING, INC. AND SEABULK OFFSHORE, LTD.

155855                                              4

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a HVIDE MARINE TOWING, INC., and SEABULK OFFSHORE, LTD. | § § § § | |
| | § | CIVIL ACTION NO. B-01-094 |
| V. | § § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and AMADO YANEZ OSUNA | § § | |

AFFIDAVIT OF FRANK L. McNIFF, JR.

STATE OF TEXAS         §

COUNTY OF NUECES    §

This _16th_ day of September, 2001, Frank L. McNiff, Jr. appeared before me, the undersigned notary public. After I administered an oath to him, on his oath, he said:

"My name is Frank L. McNiff, Jr. I am more than 21 years of age and capable to make this affidavit.

I am an attorney to practice law in all state courts in the State of Texas since 1990. I am admitted to practice in the United States District Court for the Southern District of Texas. I was admitted to the Bar of the State of Texas on November 2, 1990, and have practiced continuously in the State of Texas since that date. I concentrate in the areas of admiralty, personal injury and have represented clients in state and federal courts.

I am an attorney of record for Seabulk Towing, Inc., f/k/a Hvide Marine Towing, Inc. and Seabulk Offshore, Ltd. ("Seabulk") and in this capacity, confirm that the Original Complaint and Amended Original Complaint of Seabulk were served on Oceanografia S.A. de C.V. and Amado Yanez Osuna by Texas Civil Process, Inc. on August 28, 2001, in Houston, Texas. Due to closure of the Brownsville courthouse and delays in mail, the originals of the return for service upon Defendants has not been received by the District clerk despite the same being mailed on September 12, 2001. The

155860


EXHIBIT A

process server's affidavit has previously been filed on September 18, 2001 (in copy format) with original documents to be filed upon receipt. (See Attachment A to this affidavit)

No answer has been received from Defendant Oceanografia or Defendant Osuna. On the morning of September 18, one day after expiration of answer date, Defendant's counsel called associated counsel James F. Buchanan requesting an extension to file an answer. The request was denied on the afternoon of September 18, 2001.

Further, Affiant sayeth not."

_____
Frank L. McNiff, Jr.

STATE OF TEXAS          §

COUNTY OF NUECES        §

SWORN TO AND SUBSCRIBED BEFORE ME by Frank L. McNiff, Jr. on this the 18th day of September, 2001.

_____
Notary Public, State of Texas

[Notary Seal: PATTY SMITH, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 08-24-2005]

155860

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a § | | |
| HVIDE MARINE TOWING, INC., § | | |
| and SEABULK OFFSHORE, LTD. § | | |
| § | CIVIL ACTION NO. B-01-094 | |
| § | | |
| V. § | In Admiralty | |
| § | | |
| OCEANOGRAFIA S.A. de C.V. and § | | |
| AMADO YANEZ OSUNA § | | |

## SOLDIERS AND SAILORS AFFIDAVIT

STATE OF TEXAS          §

COUNTY OF NUECES     §

This *18th* day of September, 2001, Frank L. McNiff Jr. appeared before me, the undersigned notary public. After I administered an oath to him, on his oath, he said:

"My name is Frank L. McNiff Jr.. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Defendant, Amado Yanez Osuna is believed not to be in the United States military as Mr. Osuna is approximately 35 – 40 years of age, a Mexican national, and does not reside in the United States. Although Plaintiff believes that Mr. Osuna is not in the military, pursuant to The Soldiers' and Sailors' Civil Relief Act of 1940, 50 U.S.C. 520(3), Plaintiff requests the court to appoint an attorney to represent defendant before a default judgment is issued if the above known facts are deemed insufficient for confirmation of Mr. Osuna's not being in the United States Military.

Further, Affiant sayeth not."

_____
Frank L. McNiff Jr.



EXHIBIT
B

155859

STATE OF TEXAS                    §

COUNTY OF NUECES                  §

  SWORN TO AND SUBSCRIBED BEFORE ME by Frank L. McNiff Jr. on this the 18th day of September, 2001.

                 _____
                 Notary Public, State of Texas

[Seal: PATTY SMITH, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 08-24-2005]

155859

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SEABULK TOWING, INC., f/k/a § <br> HVIDE MARINE TOWING, INC. § <br> and SEABULK OFFSHORE, LTD. § <br> § | CIVIL ACTION NO. B-01-094 |
| V. § | In Admiralty |
| § | |
| OCEANOGRAFIA S.A. de C.V. and § <br> AMADO YANEZ OSUNA § | |

### AFFIDAVIT OF BILLY D. DEEL /RETURN OF SERVICE

STATE OF TEXAS §
§
COUNTY OF NUECES §

This **18th** day of September, 2001, Billy D. Deel appeared before me, the undersigned notary public. After I administered an oath to him, on his oath, he said:

"My name is Billy D. Deel. I am more than 21 years of age and capable to make this affidavit.

I am an independent process server doing business as Texas Civil Process, Inc., located in Corpus Christi, Texas. I have served as an independent process server for 19 years.

I confirm that the original of Exhibits "A" and "B" attached to this affidavit were received by me and subsequently mailed with request for filing to the United States District Court for the Southern District of Texas, Brownsville Division, 600 East Harrison Street, Brownsville, Texas, on September 12, 2001.

Mr. Andrew Manger of Lone Star Attorney Service served Seabulk Towing, Inc., f/k/a Hvide Marine Towing, Inc. and Seabulk Offshore, Ltd.'s ("Seabulk") Verified Original Complaint including request for maritime attachment, Verified Amended Original Complaint including request for maritime attachment and Order Setting

155873

Conference on Defendant Oceanografia S.A. de C.V. and Defendant Amado Yanez Osuna on August 28, 2001.

