*21*

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP 1 9 2001

Michael N. Milby
Clerk of Court

MOTION & ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | B | Action Number | 01-094 |
|---|---|---|---|

| SEABULK TOWING, INC. f/k/a HVIDE MARINE TOWING, INC. and SEABULK OFFSHORE, LTD. |
|---|
| *versus* |
| OCEANOGRAFIA S.A. de C.V. and AMADO YANEZ OSUNA |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | Alfred J. Rufty III |
|---|---|
| Firm | Harris & Rufty, L.L.C. |
| Street | 1450 Poydras Street, Suite 1510 |
| City & Zip Code | New Orleans, Louisiana 70112 |
| Telephone | (504) 525-7500 |
| Licensed: State & Number | Louisiana; 19990 |
| Admitted US District Court for: | Eastern, Western and Middle Districts of Louisiana |

Seeks to appear as the attorney for this party:

| Oceanografia S.A. de C.V. and Amado Yanez Osuna |
|---|
| Dated: 9/19/01     Signed: |

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on _____, 2001.

_____
United States District Judge

SDTX AA-6 (8/98)