| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

MOTION & ORDER
FOR ADMISSION *PRO HAC VICE*

SEP 1 9 2001

Michael N. Milby
Clerk of Court

| Division | B | Action Number | 01-094 |
|---|---|---|---|

SEABULK TOWING, INC. f/k/a HVIDE MARINE TOWING, INC.
and SEABULK OFFSHORE, LTD.

*versus*

OCEANOGRAFIA S.A. de C.V. and AMADO YANEZ OSUNA

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Alfred J. Rufty III |
| Firm | Harris & Rufty, L.L.C. |
| Street | 1450 Poydras Street, Suite 1510 |
| City & Zip Code | New Orleans, Louisiana 70112 |
| Telephone | (504) 525-7500 |
| Licensed: State & Number | Louisiana; 19990 |
| Admitted US District Court for: | Eastern, Western and Middle Districts of Louisiana |

Seeks to appear as the attorney for this party:

Oceanografia S.A. de C.V. and Amado Yanez Osuna

Dated: 9/19/01  Signed: [signature]

United States District Court
Southern District of Texas
ENTERED

SEP 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk [signature]

ORDER

This lawyer is admitted *pro hac vice*.

Signed on 9-21-01, 2001.

[signature]
United States Magistrate Judge

SDTX AA-6 (8/98)