23

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk ／D. Garza

| | | |
|---|---|---|
| SEABULK TOWING, INC., ET AL | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-01-094 |
| | * | |
| OCEANOGRAFIA S.A. de C.V., ET AL | * | |

## ORDER RESETTING HEARING

Plaintiffs' Motion for Entry of Default and Default Judgment, in the above-captioned cause of action, is hereby set for a hearing on October 2, 2001, at 2:00 p.m.

DONE at Brownsville, Texas, this 24th day of September 2001.

_____
Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520