25

```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
ERO                :    L Garcia
CSO                :    Escobedo
Law Clerk          :    R Byrd
Date               :    October 2, 2001 at 2:00 p.m.
---------------------------------------------------------------------
CIVIL CASE NO.  B-01-94

Seabulk Offshore LTD etal                 *          F Lowell McNiff Jr
                                                     James Buchanan
vs                                        *

Oceanographia S.A. de C.V. et al          *          J Hunter
```

## MOTION HEARING

F Lowell McNiff and James Buchanan present for the Plaintiff;
J Hunter present for the defendant;

The Court states the pending motion before the Court is Pf's Motion for Entry of Default;

Attorneys present their arguments;

The Court denies Motion to Set Aside Default Judgment (no default has been granted);

The Court requests that Mr Yanez Osuna be present;

The Court carries along the Motion until October 12, 2001 at 10:30 a.m.;

The Court orders J Hunter to have Mr Yanez Osuna present at the hearing;

The Court advises the attorneys to be prepared for an initial pretrial conference;

Court adjourned.