

United States District Court
Southern District of Texas
FILED

OCT 02 2001

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | * | CIVIL ACTION |
| HVIDE MARINE TOWING, INC., | * | |
| and SEABULK OFFSHORE, LTD. | * | |
|     Plaintiffs | * | NUMBER: C.A. B-01-094 |
| | * | |
| VERSUS | * | |
| | * | |
| OCEANOGRAFIA S.A. de C.V and | * | In Admiralty |
| AMADO YANEZ OSUNA | * | |
|     Defendants | * | |

## ANSWER TO AMENDED ORIGINAL COMPLAINT AND COUNTERCLAIM

NOW COME defendants Oceanografia S.A. de C.V. and Amado Yanez Osuna ("Yanez") and, for answer to the amended complaint of Seabulk Towing, Inc. and Seabulk Offshore, Ltd. allege with respect as follows:

I.

**For a First Defense**

The amended complaint fails to state a claim upon which relief may be granted.

II.

**For a Second Defense**

And now, answering the individual allegations of the amended complaint, defendants allege as follows:

1. Allegations of paragraph 1 concern pleading matters and require no answer.

2. Allegations of paragraph 2 are denied for lack of sufficient information.

3. The allegations of paragraph 3 are denied, except to admit that Oceanografia is a Mexican corporation with its principal place of business in Ciudad del Carmen; that

Amado Yanez is an officer of the company; and that Oceanografia and Mr. Yanez maintain accounts with Merrill Lynch.

4. The allegations of paragraph 4-6 are denied.

5. The allegations of paragraph 7 are denied, except to admit that a joint venture was formed between Seabulk Towing, Inc. (as a 49% owner) and Oceanografia (as a 51% owner).

6. The allegations of paragraph 8-16 are denied.

III.

**For a Third Defense**

Personal jurisdiction is lacking over Oceanografia and Mr. Yanez.

IV.

**For a Fourth Defense**

Defendants are entitled to a set-off against any sums owed to plaintiffs due to the constant breakdowns, inadequate condition, and unseaworthiness of vessels chartered by plaintiffs to defendants.

V.

**For a Fifth Defense**

Some or all of the debts allegedly owed have been paid and/or compromised by a way of a binding settlement between the parties.

VI.

**For a Sixth Defense**

The attachment of the Merrill Lynch investment accounts referenced in the Amended Complaint was wrongful.

## VII.

### For a Seventh Defense

Service of process was insufficient.

## VIII.

### For an Eighth Defense

Defendant Yanez had no contractual relationship with plaintiffs and is not liable for these alleged debts of Oceanografia.

## COUNTERCLAIM

Now, assuming the posture of counterclaimant, Oceanografia S.A. de C.V. and Amado Yanez Osuna respectfully aver as follows:

### I.

On information and belief, defendant-in-counterclaim Seabulk Offshore, Ltd. is a Florida limited partnership with its principal place of business in Lafayette, Louisiana. Defendant-in-counterclaim Seabulk Towing, Inc. is on information and belief a Delaware Corporation with its principal business office in Tampa, Florida.

### II.

Counterclaimant Oceanografia has incurred substantial expenses in connection with the joint venture operation between it and the defendants-in-counterclaim. In accordance with the agreement between the parties, defendants-in-counterclaim accordingly owe reimbursement to Oceanografia of joint venture expenses in an amount to be proved at the trial of this matter.

### III.

Furthermore, certain vessels chartered by defendants-in-counterclaim to Oceanografia had significant and recurring engine problems, which rendered the vessels unseaworthy and prevented

them from being used for their intended purpose. As a result, Oceanografia experienced many delays and periods of inactivity in the conduct of its business and in its attempts to satisfy its contractual obligations to the Mexican oil entity PEMEX and/or other third parties. As a result of these contractual breaches and negligence on the part of the defendants-in-counterclaim and the unseaworthiness of their vessels, Oceanografia has incurred losses in an amount to be proved at the trial of this matter.

IV.

Furthermore, defendants-in-counterclaim have wrongfully and without justification seized investment accounts with Merrill Lynch belonging to Oceanografia and Yanez. As result of this wrongful attachment, Oceanografia and Yanez have incurred damages in an amount to be proved at the trial of this matter.

V.

Defendants-in-counterclaim are accordingly liable to Oceanografia and Yanez for all damages incurred as result of the wrongful attachment of their accounts; for all losses incurred to Oceanografia as result of the deficient performance of their vessels; and for reimbursement of joint venture expenses owed to Oceanografia.

WHEREFORE, the premises considered, defendants Oceanografia S.A. de C.V. and Amado Yanez respectfully pray:

1. That this Answer be deemed good and sufficient and that, after due proceedings, plaintiff's Complaint be dismissed in its entirety with prejudice, at plaintiff's sole cost;

2. That the counterclaim of Oceanografia and Yanez be served, together with a summons, upon defendants-in-counterclaim, requiring that they answer in full the allegations made herein;

3. That, after due proceedings, judgment be entered in favor of Oceanografia and Yanez on their counterclaims and against defendants-in-counterclaim, Seabulk Offshore and Seabulk Towing, in the amount of damages proved by Oceanografia and Yanez, together with interest, all costs of these proceedings, and attorneys' fees; and

4. That Oceanografia and Yanez be afforded such other and further relief as they are entitled to receive in law or equity.

Respectfully submitted,

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: _____
James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-33509
Tel: (956) 542-4377
Fax: (956) 542-4370

**ATTORNEY FOR DEFENDANTS,
OCEANOGRAFIA S.A. DE C.V. AND
AMADO YANEZ OSUNA**

**HARRIS & RUFTY, L.L.C.**

By: _____
Rufus C. Harris III (#6638)
Alfred J. Rufty III (#19990)

1450 Poydras Street, Ste. 1510
New Orleans, Louisiana 70112
Tel: (504) 525-7500
Fax: (504) 525-7222

**ATTORNEYS FOR DEFENDANTS,
OCEANOGRAFIA S.A. DE C.V. AND
AMADO YANEZ OSUNA**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel via **Certified Mail - RRR** by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this 2nd day of October, 2001.

_____
James H. Hunter, Jr.