28

COURTROOM MINUTES: Felix Recio Judge Presiding
                   SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

Courtroom Clerk    :    L M Villarreal
ERO                :    Gabriel Mendieta
CSO                :    Richard Harrelson
Law Clerk          :    Ryan Byrd

Date               :    October 12, 2001 at 2:02 p.m. to 2:47 pm

---

CIVIL CASE NO.  B-01-94 (HGT)

Seabulk Offshore LTD, et al           *      F Lowell McNiff Jr & James Buchanan

vs                                    *

Oceanographia S.A. de C.V.,           *      Alfred J Ruffy & Eddie Sikes
And AMADO YANEZ OSUNA                 *           "                    "

---

## HEARING ON MOTION FOR
## ENTRY OF DEFAULT & DEFAULT JUDGMENT

Attorneys McNiff and Buchanan appear for Plaintiffs. Attorneys Ruffy and Sikes appeared for Defendants. AMADO YANEZ OSUNA, defendant, and his corporate counsel, Roberto Keoseyan also appeared.

Plaintiffs reiterated their response.

Plaintiffs' Witness:  Anthony Travis Tillman, Boat Captain for SEABULK

Arguments made.

Court's finding:  Motion for Entry of Default and Default Judgment DENIED.

The parties agreed to trial before the this Court.  636(c)) Consent submitted.

The parties agreed to the scheduling dates.  An order shall be issued.

United States District Court
Southern District of Texas
FILED

OCT 1 2 2001

Michael N. Milby
Clerk of Court