29

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

SEABULK TOWING, INC., ET AL § 

VS § CIVIL ACTION NO. B01-094

OCEANOGRAFIA, S.A. de C.V., ET AL §

United States District Court
Southern District of Texas
ENTERED
OCT 15 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __5__ days.          ☐ Bench   ☑ Jury

2. New parties must be joined by:                                    December 3, 2001
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by: March 01, 2002

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.

5. Discovery must be completed by:                                   June 03, 2002
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

********************   The court will provide these dates.   ************************

6. Dispositive Motions will be filed by:                             July 01, 2002

7. Joint pretrial order is due:                                      July 22, 2002

   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference before Judge Recio is set for 2:00 p.m. on:                                          September 5, 2002
   *The case will remain on standby until tried.*

9. The jury trial selection set before Judge Recio at 9:00 a.m. on:  September 6, 2002

10. The case will remain on standby until tried.

Signed __October 12, 2001__, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge