30

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

OCT 1 5 2001

Michael N. Milby, Clerk
By Deputy Clerk

SEABULK TOWING, INC. §
f/k/a HVIDE MARINE TOWING, INC., et al §
§
versus § CIVIL ACTION NO. B-01-094
§
OCEANOGRAFIA, S.A. de C.V., ET AL §

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Alfred J. Purty | Defendants | 10/12/01 |
| Frank McNiff | Plaintiffs | 10/12/01 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

### Felix Recio

to conduct all further proceedings, including final judgment.

10/12/01
Date

_____
United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**