**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

NOV 0 5 2001

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
| | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |

## ANSWER TO COUNTERCLAIM

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

NOW COME Seabulk Towing, Inc. (Seabulk Towing) and Seabulk Offshore, Ltd.

(Seabulk Offshore), (collectively "Seabulk"), by and through the undersigned attorneys of

record, and in answer to counter-claimant Oceanografia S.A. de C.V. and counter-claimant

Amado Yanez Osuna's counterclaim (collectively "Oceanografia"), would show unto the Court

as follows:

I.

Seabulk admits the allegation contained in paragraph I of Oceanografia's counterclaim.

II.

Seabulk denies the allegations of paragraph II of Oceanografia's counterclaim to the

extent that Oceanografia claims that it is owed reimbursement for joint venture expenses.

Seabulk admits that a joint venture known as Seabulk Offshore de Mexico S.A. de C.V. was

formed between Seabulk Towing, Inc. and Oceanografia S.A. de C.V.  To the extent that the

remaining averments of paragraph II require an answer, the same are denied.

III.

Seabulk denies the allegations of paragraph III.

IV.

Seabulk denies the allegations of paragraph IV.

V.

Seabulk denies the allegations of paragraph V.

VI.

Seabulk denies the allegations of paragraph VI.

VII.

To the extent that an admission or denial of the paragraph contained in Counter claimant's counterclaim beginning, "Wherefore, the premises considered" is necessary, Seabulk denies the averments contained therein.

WHEREFORE, PREMISES CONSIDERED, Seabulk Towing, Inc. and Seabulk Offshore, Ltd. pray that upon final hearing hereof, that Counter-claimant Oceanografia S.A. de C.F. and Amado Yanez Osuna take nothing by their counterclaim, that Seabulk recover its costs, and such and further relief to which Seabulk may be justly entitled.

Respectfully submitted,

THE KLEBERG LAW FIRM

James F. Buchanan
State Bar No. 03287500
Federal ID No. 0328
Frank L. McNiff, Jr.
State Bar No. 07419100
Federal ID No. 12595
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas  78401
(361) 693-8500 Telephone
(361) 693-8600 Fax

ATTORNEYS-IN-CHARGE FOR
PLAINTIFFS, SEABULK TOWING, INC.
AND SEABULK OFFSHORE, LTD.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was mailed via Certified

Mail (return receipt requested) and/or faxed to opposing counsel of record on the ___30TH___ day of

October, 2001.

Keith N. Uhles
James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas  78523-33509

Rufus C. Harris III
Alfred J. Rufty III
HARRIS & RUFTY, L.L.C.
1450 Poydras St., Suite 1510
New Orleans, LA 70112

Frank L. McNiff, Jr.

156058                                         3