3

| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| | TRANSCRIPT ORDER | | |

Read Instructions on Back.

| 1. NAME Alfred J Rufty III  Harris & Rufty | 2 PHONE NUMBER 504-525-7500 | 3 DATE 1-25-02 |
|---|---|---|
| 4. MAILING ADDRESS 1450 Poydras St. Ste 1510 | 5 CITY New Orleans | 6. STATE LA  7. ZIP CODE 70112 |
| 8. CASE NUMBER B-01-094 | 9. JUDICIAL OFFICIAL Judge Recio | DATES OF PROCEEDINGS  10 FROM 10-12-01  11 TO 10-12-01 |
| 12. CASE NAME Seabulk v. Oceanografia | | LOCATION OF PROCEEDINGS  13 CITY Brownsville  14 STATE TX |

15 ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

United States District Court
Southern District of Texas
FILED
JAN 28 2002
Michael N. Milby
Clerk of Court

16 TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Entire proceedings 10-12-01

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDING (Spcy) motion hearing | 10-12-01 |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17 ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO OF COPIES | | |
| DAILY | [X] | [ ] | NO OF COPIES | | |
| HOURLY | [ ] | [ ] | NO OF COPIES | | |

CERTIFICATION (18 & 19)
By signing below, I certify that I will pay all charges (deposit plus additional)

18 SIGNATURE [signature]
19. DATE 1-25-02

TRANSCRIPT TO BE PREPARED BY

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)   ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY