34

United States District Court
Southern District of Texas
FILED

FEB 1 - 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC. | § | CASE NO. CA B-01-94 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | OCTOBER 12, 2001 |
| OCEANOGRAFIA, SA de CV | § | 2:05 P.M. TO 2:50 P.M. |

## MOTION HEARING AND PRETRIAL CONFERENCE

BEFORE THE HON. FELIX RECIO, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:                    SEE NEXT PAGE

For the Defendant:                    SEE NEXT PAGE

Court Recorder:                       Gabriel Mendieta

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P.O. Box 925675
Houston, Texas 77292-5675
713.697.4718 (office)
713.697.4722 (fax)

Proceedings recorded by electronic sound recording:
transcript produced by transcription service.