



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

FEB 2 2 2002

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | * | CIVIL ACTION |
| HVIDE MARINE TOWING, INC., | * | |
| and SEABULK OFFSHORE, LTD. | * | |
|     Plaintiffs | * | NUMBER: C.A. B-01-094 |
| | * | |
| VERSUS | * | |
| | * | |
| OCEANOGRAFIA S.A. de C.V and | * | In Admiralty |
| AMADO YANEZ OSUNA | * | |
|     Defendants | * | |

## YANEZ'S MOTION TO DISMISS, VACATE ATTACHMENT, AND QUASH DISCOVERY

NOW COMES defendant, Amado Yanez Osuna, and, pursuant to Fed. R. Civ. P. 12 and 26 and Supplemental Admiralty Rules B and E, respectfully MOVES for entry of an order dismissing the claims brought against him; vacating the attachment of his personal investment account; and quashing the discovery requests propounded to him personally, on the grounds and for the reasons stated in the accompanying memorandum.

Respectfully submitted,

HARRIS & RUFTY, L.L.C.

By: _____
Rufus C. Harris III (Admission No. 29458)
Alfred J. Rufty III (Admission No. 29457)
1450 Poydras Street, Ste. 1510
New Orleans, Louisiana 70112
Tel: (504) 525-7500
Fax: (504) 525-7222

49499:1002930.1·022202

**ATTORNEYS FOR DEFENDANTS, OCEANOGRAFIA S.A. DE C.V. AND AMADO YANEZ OSUNA**

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-33509
Tel: (956) 542-4377
Fax: (956) 542-4370

**ATTORNEY FOR DEFENDANTS, OCEANOGRAFIA S.A. DE C.V. AND AMADO YANEZ OSUNA**

49499:1002930.1:022202                                -2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this 22nd day of February, 2002.

_____
James H. Hunter, Jr.