*39*

United States District Court
Southern District of Texas
FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

MAR 2 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | CIVIL ACTION |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD., | § | |
| Plaintiffs | § | NUMBER: C.A. B-01-094 |
| | § | |
| v. | § | |
| | § | |
| OCEANOGRAFIA S.A. de C.V and | § | In Admiralty |
| AMADO YANEZ OSUNA, | § | |
| Defendants | § | |

## UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE ON MOTION TO DISMISS, VACATE ATTACHMENT AND ALTERNATIVELY, FOR A PROTECTIVE ORDER

Comes now, Defendant Amado Yanez Osuna, in support of his motion to continue for one week the submission date on his motion to dismiss, vacate attachment and, alternatively for a protective order. In support thereof, Defendant would respectfully show as follows:

### I.

The undersigned attorney-in-charge for Mr. Yanez has been in trial for the past several days. Plaintiff's opposition to Yanez's motion was received in the undersigned's office in the mail on March 18, 2002 and could not be received and read by undersigned counsel (due to participation in the unrelated trial proceedings) until March 20, 2002. According to the Clerk's Office, the submission date and Mr. Yanez's reply would be due on Monday, March 25, 2002.

### II.

Based on the above, Yanez respectfully requests additional time of one week to consider defendant's opposition and to prepare a reply memorandum in support of his motion.

49499:1006334.1:032102

**III.**

Defendant counsel has been contacted and does not oppose the granting of this motion.

**WHEREFORE, PREMISES CONSIDERED,** Defendant Amado Yanez Osuna

respectfully requests that his unopposed motion to continue by one week the submission date of his

motion be granted, and for any and all other relief at law or in equity, to which Defendant may show

himself justly entitled.

Respectfully submitted,

**HARRIS & RUFTY, L.L.C.**

By: _____

Rufus C. Harris III (#Admission No. 29458)
Alfred J. Rufty III (#Admission No. 29457)
1450 Poydras Street, Ste. 1510
New Orleans, Louisiana 70112
Tel: (504) 525-7500
Fax: (504) 525-7222
**ATTORNEY IN CHARGE FOR DEFENDANTS,
OCEANOGRAFIA S.A. DE C.V. AND
AMADO YANEZ OSUNA**

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: _____

James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-33509
Tel: (956) 542-4377
Fax: (956) 542-4370
**LOCAL COUNSEL FOR DEFENDANTS,
OCEANOGRAFIA S.A. DE C.V. AND
AMADO YANEZ OSUNA**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff was contacted by Defendant's attorney-in-charge. There is no opposition to this motion.

**James H. Hunter, Jr.**


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to the following opposing counsel by placing same in the United States mail, properly addressed, with first class postage affixed thereto, this 21st day of March, 2002:

Mr. James F. Buchanan
Frank L. McNiff, Jr.
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Ste. 900 North
Corpus Christi, Texas 78401

**James H. Hunter, Jr.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | CIVIL ACTION |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD., | § | |
| Plaintiffs | § | NUMBER: C.A. B-01-094 |
| | § | |
| v. | § | |
| | § | |
| OCEANOGRAFIA S.A. de C.V and | § | In Admiralty |
| AMADO YANEZ OSUNA, | § | |
| Defendants | § | |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE ON
MOTION TO DISMISS, VACATE ATTACHMENT AND ALTERNATIVELY, FOR A
PROTECTIVE ORDER**

Came on to be considered Defendant, Amado Yanez Osuna's Unopposed Motion to Continue

Submission Date on Motion to Dismiss, Vacate Attachment and Alternatively, for a Protective

Order.  It is hereby **ORDERED** that said motion is **GRANTED**.

It is therefore, **ORDERED** that Defendant, Amado Yanez Osuna is hereby granted a one

week extension to April 1, 2002 to submit his reply to Plaintiff's opposition to motion to dismiss,

vacate attachment and, alternatively for a protective order.

The Clerk shall send a copy of this Order to counsel for all parties.

**SIGNED FOR ENTRY** on the _____ day of _____, 2002.

---

**HON. FELIX RECIO
UNITED STATES MAGISTRATE JUDGE**

COPIES TO:

JAMES H. HUNTER, JR.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. BOX 3509
BROWNSVILLE, TX 78523-3509

JAMES F. BUCHANAN
FRANK L. MCNIFF, JR.
THE KLEBERG LAW FIRM
800 N. SHORELINE BLVD., STE. 900 NORTH
CORPUS CHRISTI, TX 78401

RUFUS C. HARRIS III
ALFRED J. RUFTY III
HARRIS & RUFTY, L.L.C.
1450 POYDRAS STREET, STE. 1510
NEW ORLEANS, LA 70112

49499:1006359.1:032102