**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

MAR 2 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | CIVIL ACTION |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD., | § | |
| Plaintiffs | § | NUMBER: C.A. B-01-094 |
| | § | **(636(c))** |
| v. | § | |
| | § | |
| OCEANOGRAFIA S.A. de C.V and | § | In Admiralty |
| AMADO YANEZ OSUNA, | § | |
| Defendants | § | |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE ON MOTION TO DISMISS, VACATE ATTACHMENT AND ALTERNATIVELY, FOR A PROTECTIVE ORDER

Came on to be considered Defendant, Amado Yanez Osuna's Unopposed Motion to Continue Submission Date on Motion to Dismiss, Vacate Attachment and Alternatively, for a Protective Order. It is hereby **ORDERED** that said motion is **GRANTED**.

It is therefore, **ORDERED** that Defendant, Amado Yanez Osuna is hereby granted a one week extension to April 1, 2002 to submit his reply to Plaintiff's opposition to motion to dismiss, vacate attachment and, alternatively for a protective order.

The Clerk shall send a copy of this Order to counsel for all parties.

**SIGNED FOR ENTRY** on the 28th day of March, 2002.

**HON. FELIX RECIO
UNITED STATES MAGISTRATE JUDGE**

COPIES TO:

JAMES H. HUNTER, JR.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. BOX 3509
BROWNSVILLE, TX 78523-3509

JAMES F. BUCHANAN
FRANK L. MCNIFF, JR.
THE KLEBERG LAW FIRM
800 N. SHORELINE BLVD., STE. 900 NORTH
CORPUS CHRISTI, TX 78401

RUFUS C. HARRIS III
ALFRED J. RUFTY III
HARRIS & RUFTY, L.L.C.
1450 POYDRAS STREET, STE. 1510
NEW ORLEANS, LA 70112

49499:1006359.1:032102

#39