UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

SEABULK TOWING INC., ET AL          *

vs                                   *   CIVIL ACTION NO. B-01-094
                                         (636(c))
OCEANOGRAFIA S. A. de C.V., ET AL   *


TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### MOTIONS HEARING

April 24, 2002, @ 2:00 P.M.


BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO


PLACE:    UNITED STATES DISTRICT COURT
          600 E. Harrison, 2nd Floor
          Brownsville, Texas 78520
          (956) 548-2701


                                        BY ORDER OF THE COURT


April 3, 2002

cc:    Counsel of Record