42

United States District Court
Southern District of Texas
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

APR 1 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | CIVIL ACTION |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD., | § | |
| Plaintiffs | § | NUMBER: C.A. B-01-094 |
| | § | |
| v. | § | |
| | § | |
| OCEANOGRAFIA S.A. de C.V and | § | In Admiralty |
| AMADO YANEZ OSUNA, | § | |
| Defendants | § | |

## NOTICE OF SETTLEMENT

Comes now, Defendants Oceanografia S.A. de C.V. and Amado Yanez Osuna unopposed, and pursuant to Local Rule 16.3, give notice of settlement, and request the hearing of April 24, 2002 be reset.

**I.**

Defendants would show that a settlement, in principal, has been reached with the Plaintiffs, and the parties are diligently working out the details thereof and particularly the form and substance of the supplementary documents accompanying the settlement. A hearing on this matter is set for April 24, 2002 at 2:00 p.m. With the consent of Plaintiffs, Defendants request the hearing be reset within seven (7) days (May 1, 2002) or as soon as is reasonably possible thereafter at the request of Plaintiffs in order to keep the pressure on the parties to work out the details of the settlement and file the appropriate dismissal papers.

49499:1010064.1:041902

## II.

Plaintiffs, through counsel, consent to this Notice and Request.

If the court would request a proposed order resetting the hearing of April 24, 2002, please advise.

Respectfully submitted,

By: _James H. Hunter, Jr. by permission Eddie Sikes_
James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-33509
Tel: (956) 542-4377
Fax: (956) 542-4370
**LOCAL COUNSEL FOR DEFENDANTS,
OCEANOGRAFIA S.A. DE C.V. AND
AMADO YANEZ OSUNA**

Rufus C. Harris III (#Admission No. 29458)
Alfred J. Rufty III (#Admission No. 29457)
HARRIS & RUFTY, L.L.C.
1450 Poydras Street, Ste. 1510
New Orleans, Louisiana 70112
Tel: (504) 525-7500
Fax: (504) 525-7222
**ATTORNEY IN CHARGE FOR DEFENDANTS,
OCEANOGRAFIA S.A. DE C.V. AND
AMADO YANEZ OSUNA**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to the following opposing counsel by facsimile, this _19th_ day of April, 2002:

Mr. James F. Buchanan
Frank L. McNiff, Jr.
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Ste. 900 North
Corpus Christi, Texas 78401

_James H. Hunter, Jr. by permission Eddie Sikes_
James H. Hunter, Jr.