## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS DIVISION
### BROWNSVILLE DIVISION



APR 2 3 2002

Michael N.
By Deputy Clerk

| | |
|---|---|
| SEABULK TOWING, INC., ET AL | * |
| | * |
| vs | *   CIVIL ACTION NO. B-01-094 |
| | (636(c)) |
| OCEANOGRAFIA S.A. de C.V., ET AL | * |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### MOTIONS HEARING

**May 15, 2002, @ 2:00 P.M.**
(RESET FROM 4/24/02)

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:   UNITED STATES DISTRICT COURT
600 E. Harrison, 2nd Floor
Brownsville, Texas 78520
(956) 548-2701

BY ORDER OF THE COURT

April 23, 2002

cc:   Counsel of Record