United States District Court
Southern District of Texas
FILED

MAY 1 4 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a § | | CIVIL ACTION |
| HVIDE MARINE TOWING, INC., § | | |
| and SEABULK OFFSHORE, LTD., § | | |
| Plaintiffs § | | NUMBER: C.A. B-01-094 |
| § | | |
| v. § | | |
| § | | |
| OCEANOGRAFIA S.A. de C.V and § | | In Admiralty |
| AMADO YANEZ OSUNA, § | | |
| Defendants § | | |

**OPPOSED MOTION TO CONTINUE MOTION-HEARING OF MAY 15, 2002**

NOW COMES defendant, Amado Yanez Osuna, and respectfully MOVES for entry of an order continuing by one week the hearing of May 15, 2002 on his motion to vacate attachment, quash discovery, and dismiss, upon considering that:

1.  The parties hereto have agreed on a tentative monetary settlement of all claims in this litigation. Of critical importance, an amount of money to be paid in the settlement has been agreed upon, as have essentially all of the terms of the settlement with the exception of a payment schedule under which Oceanografia would pay the agreed amount in installments over time.

2.  All parties are in agreement with the concept of a structured settlement under which Oceanografia would pay to Seabulk the settlement funds in the agreed amount in installments over time. The parties have been discussing this subject in recent days, though an agreement on a structured payment schedule has not yet been reached.

49499:1013130.1:051402

3. Oceanografia is meeting with its bankers today and on subsequent days this week. At the close of these meetings, Oceanografia will be in a position to know what amount of monies it will be able to pay to Seabulk on a monthly schedule or otherwise to fund the settlement in the amount agreed upon.

4. In the meantime, it would serve no useful purpose for the hearing on Yanez's motion to move forward on this Wednesday, May 15, 2002.

5. To allow Oceanografia a few days to ascertain (after meetings with its bankers) what payment schedule it can meet and to allow the parties a few days to resolve this issue and achieve a full and final settlement of this matter this week, Yanez respectfully requests that his motion to vacate attachment, to quash, and to dismiss be continued for one week.

**WHEREFORE**, the premises considered, defendant Amado Yanez Osuna respectfully moves for the entry of an order continuing the hearing on his motion to vacate attachment, to quash, and to dismiss for one week until May 22, 2002.

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-33509
Tel: (956) 542-4377
Fax: (956) 542-4370
**LOCAL COUNSEL FOR DEFENDANTS, OCEANOGRAFIA S.A. DE C.V. AND AMADO YANEZ OSUNA**

49499:1013130.1:051402

-2-

Rufus C. Harris III (#Admission No. 29458)
Alfred J. Rufty III (#Admission No. 29457)
**HARRIS & RUFTY, L.L.C.**
1450 Poydras Street, Ste. 1510
New Orleans, Louisiana 70112
Tel: (504) 525-7500
Fax: (504) 525-7222
**ATTORNEYS FOR DEFENDANTS,
OCEANOGRAFIA S.A. DE C.V. AND
AMADO YANEZ OSUNA**

## CERTIFICATE OF CONFERENCE

Counsel for Seabulk has been contacted but opposes this motion.

_____
**JAMES H. HUNTER, JR.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel via *FACSIMILE*, this 14th day of May, 2002.

Mr. James F. Buchanan
Frank L. McNiff, Jr.
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Ste. 900 North
Corpus Christi, Texas 78401

_____
**James H. Hunter, Jr.**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a § | | CIVIL ACTION |
| HVIDE MARINE TOWING, INC., § | | |
| and SEABULK OFFSHORE, LTD., § | | |
| Plaintiffs § | | NUMBER: C.A. B-01-094 |
| § | | |
| v. § | | |
| § | | |
| OCEANOGRAFIA S.A. de C.V and § | | In Admiralty |
| AMADO YANEZ OSUNA, § | | |
| Defendants § | | |

## ORDER

Considering the foregoing motion of defendant, Amado Yanez Osuna, to continue hearing, it is hereby,

**ORDERED** that the motion is GRANTED; Yanez's motion to vacate attachment, to quash, and to dismiss be and hereby is continued for hearing until May \_\_\_\_\_, 2002 at \_\_\_ o'clock \_\_\_.m.

Done at Brownsville, Texas, this \_\_\_\_\_ day of May, 2002.

_____
HON. FELIX RECIO
US. MAGISTRATE JUDGE