

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a<br>HVIDE MARINE TOWING, INC.,<br>and SEABULK OFFSHORE, LTD. | §<br>§<br>§<br>§ | |
| | § | CIVIL ACTION NO. B-01-094 |
| V. | §<br>§ | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and<br>AMADO YANEZ OSUNA | §<br>§ | |

### PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE
FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

NOW COMES, Seabulk Towing, Inc. and Seabulk Offshore, Ltd., Plaintiffs herein, and pursuant to this Court's scheduling order, designate the following persons as expert witnesses:

1.  Ygnacio D. Garza, CPA
    Long Chilton, LLP
    745 E. St. Charles
    Brownsville, TX 78520

Mr. Garza will testify as to amounts owed to Plaintiffs by Defendants Oceanografia S.A. de C.V. and Amado Yanez Osuna to include, but not limited to, unpaid charter hire and other expenses related to the joint venture, Seabulk Offshore de Mexico S.A. de C.V. formed by Seabulk Towing, Inc. and Oceanografia S.A. de C.V. Mr. Garza will also testify as to the effect of commingling of funds by Defendants and the use of corporate accounts by Defendant Amado Yanez Osuna as his own without regard to the distinction between him and the corporation. Mr. Garza's report and curriculum vitae are attached.

164250

1

2. Any person designated as a person with knowledge or relevant facts by any party to this cause but may have or claim to have specialized knowledge that would allow him/her to provide expert or opinion testimony in accordance with the Federal Rules of Civil Procedure and Federal Rules of Evidence. Such designation includes, but is not limited to, the following:

   a. Tony Tillmon
   Seabulk Offshore, Ltd.
   146 Calco Blvd., Suite 101
   P. O. Box 80858
   Lafayette, LA 70503

   Mr. Tillmon will testify as to the condition of various vessels chartered by Oceanografia and/or the joint venture, Seabulk Offshore de Mexico S.A. de C.V., and the maintenance practices conducted by Defendants, and Defendants' inability to secure the services of competent maintenance contractors in Cuidad del Carmen.

   b. Bill Merritt
   Seabulk Offshore, Ltd.
   146 Calco Blvd., Suite 101
   P. O. Box 80858
   Lafayette, LA 70503

   Mr. Merritt will testify as to the condition of various vessels chartered by Oceanografia and/or the joint venture, Seabulk Offshore de Mexico S.A. de C.V., and the maintenance practices conducted by Defendants.

3. David Oliveira
   Roerig, Oliveira & Fisher
   855 W. Price Road, Suite 9
   Brownsville, Texas  78520
   (956) 542-5666

   Mr. Oliveira is expected to testify, if necessary, as to reasonable and necessary attorney's fees.

4.   James F. Buchanan
     Frank L. McNiff, Jr.
     800 N. Shoreline Blvd.
     Suite 900, North Tower
     Corpus Christi, Texas 78401
     (361) 693-8500

Mr. Buchanan and Mr. McNiff are expected to testify, if necessary, as to reasonable and necessary attorney's fees.

5.   All persons identified by Defendant(s) in pleadings in discovery responses, or by designation in this case as expert witnesses.

II.

Plaintiffs reserve the right to supplement this designation with additional designation of expert witnesses within the time limits imposed by the Court or any amendments to the same or agreement of the parties.

III.

Plaintiffs hereby designate as adverse expert witnesses any witnesses associated with adverse parties, even if an adverse party shall redesignate or undesignate an expert witness, Plaintiffs reserve the right to designate and/or call any such expert witness(es) previously designated by any party to this cause.

Respectfully submitted,

THE KLEBERG LAW FIRM

_____
Frank L. McNiff, Jr.
State Bar No. 07419100
Federal ID No. 12595
James F. Buchanan
State Bar No. 03287500
Federal ID No. 0328
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas 78401
(361) 693-8500 Telephone
(361) 693-8600 Fax

ATTORNEYS-IN-CHARGE FOR
PLAINTIFFS, SEABULK TOWING, INC.
AND SEABULK OFFSHORE, LTD.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was forwarded to the attorney listed below by hand delivery, facsimile or U. S. certified mail, return receipt requested on the ____ day of May, 2002

Keith N. Uhles
James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-33509

Rufus C. Harris III
Alfred J. Rufty III
HARRIS & RUFTY, L.L.C.
1450 Poydras St., Suite 1510
New Orleans, LA 70112

_____
Frank L. McNiff, Jr.

**United States District Court**

**For the Southern District of Texas**

**Brownsville Division**

**Case No. B-01-094**

**Seabulk Towing Inc. and Seabulk Offshore Ltd.**

**v.**

**Oceanografia S.A. de C.V. and Amado Yanez Osuna**

**Expert Report**

**Prepared by: Ygnacio D. Garza, CPA**



CERTIFIED PUBLIC ACCOUNTANTS
BUSINESS CONSULTANTS

# LONG CHILTON, LLP

A PARTNERSHIP OF PROFESSIONAL CORPORATIONS AND INDIVIDUALS

Members - Division of Firms,
American Institute of CPAs

745 E. St. Charles
Brownsville, Texas 78520
(956) 546-1655
Fax (956) 546-0377
www.longchilton.com

May 14, 2002

Mr. Frank L. McNiff Jr.
The Kleberg Law Firm
Suite 900, North Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3709

Re: C.A. No. B-01-094; in the U.S. District Court Southern District of Texas,
Brownsville, Division Seabulk Towing Inc. and Seabulk Offshore, Ltd. vs.
Oceanographia S.A. de C.V. and Amado Yanez Osuna

Dear Mr. McNiff:

I have reviewed the various materials related to the above referenced matter, which are detailed on Schedule B of this report.

Based on my review of these materials I have determined that Seabulk Towing Inc. and Seabulk Offshore, Ltd. have a claim of $4,255,722 against Oceanographia S.A. de C.V. and Amado Yanez Osuna. The amount of the claim is detailed in my Exhibit 1 to this report.

In reviewing the Merrill Lynch account statements of both Amado Yanez Osuna and Oceanographia S.A. de C.V. I have determined that there are corporate expenses paid out of the personal account and personal expenses paid out of the corporate accounts. There are also significant amounts transferred between the accounts. This commingling of personal and corporate funds may signify a lack of corporate formalities being observed by Oceanographia S.A. de C.V. or a disregard of the corporate form of Oceanographia S.A. de C.V. by Amado Yanez Osuna.

I reserve the right to amend this report if additional information is made available to me.

I am being compensated at a rate of $225 per hour for my work in this matter.

Sincerely yours,

Ygnacio D. Garza CPA

**Exhibit 1**

| | |
|---|---:|
| **Seabulk Towing Inc. & Seabulk Offshore, Ltd.** | |
| **Summary of Claim Against** | |
| **Oceanographia S.A. de C.V. and Amado Yanez Osuna** | |
| | |
| **Unpaid Charter Hire** | $371,204 |
| **Crewing Expenses Paid on Behalf of Joint Venture** | $1,834,302 |
| **Other Operating Expenses Paid on Behalf of Joint Venture** | $1,261,675 |
| Sub Total | $3,467,181 |
| **Credit Memos Previously Issued in return for Promt Payment** | $788,541 |
| **Total Amount of Claim** | $4,255,722 |

Summary

# SCHEDULE A

Schedule A

# YGNACIO D. GARZA

## PERSONAL HISTORY

Date of Birth:     July 13, 1953
Place of Birth:    Brownsville, Texas

## EDUCATION

**High School Graduate, May 1971**
St. Joseph Academy, Brownsville, Texas
**Bachelor of Business Administration, May 1975**
St. Edward's University, Austin, Texas
Graduated Magna Cum Laude
**Senior Executives in State and Local Government, July 1990**
John F. Kennedy School of Government, Harvard University

## EMPLOYMENT

- Partner in the firm of LONG CHILTON, LLP, Certified Public Accountants and Business Consultants.
- Employed since 1975.
- Became Partner in 1977.
- Registered Investment Advisor.
- The firm has 3 offices with 9 partners and 75 employees.
- The firm is on the largest non-national CPA firms in Texas.

## PROFESSIONAL ASSOCIATIONS

- Member of The American Institute of Certified Public Accountants.
- Member of The Texas Society of Certified Public Accountants.
- Member of The Rio Grande Valley Chapter of Certified Public Accountants.

## ELECTED AND APPOINTED POSITIONS

- Appointed by President Bill Clinton in 1994 to be a member of tl e Border Environmental Cooperation Commission, a Binational Commission created by the environmental side accords of NAFTA. Named Chairman of the Commission in May of 1977. The Commission was set up to help local communities build environmental infrastructure projects.
- Past member of the Texas Parks and Wildlife Commission. Appointed to the Commission, for a six-year term in February 1991 by Governor Ann Richards.

Appointed Chairman in September 1991, and served in that capacity until February 1995.
- Served as Mayor of the City of Brownsville, Texas from November 1987 through December 1991.
- Elected by fellow Mayors to serve on the Board of Trustees of the United States Conference of Mayors, June 1990 through December 1991.
- Served as City Commissioner in the City of Brownsville from November 1979 through November 1983.
- Served as President of The Lower Rio Grande Valley Development Council (Regional Council of Governments).

**COMMUNITY INVOLVEMENT**

- Director of International Bank of Commerce, Brownsville, Texas.
- Past Board member of the Brownsville Economic Development Council.
- Past member of the Public Utilities Board of Brownsville.

# SCHEDULE B

**Schedule B**

## Listing of Documents Reviewed
### In this Matter

Verified Amended Original Complaint
Responses to Interrogatories and Request for Production of Documents
Documents Bate No. SEABULK.00001 – 001878
Documents Bate No. OCEAN.00001 – 00863
Merrill Lynch account statements for accounts 53C-07215, 53C-07119 and 53C-11381 numbered pages 1 – 1,241.
General Ledger pages and summaries of amounts billed by Seabulk
Payroll Records and Summaries
Supporting invoices for expenses
Reconciliations of Amounts billed and collected
Otto Candies' Responses to Seabulk's Requests for Production of Documents numbered 00001 – 000457

# SCHEDULE C

Schedule C

## LISTING OF CASES IN WHICH
## TESTIMONY WAS GIVEN BY
## YGNACIO D. GARZA, CPA

1. Anthony R. Alvarez, Estella M. Alvarez and Renaissant Development
   Corporation, Inc. vs. Little Caesar Enterprises, Inc. and Rafael Ubiles, Sr.
   C.A. No M-95-245
   In the United States District Court for the Southern District of Texas, McAllen Division
   Susman Godfrey, LLP  –  Caddell & Chapman

2. In the Matter of Metex Enterprises, Inc. et al vs. Hartford Insurance Group, et al.
   Cause No. 96-04-02120-E
   In the District Court, Cameron County, Texas, 357th Judicial District
   Brin & Brin  –  Prager, Metzger & Kroemer, P.L.L.C.

3. In the Matter of Rene Gracia vs. South Dallas & Twin Sports Emporium
   Cause No. C-4310-95-D
   In the District Court, Hidalgo County, Texas, 275th Judicial District
   Law Office of William E. Corcoran  –  Servando H. Gonzalez, Jr. –
   Brin & Brin

4. In the Matter of Hung Shrimp Farm vs. Ching-Ming TAO
   Case No. 97-04-01459-B
   In the District Court, Cameron County, Texas, 138th Judicial District
   Charles A. Carlson, III

5. In the Matter of McAllen ISD vs. KPMG
   Cause No. C-4693-96-C
   In the District Court of Hidalgo County, Tx.
   139th District Court
   Atlas & Hall  –  Baker & Botts

6. In the Matter of Raymond Derr vs. James Michael Luther
   In the District Court of Hidalgo County, Tx
   93rd District
   Willette & Guerra  –  Rodriguez, Pruenda, Tovar, Castillo & Garcia

Page 2
Listing Ygnacio D. Garza, CPA

7. In the Matter of Mario Munoz vs. Shell Western
   In the District Court of Hidalgo, Tx.
   92nd District
   Phillips & Akers P.C. – William B. Harrison

8. In the Matter of Rene Lucio vs. President Baking Company, Inc. and Bob Ussery
   Case No. C-2862-97-F
   In the District Court of Hidalgo County, Texas
   332nd District
   Willette, Guerra & Trevino, L.L.P. – Mr. Hugh Touchy

9. In the matter of Faustino Ramos & Wife Diana Ramos vs. Shell Oil Company, Nabors Industries, Inc. DBA Nabors Drilling USA, Inc., and Nabors Corporate Services, Inc.
   Case No. C-4770-97-C
   In the Judicial District Court of Hidalgo County, Texas
   139th District
   Phillips & Akers – David L. Phillips

10. In the matter of Arnold Oil Company vs. Pennzoil Company, Pennzoil Products Company and Texas Enterprises, Inc. DBA Golden West
    Case No. 98-10-17420
    In the District Court of Duval County, Texas
    229th District
    Baker & Botts, L.L.P. – Mr. Jeffrey V. Brown

11. In the matter of Timely Adventures, Inc., Francisco Flores, Jr., and Laura Clemente Flores vs. Coastal Mart, Inc., McAllen National Bank, and Israel Rodriguez
    Case No. C-4597-92-E
    In the District Court of Hidalgo County, Texas
    275th Judicial District
    Roerig, Oliveira & Fisher, L.L.P. – Adolph Guerra, Jr.

12. In the Matter of Jesus Garza, Jr. vs. Coastal Oil & Gas Corporation
    Cause No. C-5656-98-G
    In the District Court of Hidalgo County, Texas
    370th Judicial District
    Ellis Koeneke & Ramirez

Page 3
Listing Ygnacio D. Garza, CPA

13. In the Matter of Sylvia Gomez-Garcia vs. Gabriel A. Arguello
    Cause No. C-773-98-C
    In the District Court of Hidalgo County, Texas
    139th District Court
    Garcia & Romero, LLP

14. In the Matter of Trophy International, Inc., et. al v. E. I. du Pont de Nemours & Co. et. al
    Cause No. C-1493-99-F
    In the District Court of Hidalgo County, Texas
    332nd District Court
    Abbott, Simses, Knister & Kuchler

15. In the Matter of Power Tech v. Attwood Corporation
    Case No. B-99-168
    In the United States District Court for the Southern District of Texas, Brownsville Division
    Baker & McKenzie

16. In the Matter of Bill Burns Farms, Inc. vs. Frito Lay, Inc.
    Cause No. C-1139-000
    In the District Court 206th Judicial District, Hidalgo County, Tx.
    Atlas & Hall, LLP

17. In the Matter of Edith Patricia Wallace Kotzur vs. John Mark Wallace
    Case No. C-940-00-B
    In the District Court of Hidalgo County, Tx.
    93rd Judicial District
    Atlas & Hall, LLP

18. In the Matter of Pablo Hernandez vs. Argus Security Systems, Inc.
    Cause No. C-2253-98-F
    In the District Court of Hidalgo County, Texas
    332Nd Judicial District
    Griffith, Saenz & Hill, L.L.P.

19. In the Matter of Earl Eddings and Earle Howard dba The Wet Spot vs. Jack, Rita, Sam Salander, Individually and as Corp. Rep. of Jack's Watercraft Rentals, Inc. and Top of the Mast, Inc.
    In the District Court of Cameron County, Texas
    103RD Judicial District
    Griffith, Saenz & Hill, L.L.P.

Page 4
Listing Ygnacio D. Garza, CPA

20. In the Matter of Manuel De Llano et al. v. The John G. and Marie Stella
    Kenedy Memorial Foundation
    Cause No. C-291-93-D
    In the District Court of Hidalgo County, Texas
    206th Judicial District
    Warburton, Adami, McNeill, Paisley

21. In the Matter of Access Telecom, Inc. v. MCI Telecommunications Corp., MCI
    International, Inc., SBC Communications, Inc., SBC International, Inc., SBC
    International Latin America, Inc. and Telefonos de Mexico
    C.A. No. SA-96-CA-1064
    In the United States District Court for the Western District of Texas,
    San Antonio Division
    Susman Godfrey, L.L.P.

# SCHEDULE D

**Publications Authored
By Ygnacio D. Garza, CPA**

**None**