47

United States District Court
Southern District of Texas
ENTERED

MAY 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, ET AL, | § | |
| Plaintiff, | § | |
| | § | B-01-94 |
| | § | CIVIL ACTION NO. B-99-141 |
| v. | § | |
| | § | |
| OCEANOGRAPHIA, S.A. DE C.V., ET AL. | § | |
| Defendants. | § | |

## AMENDED SCHEDULING ORDER

1. **August 2, 2002**    **ALL DISCOVERY** must be completed by this date. No motion for extension to time will be granted unless there is a showing of express need and that good cause exists.

2. **July 15, 2002**    **MOTIONS FOR EXTENSION OF TIME** to complete discovery must be filed by this date.

3. **N/A**    **AMENDMENT OF PLEADINGS** must be accomplished by this date.

4. **N/A**    **PLAINTIFFS' EXPERT DISCLOSURES** shall be made by this date, with defendant's expert disclosures to follow thirty days thereafter. See Fed.R.Civ.P. 26(a)(2).

5. **N/A**    **JOINDER OF ALL PARTIES** will be accomplished by this date. Counsel responsible for such joinder will deliver a copy of this Scheduling Order to all newly joined parties.

6. **June 14, 2002**    **DEADLINE FOR DEFENDANT TO RESPOND TO FILED DISCOVERY**

7. **August 2, 2002**    **MOTION DEADLINE**: All other motions, including dispositive motions and **Daubert** motions to strike expert testimony, must be filed by this date.

8. **August 23, 2002**    **A JOINT PRETRIAL ORDER** shall be filed by this date by counsel in the format prescribed in Appendix B of the Local Rules of the Southern District of Texas with motions in limine.

9. <u>September 5, 2002</u>          **A FINAL PRETRIAL CONFERENCE is set on this date at 9:00 a.m., before Judge Recio, in Judge Recio's 2nd Floor Courtroom, 600 E. Harrison, in Brownsville, Texas. On the following day, September 6, 2002, at 9:00 a.m., jury selection will commence. The case will remain on standby until tried.**

DONE at Brownsville, Texas this ___16th___ day of _____May_____, 2002.


_____
Felix Recio
United States Magistrate Judge