

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 4 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SEABULK TOWING, INC., f/k/a § <br> HVIDE MARINE TOWING, INC. § <br> and SEABULK OFFSHORE, LTD. § <br> § <br> § <br> V.   § <br> § <br> OCEANOGRAFIA S.A. de C.V. and § <br> AMADO YANEZ OSUNA § | CIVIL ACTION NO. B-01-094 <br><br> In Admiralty |

### NOTICE OF RULE 30(B)(6) <br> DEPOSITION OF OTTO CANDIES, LLC

TO:  Defendant, Oceanografia S.A. de C.V., by and through its attorney of record, James H. Hunter, Jr., Royston, Rayzor, Vickery & Williams, L.L.P., 55 Cove Circle, P. O. Box 3509, Brownsville, Texas 78523-33509.

PLEASE TAKE NOTICE that Plaintiffs Seabulk Towing, Inc. and Seabulk Offshore, Ltd. will take the deposition of Otto Candies, LLC, pursuant to Federal Rule of Civil Procedure 30(b)(6), and for all purposes permitted by the Federal Rules of Civil Procedure. Said deposition will be taken at the offices of Phelps Dunbar, LLP, 365 Canal Street, Suite 2000, New Orleans, Louisiana, before a certified court reporter, on **June 20, 2002, beginning at 10:00 a.m.**

Otto Candies, LLC is called upon to produce at the deposition the most knowledgeable officer(s), agent(s) and/or representative(s) to testify relative to the following:

1. Any information it possesses concerning Oceanografia, including Oceanografia's business affairs, accounts, joint accounts, business interests in the United States or with companies registered to do business in any state of the United States, tangible or intangible assets maintained in the United States, business interests internationally, tangible or intangible assets held internationally, and all such tangible or intangible assets owned, in while or in part, by Oceanografia, or its affiliated business enterprises.

2. Any liens, debts, or other obligations owed by Oceanografia.

3. Otto Candies activities in any way involving Oceanografia, including any tangible or intangible assets owned, in whole or in part jointly or through any cooperative business enterprise, or any obligations owed, in whole or in part, jointly or

through any cooperative business enterprise of Otto Candies, Oceanografia, or their affiliated business enterprises.

4. Any tangible assets, intangible assets, rights, title or interests owned by Oceanografia, in whole or in part, or any business venture in which Oceanografia is a participant, including any such tangible asset, intangible asset, right, title or interests, which has been removed from any account or interest in the United States since June 7, 2001, the date on which this litigation has been instituted.

5. The subject matter of all conversations and correspondence exchanged between the officers, agents or representatives of Oceanografia, at any time.

6. The structure, capitalization, assets and obligations of any business venture in which Otto Candies and Oceanografia are joint participants.

7. Responses to discovery in Civil Action No. 01-3791 "J" (1); *Seabulk Towing, Inc. f/k/a/ Hvide Marine Towing, Inc., and Seabulk Offshore, Ltd. v. Oceanografia S.A. de C.V. and Amado Yanez Osuna*, in the United States District Court, Eastern District of Louisiana, specifically, those documents produced by Otto Candies, LLC, in response to the Magistrate's Order of March 12, 2002.

Otto Candies, LLC is called upon to produce the deponent(s). You are invited to attend and participate.

        Respectfully submitted,

        THE KLEBERG LAW FIRM

        Frank L. McNiff, Jr.
        State Bar No. 07419100
        Federal ID No. 12595
        James F. Buchanan
        State Bar No. 03287500
        Federal ID No. 0328
        800 N. Shoreline Blvd., Suite 900 North
        Corpus Christi, Texas  78401
        (361) 693-8500 Telephone
        (361) 693-8600 Fax

        ATTORNEYS-IN-CHARGE FOR
        PLAINTIFFS, SEABULK TOWING, INC.
        AND SEABULK OFFSHORE, LTD.

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was forwarded to the attorney listed below by hand delivery, facsimile or U. S. certified mail, return receipt requested on the 22nd day of May, 2002

    Keith N. Uhles
    James H. Hunter, Jr.
    ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
    55 Cove Circle
    P. O. Box 3509
    Brownsville, Texas  78523-33509

    Rufus C. Harris III
    Alfred J. Rufty III
    HARRIS & RUFTY, L.L.C.
    1450 Poydras St., Suite 1510
    New Orleans, LA 70112

    _____
    Frank L. McNiff, Jr.