United States District Court
Southern District of Texas
FILED

JUN 1 7 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | CIVIL ACTION |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD., | § | |
| Plaintiffs | § | NUMBER: C.A. B-01-094 |
| | § | |
| v. | § | |
| | § | |
| OCEANOGRAFIA S.A. de C.V and | § | In Admiralty |
| AMADO YANEZ OSUNA, | § | |
| Defendants | § | |

## OPPOSED MOTION FOR PROTECTIVE ORDER

NOW COME defendants' Oceanografia S.A. de C.V. and Amado Yanez Osuna, and MOVE for a protective order respecting a deposition noticed for June 18, 2002 of Mr. Yanez. This motion is opposed by counsel for Plaintiffs.

1. Plaintiff Seabulk Offshore sent a Notice of Deposition for the deposition of Mr. Amado Yanez, purporting to schedule the deposition for June 18, 2002 in Brownsville, Texas. Neither Mr. Yanez nor Oceanografia were consulted about the timing or place of the deposition or Mr. Yanez's availability. The notice was merely sent. Mr. Yanez is not available to be deposed on that date. Mr. Yanez also is not willing to travel from his place of residence in Mexico to the United States for this deposition.

2. Mr. Yanez is available for deposition on next Friday, June 28 in Mexico City, Mexico. Undersigned counsel has so advised counsel for Seabulk. This date should be more convenient even for counsel for Seabulk. This is because Yanez has just issued responses to the written discovery propounded to him. In those responses (timely submitted on Friday, June 14), Mr. Yanez noted that

49499:1017471.1:061702

he had various documents available for inspection and copying. Today counsel for Seabulk has advised that they would like for the documents to be copied at its expense and transmitted to them. This could not happen in time for a deposition tomorrow morning. It can, however, happen in time for Seabulk to receive and inspect the documents well in advance of a deposition on next Friday, June 28.

3.      Seabulk nevertheless refuses to voluntarily move its deposition date from the never-agreed-to date of June 18 (a date upon which the witness is not available and has never represented otherwise) until a date just next week, June 28. Oceanografia and Yanez therefore file this motion for a protective order as to the deposition scheduled for tomorrow.

4.      Counsel for Oceanografia and Yanez inadvertently failed to advise counsel for Seabulk of the witness's unavailability until this morning. With apologies to the Court and to Seabulk counsel, undersigned counsel wrongly believed that the undersigned's office had advised Seabulk's counsel of this unavailability during the week of June 3. This does not alter the fact, however, that Mr. Yanez is not available (though he is available in just over a week). Nor has this caused any prejudice or undue expense to Seabulk's counsel, as any preparation will of course be necessary for the deposition regardless whether it happens tomorrow or next week.

5.      Under the circumstances, Oceanografia and Yanez respectfully request that a protective order be issued with respect to the notice for a deposition tomorrow that Mr. Yanez cannot attend on a date that he never agreed to and at a place that he should not be compelled to travel. Mr. Yanez stands ready to be deposed on next Friday, June 28, which should serve the interest of all parties.

**WHEREFORE**, the premises considered, defendants Oceanografia S.A. de C.V. and Amado Yanez Osuna respectfully pray for a Protective Order from the deposition of Yanez noticed June 18,

2002, and for all other relief, at law or in equity, to which Defendants show themselves justly entitled.

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _/s/ James H. Hunter, Jr._____

James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-33509
Tel: (956) 542-4377
Fax: (956) 542-4370
**LOCAL COUNSEL FOR DEFENDANTS,
OCEANOGRAFIA S.A. DE C.V. AND
AMADO YANEZ OSUNA**

Rufus C. Harris III (#Admission No. 29458)
Alfred J. Rufty III (#Admission No. 29457)
HARRIS & RUFTY, L.L.C.
1450 Poydras Street, Ste. 1510
New Orleans, Louisiana 70112
Tel: (504) 525-7500
Fax: (504) 525-7222
**ATTORNEYS FOR DEFENDANTS,
OCEANOGRAFIA S.A. DE C.V. AND
AMADO YANEZ OSUNA**

**CERTIFICATE OF CONFERENCE**

Counsel for Seabulk has been contacted but opposes this motion.

_/s/ James H. Hunter, Jr._____
**JAMES H. HUNTER, JR.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel via *FACSIMILE*, this 17th day of June, 2002.

Mr. James F. Buchanan
Frank L. McNiff, Jr.
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Ste. 900 North
Corpus Christi, Texas 78401

_____
**James H. Hunter, Jr.**