**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED
JUN 1 8 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk



United States District Court
Southern District of Texas
FILED
JUN 1 7 2002
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| SEABULK TOWING, INC., ET AL | * | |
| VS | * | CIVIL ACTION NO. B-01-094 (636(c)) |
| OCEANOGRAFIA, S.A. de C.V., ET AL | * | |

## O R D E R

On this the 17th day of June 2002, the Court reviewed defendants Oceanografia S.A. de C.V. and Amado Yanez Osuna's Opposed Motion for Protective Order. The Court is being asked to block the taking of defendant Yanez' deposition without the benefit of sufficient evidence to determine if notice of deposition was reasonable. It is, therefore, ORDERED that defendants' Motion be DENIED.

The parties hereto are advised that the Court will not allow itself to be involved in petty squabbles regarding discovery matters and urges the parties to resolve their differences in a professional manner.

DONE this 17th day of June 2002, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge