IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
| Plaintiffs | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |
| Defendants | § | |

## PLAINTIFFS' OPPOSED MOTION FOR EXPEDITED HEARING

TO THE HONORABLE UNITED STATES JUDGE
FOR THE SOUTHERN DISTRICT OF TEXAS:

Seabulk Towing, Inc., f/k/a Hvide Marine Towing, Inc., and Seabulk Offshore, Ltd., move for an expedited hearing for the consideration of its Motion for Inclusion in Rule B Attachment of Newly Discovered Property of Defendants as follows:

I.

Seabulk has filed a Motion for Inclusion in Rule B Attachment of Newly Discovery Property of Defendants, and because of the potential of either transfer of assets sought for attachment and/or transfer of title of property, request an expedited hearing as soon as practicable to prevent potential transfer of Defendants' assets.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Seabulk Towing, Inc., f/k/a Hvide Marine Towing, Inc., and Seabulk Offshore, Ltd. request the Court grant this Motion and grant all other relief to which it is entitled.

Dated this _____ day of June, 2002.

165883

1

Respectfully submitted,

THE KLEBERG LAW FIRM

_____
Frank L. McNiff, Jr.
State Bar No. 07419100
Federal ID No. 12595
James F. Buchanan
State Bar No. 03287500
Federal ID No. 0328
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas 78401
(361) 693-8500 Telephone
(361) 693-8600 Fax
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

Attempts to contact Defendants' Counsel have been unsuccessful and therefore this Motion should be considered opposed.

_____
Frank L. McNiff, Jr.

165883

2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this ⟨2nd⟩ day of June, 2002, served a copy of the foregoing on all counsel of record via United States certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure.

Keith N. Uhles
James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-33509

Rufus C. Harris III
Alfred J. Rufty III
HARRIS & RUFTY, L.L.C.
1450 Poydras St., Suite 1510
New Orleans, LA 70112

Frank L. McNiff, Jr.

165883

3