53

AO435 (Rev 1/90)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

**TRANSCRIPT ORDER**

*Read Instructions on Back.*

| | | |
|---|---|---|
| FOR COURT USE ONLY | | |
| DUE DATE: | | |

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Sharon Emerson, The Kleberg Law Firm | [361] 693-8500 | July 11, 2002 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 800 N. Shoreline Blvd., Suite 900N | Corpus Christi | Texas | 78401 |

| 8. CASE NUMBER | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS | |
|---|---|---|---|
| B-01-094 [civil] | Felix Recio | 10. FROM May 15, 2002 | 11. TO |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Seabulk Towing v. Oceanografia | 13. CITY Brownsville | 14. STATE Texas |

**15. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

Entire transcript

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | United States District Court Southern District of Texas FILED |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | JUL 15 2002 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | Michael N. Milby |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | Clerk of Court |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | X | X | NO. OF COPIES | | |
| EXPEDITED | — | — | NO. OF COPIES | | |
| DAILY | — | — | NO. OF COPIES | | |
| HOURLY | — | — | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below I certify that I will pay all charges (deposit plus additional).

| | |
|---|---|
| 18. SIGNATURE [signature] | ESTIMATE TOTAL |
| 19. DATE July 11, 2002 | PROCESSED BY |
| | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY