IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
|     Plaintiffs | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |
|     Defendants | § | |

## ORDER GRANTING MOTION FOR EXPEDITED HEARING

Plaintiffs Seabulk Towing, Inc., f/k/a Hvide Marine Towing, Inc., and Seabulk Offshore, Ltd.'s Motion for Expedited Hearing is hereby granted. A hearing on its Motion for Inclusion in Rule B Attachment of Newly Discovered Property of Defendants will be held at 2:00 o'clock p.m. on the 25th day of July, 2002.

                                                              United States Magistrate Judge

165883