```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :   M Garcia
ERO                :   G Mendieta
CSO                :   Figueroa
Law Clerk          :   R Byrd
Date               :   July 25, 2002 at 2:00 p.m.                JUL 25 2002
---------------B--------------------------------------------------
CIVIL CASE NO. B-01-94 (636(c))                            Michael N. Milby
                                                           Clerk of Court

Seabulk Towing Inc et al            *         Frank L McNiff Jr

VS                                  *

Oceanographia, S.A. De C.V. et al   *         Alfred J Ruffy, III
                                              James Hunter
```

---

HEARING ON MOTION FOR INCLUSION IN RULE B ATTACHMENT OF NEWLY DISCOVERED PROPERTY

Frank L McNiff Jr present for the Plaintiffs; Alfred J Ruffy, III and JamesHunter present for the defendants;

F McNiff addresses the Court as to his Motion for Attachment, requesting the Court to allow for attachment of property;

The Court states having received a notice of settlement in this case;

F McNiff states the settlement was for immediate payment;

A Ruffy III addresses the Court;

The Court denies Motion for Attachment (51-1) and grants Motion for Extension of Time(54-1);

F McNiff requests discovery deadline be continued;

Court denies Motion for Referral to Alternative Dispute Resolution (56-1) and grants Motion for Continuance of Trial (56-2); Motions (58-1) and (59-1) are to be carried along for the time being;

The Court continues the case for Pretrial on 10/3/02 and Jury Selection for 10/4/02;

Court adjourned.