

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McAllen DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SEABULK TOWING, INC. | * | |
| | * | |
| VS | * | C.A. NO. B-01-094 |
| | * | (636(c)) |
| OCEANOGRAFIA, S.A. de C.V., ET AL | * | |

### RULE 16, F.R.C.P. AMENDED SCHEDULING ORDER

The following schedule will control the disposition of this case unless objection to the proposed schedule is filed with the Clerk of the court no later than 14 days following the date of this Order. A copy of any such objections must be sent to my Chambers. All prior discovery deadlines, if any, are superseded by this Order.

1. 09/13/02   **ALL DISCOVERY** must be completed by this date. No motion for extension to time will be granted unless there is a showing of express need and that good cause exists.

2. 08/28/02   **MOTIONS FOR EXTENSION OF TIME** to complete discovery must be filed by this date.

3. 09/13/02   **MOTION DEADLINE**: All other motions, including dispositive motions and <u>Daubert</u> motions to strike expert testimony, must be filed by this date.

4. 09/25/02   **A JOINT PRETRIAL ORDER** shall be filed by this date by counsel in the format prescribed in Appendix B of the Local Rules of the Southern District of Texas with motions in limine.

5. 10/03/02   **A FINAL PRETRIAL CONFERENCE** is set on this date at 9:00 a.m., before this Court.

6. 10/04/02   **JURY SELECTION** , if applicable, is set on this date at 9:30 a.m.

Counsel for all parties must attend the Pretrial Conference unless the Court has granted a written motion to reschedule the Pretrial Conference. Failure to timely file the Joint Pretrial Order may result in the imposition of sanctions pursuant to Rule 16(f) F.R.C.P., including dismissal or default judgment as appropriate. Any motion presented for filing which is not in compliance with Local Rule 6 will be stricken from the record. In particular, counsel are reminded that motions

must be accompanied by a proposed order and (except motions under Rule 12 or 56) must certify that counsel have conferred and cannot agree. The conference requirement is important because it helps insure that the time and resources of the parties and the Court are not wasted on matters that could be resolved by agreement at the outset. For similar reasons, counsel must notify the Court immediately should the case be settled and submit an appropriate joint motion and dismissal order.

The Clerk shall send a copy of this Order to the counsel of record for the parties.

DONE at Brownsville, Texas, on 25th day of July 2002.

Felix Recio
United States Magistrate Judge