United States District Court
Southern District of Texas
FILED

AUG 16 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK OFFSHORE, LTD. | § | CASE NO. CA-B-01-094 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | MAY 15, 2002 |
| OCEANOGRAFIA S.A. DE C.V., | § | |
| ET AL | § | 1:58 P.M. TO 2:09 P.M. |

### MOTIONS HEARING

BEFORE THE HON. FELIX RECIO, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:                          SEE NEXT PAGE

For the Defendant:                          SEE NEXT PAGE

Court Recorder:                             Linda Garcia

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P. O. Box 925674
Houston, Texas 77292-5675
(713) 697-4718
(713) 697-4722 (fax)

Proceedings recorded by electronic sound recording:
transcript produced by transcription service.