IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
| | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER GRANTING MOTION COMPEL DISCOVERY

Came on to be considered Plaintiffs' Motion to Compel Responses to Interrogatories and Requests for Production of Documents, and the Court having considered the same, it is hereby ORDERED that said Motion is GRANTED in its entirety.

It is therefore ORDERED that the objections of Amado Yanez Osuna are OVERRULED and that Oceanografia S.A. de C.V. is ordered to respond fully and completely to the Interrogatories and Requests for Production served by Plaintiffs within five (5) business days of the entry of this Order.

SIGNED this 10th day of September, 2002.

UNITED STATES DISTRICT JUDGE

166602/Order                                    1