IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a § | CIVIL ACTION |
| HVIDE MARINE TOWING, INC., § | |
| and SEABULK OFFSHORE, LTD., § | |
| Plaintiffs § | NUMBER: C.A. B-01-094 |
| § | |
| v. § | |
| § | |
| OCEANOGRAFIA S.A. de C.V and § | In Admiralty |
| AMADO YANEZ OSUNA, § | |
| Defendants § | |

**ORDER ON DEFENDANTS' MOTION TO COMPEL DISCOVERY**

On the 16th day of September, 2002, came on to be considered Defendants', **OCEANOGRAFIA S.A. DE C.V. and AMADO YANEZ OSUNA** Motion to Compel in the above-entitled civil action. The Court after considering said motion, the pleadings on file, the arguments of counsel, the evidence presented and the applicable law is of the opinion that said motion should be granted. Accordingly, it is therefore,

**ORDERED, ADJUDGED and DECREED** that Defendants', **OCEANOGRAFIA S.A. DE C.V. and AMADO YANEZ OSUNA** Motion to Compel is **GRANTED**, Plaintiffs' Objections are OVERRULED, and Plaintiffs are ordered to provide *full and complete* answers and responses to Defendants' First Set of Interrogatories and Request for Production of Documents marked as Exhibit "A" to the Motion to Compel within 10 days of signing of this Order, without objection, and objections to said discovery are waived. It is further

**ORDERED, ADJUDGED and DECREED** that Defendants' Motion to Compel further corporate deposition testimony on the issues outlined in the motion is hereby GRANTED, and Defendant is ordered to produce corporate representative(s) with knowledge of such issues to testify within _____ days of the signing of this order, without objection.

49499:1028817.1:091302

SIGNED FOR ENTRY on the 16th day of September, 2002.

_____
HON. FELIX RECIO
UNITED STATES MAGISTRATE JUDGE

COPIES TO:

JAMES H. HUNTER, JR.
ROYSTON, RAYZOR, VICKERY
 & WILLIAMS, L.L.P.
P.O. BOX 3509
BROWNSVILLE, TX 78523-3509

JAMES F. BUCHANAN
FRANK L. MCNIFF, JR.
THE KLEBERG LAW FIRM
800 N. SHORELINE BLVD., STE. 900 NORTH
CORPUS CHRISTI, TX 78401

RUFUS C. HARRIS III
ALFRED J. RUFTY III
HARRIS & RUFTY, L.L.C.
1450 POYDRAS STREET, STE. 1510
NEW ORLEANS, LA 70112