IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | CIVIL ACTION |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD., | § | |
| Plaintiffs | § | NUMBER: C.A. B-01-094 |
| | § | |
| v. | § | |
| | § | |
| OCEANOGRAFIA S.A. de C.V and | § | In Admiralty |
| AMADO YANEZ OSUNA, | § | |
| Defendants | § | |

## DEFENDANTS' OPPOSED[1] MOTION TO CONTINUE TRIAL

NOW COME defendants Oceanografia S.A. de C.V. and Amado Yanez Osuna ("Yanez") and respectfully move for a brief continuance of the trial of this matter, presently set for October 7, 2002, on the grounds and for the reasons set forth in the attached memorandum.

Respectfully submitted,

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: _____
James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-33509
Tel: (956) 542-4377
Fax: (956) 542-4370
**LOCAL COUNSEL FOR DEFENDANTS,
OCEANOGRAFIA S.A. DE C.V. AND
AMADO YANEZ OSUNA**

---

[1] See Certificate of Conference below.

49499:1029354.1:091802

Rufus C. Harris III (#Admission No. 29458)
Alfred J. Rufty III (#Admission No. 29457)
HARRIS & RUFTY, L.L.C.
1450 Poydras Street, Ste. 1510
New Orleans, Louisiana 70112
Tel: (504) 525-7500
Fax: (504) 525-7222
**ATTORNEYS FOR DEFENDANTS,
OCEANOGRAFIA S.A. DE C.V. AND
AMADO YANEZ OSUNA**

## [1]CERTIFICATE OF CONFERENCE

Plaintiffs' attorneys have been contacted and will discuss this matter with their clients. However, Plaintiffs' attorneys are currently not inclined to agree to a continuance.

**James H. Hunter, Jr.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been forwarded to opposing counsel via **FACSIMILE**, this 18th day of September, 2002.

Mr. James F. Buchanan
Frank L. McNiff, Jr.
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Ste. 900 North
Corpus Christi, Texas 78401

**James H. Hunter, Jr.**