IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
| Plaintiffs | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |
| Defendants | § | |

## PLAINTIFFS' MOTION FOR EXPEDITED HEARING

TO THE HONOR ABLE JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

Plaintiffs, Seabulk Towing, Inc. and Seabulk Offshore, Ltd., move for an expedited hearing on their Motion for Reconsideration of the Court's Order on Defendants' Motio nto Compel Discovery and Motion for Protective Order and show as follows:

1. On September 16, 2002, the Court granted Defendants Motion to Compel Discovery and overruled Plaintiffs' objections. The Court further required additional answers on or before September 26, 2002, without specification as to whether or not attorney-client privilege objections had been waived and/or whether or not a privilege log would be required. The Court's order was issued without hearing Defendants' motion and within one day of Defendants' motion filing. Plaintiffs did not have an opportunity to file a responsive pleading.

2. Trial on this matter is scheduled for October 3, 2002, and therefore, expedited consideration of Plaintiffs' Motion for Reconsideration and Motion for Protection is requested.

168871

1

PREMISES CONSIDERED, Plaintiffs Seabulk Towing, Inc. and Seabulk Offshore, Ltd. request the Court grant this motion and all other relief to which they are entitled.

Respectfully submitted,

THE KLEBERG LAW FIRM

_____
Frank L. McNiff, Jr.
State Bar No. 07419100
Federal ID No. 12595
James F. Buchanan
State Bar No. 03287500
Federal ID No. 0328
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas 78401
(361) 693-8500 Telephone
(361) 693-8600 Fax

ATTORNEYS-IN-CHARGE FOR
PLAINTIFFS, SEABULK TOWING, INC.
AND SEABULK OFFSHORE, LTD.

## CERTIFICATE OF CONFERENCE

No conference was held on this motion and therefore, the same should be considered opposed.

_____
Frank L. McNiff, Jr.

168871                                                2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this /9TH day of September, 2002, served a copy of the foregoing on all counsel of record via United States by facsimile and/or certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure.

>Keith N. Uhles
>James H. Hunter, Jr.
>ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
>55 Cove Circle
>P. O. Box 3509
>Brownsville, Texas  78523-33509

>Rufus C. Harris III
>Alfred J. Rufty III
>HARRIS & RUFTY, L.L.C.
>1450 Poydras St., Suite 1510
>New Orleans, LA 70112

Frank L. McNiff, Jr.

168871                                    3

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
|     Plaintiffs | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |
|     Defendants | § | |

## ORDER GRANTING MOTION FOR EXPEDITED HEARING

Plaintiffs Seabulk Towing, Inc. and Seabulk Offshore, Ltd.'s motion for expedited hearing is hereby granted. Hearing on their Motion for Third-Party Discovery will be held at \_\_\_\_ o'clock \_\_.m. on the _____ day of September, 2002.

_____
UNITED STATES DISTRICT JUDGE

168871/Order

1