## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS DIVISION
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**SEP 2 3 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SEABULK TOWING, INC., ET AL | * | |
| vs | * | CIVIL ACTION NO. B01-094 (636(c)) |
| OCEANOGRAFIA S.A. de C.V., ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### MOTIONS HEARING

**September 25, 2002, 9:00 a.m.**

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:   U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520

**BY ORDER OF THE COURT**

September 23, 2002

cc:   Counsel of Record