74

# CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

Felix Recio, United States Magistrate Judge
Southern District of Texas, Brownsville Division

SEP 2 4 2002

Michael N. Milby
Clerk of Court

Law Clerk:

Date:          Sep 24, 2002, 2:00 p.m.
-----------------------------------------------------------------

## C. A. NO. B-01-094 (636(c))
-----------------------------------------------------------------

| | | |
|---|---|---|
| SEABULK TOWING, INC., | * | James F. Buchanan |
| f/k/a HVIDE MARINE TOWING, INC. | | & Frank L McNiff, Jr. |
| And SEABULK OFFSHORE, LTD | * | |
| VS | * | |
| OCEANOGRAFIA, S.A. de C.V. | * | Rufus C Harris, III, |
| | | Alfred J Ruffy, III, |
| | | & James H Hunter, Jr |
| And AMADO YANEZ OSUNA | * | " |

-----------------------------------------------------------------

## TELEPHONIC MOTIONS CONFERENCE

Telephonic conference held with attorneys McNiff, Ruffy and Hunter.

Motion for Continuance (Doc. No. 69) GRANTED. Trial reset to the March 2003 docket. The Court will send out a new scheduling order.

Document No. 72 MOOTED by this conference.

Document No. 71, Motion for Reconsideration of the Court's Order on Defendants' to Compel Discovery DENIED but verbally clarified. The Court did not intend to order plaintiffs to disclose attorney/client privilege information. Privilege list to be exchanged between the parties to be dealt with at a later hearing as set by the Court.