UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

SEABULK TOWING, INC., ET AL    *
                               *
VS                             *   CIVIL ACTION NO. B-01-094
                               *        (636(c))
OCEANOGRAFIA, S.A. de C.V., ET AL *
                               *

## DOCKET DATES

The following are the new docket dates in the above-captioned cause of action:

    Joint Pretrial Order due:  February 10, 2003

    Final Pretrial set for:    March 06, 2003, at 2:00 p.m.

    Jury Selection set for:    March 07, 2003, at 9:00 a.m.

DONE at Brownsville, Texas, this 24th day of September 2002.

_____
Felix Recio
United States Magistrate Judge