Exhibits "A" and "B" are true and correct copies of the original return of service documents received from Mr. Manger. The original of Exhibits "A" and "B" were forwarded to the Brownsville court as described above.

Further, Affiant sayeth not."

_____
Billy D. Deel

STATE OF TEXAS             §
                           §
COUNTY OF NUECES           §

SWORN TO AND SUBSCRIBED BEFORE ME by BILLY D. DEEL on this the **18** day of September, 2001.

_____
Notary Public in and for
the State of T E X A S

155873

FROM : TEXAS CIVIL PROCESS INC          FAX NO. :361-887-9597          Sep. 12 2001 01:35PM  P4

AO 440 (Rev 5/85) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF TEXAS _____
BROWNSVILLE DIVISION

Seabulk Offshore, Ltd. and
Seabulk Towing, Inc.

v.

Oceanografia S.A. de C.V. and
Amado Yanez Osuna

SUMMONS IN A CIVIL ACTION

CASE NUMBER.

**B-01-094**

TO: (Name and address of Defendant)

Oceanografia S.A. de C.V., CD. del Carmen
Calle 26-A Lopez Mateos
Mateos MZA.D Lote 2-A
Parque Ind., Pesq. Laguna
Azul, 42120 CD. Del Carmen
Campeche
Mexico

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

James F. Buchanan
The Kleberg Law Firm
800 N. Shoreline, Suite 900, North
Corpus Christi, TX 78401

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

CLERK

BY DEPUTY CLERK

DATE  6-7-01



EXHIBIT
A

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]  **DATE** 8/28/01 @ 12:28 PM

NAME OF SERVER (PRINT) ANDREW MAUSER      TITLE PRIVATE PROCESS SERVER

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 2500 TANGLEWILDE #200 HOUSTON TX OCEANOGRAFIA SA BY DELIVERING TO + VERIFIED ORIGINAL COMPLAINT INCLUDING REQUEST FOR MARITIME *

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left. _____

☐ Returned unexecuted: _____

☐ Other (specify): + AMADO YANEZ OSUNA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/28/01
                Date           Signature of Server

TEXAS CIVIL PROCESS, INC.
1650 S. Brownlee Blvd
P.O. Box 3785
Address of Server   Corpus Christi, TX 78463-3785

*ATTACHMENT, VERIFIED AMENDED ORIGINAL COMPLAINT INCLUDING REQUEST FOR MARITIME ATTACHMENT; ORDER SETTING CONFERENCE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 9/89) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____
BROWNSVILLE DIVISION

Seabulk Offshore, Ltd. and
Seabulk Towing, Inc.

**SUMMONS IN A CIVIL ACTION**

v.

CASE NUMBER: B-01-094

Oceanografia S. A. de C. V. and
Amado Yanez Osuna

TO: (Name and Address of Defendant)

Amado Yanez Osuna
Ciudad del Carmen
Calle 26-A Lopez Mateos
Mateos MZA.D Lote 2-A
Parque Ind., Pesq. Laguna
Azul, 42120 CD. Del Carmen
Campeche
Mexico

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

James F. Buchanan
The Kleberg Law Firm
800 N. Shoreline, Suite 900N
Corpus Christi, Texas 78401

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK: Michael N. Milby

DATE: 8-20-01

BY DEPUTY CLERK

EXHIBIT B

AO 440 (Rev 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/28/01 @ 12:28 PM |
| NAME OF SERVER (PRINT)  ANDREW MANBER | TITLE  PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 2000 TANGLEWILDE #200 HOUSTON TX. AMADO YANEZ OSUNA
VERIFIED ORIGINAL COMPLAINT INCLUDING REQUEST FOR MARITIME ATTACHMENT ✱

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-28-01
             Date

Signature of Server

**TEXAS CIVIL PROCESS, INC.**
1650 S. Brownlee Blvd
P.O. Box 3785
Corpus Christi, TX 78463-3785

Address of Server

✱ VERIFIED AMENDED ORIGINAL COMPLAINT INCLUDING REQUEST FOR MARITIME ATTACHMENT & ORDER SETTING CONFERENCE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SEABULK TOWING, INC., f/k/a § <br> HVIDE MARINE TOWING, INC., § <br> and SEABULK OFFSHORE, LTD. § <br> § <br> § <br> V. § <br> § <br> § <br> OCEANOGRAFIA S.A. de C.V. and § <br> AMADO YANEZ OSUNA § | CIVIL ACTION NO. B-01-094 <br><br> In Admiralty |

## ORDER ON ENTRY OF DEFAULT AND DEFAULT JUDGMENT

On the _____ day of _____, 2001, the Court considered Plaintiffs' Motion for Entry of Default and Default Judgment against Defendant Oceanografia S.A. de C.V. and Defendant Amado Yanez Osuna. After considering the motion, and affidavits and other evidence on file, the Court

FINDS the record supports entry of DEFAULT and entry of DEFAULT JUDGMENT. Therefore, the Court ORDERS:

1. The clerk of the court to enter default of Oceanografia S.A. de C.V. and Amado Yanez Osuna;

2. The clerk of the court to enter default judgment in favor of Plaintiffs against funds subject to the Rule B Attachment in the amount of $78,406.15 with such funds to be released to Plaintiff's immediately;

3. That Plaintiffs have judgment of liability against Defendant Oceanografia S.A. de C.V. and Amado Yanez Osuna on the claims asserted in said Plaintiffs' First Amended Original Complaint with amount of damages to be ascertained at an evidentiary hearing on October ___, 2001;

155874                                                          1

SIGNED on the ____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE