United States District Court
Southern District of Texas
FILED

NOV 0 6 2002

Michael N. Milby
Clerk of Court

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
| | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |

PLAINTIFFS' MOTION TO COMPEL RESPONSES TO PLAINTIFFS'
SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION
OF DOCUMENTS AND THIRD REQUESTS FOR PRODUCTION BY
OCEANOGRAFIA S.A. de C.V. AND MEMORANDUM IN SUPPORT THEREOF

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

Seabulk Towing, Inc. (Seabulk Towing) and Seabulk Offshore, Ltd. (Seabulk Offshore),

(collectively "Seabulk"), Plaintiffs in the above styled cause, and pursuant to Rules 33, 34 and

37(a) of the Federal Rules of Civil Procedure, move for an order compelling full and complete

responses to Plaintiffs' Second Set Interrogatories and Request for Production of Documents and

Plaintiffs' Third Requests for Production of Documents propounded on Defendant Oceanografia

S.A. de C.V. ("Oceanografia"), and in support of this motion, Seabulk shows as follows:

I.    BACKGROUND

On August 12, 2002, Seabulk served on Oceanografia Plaintiffs' Second Set of

Interrogatories and Requests for Production ("Second Set of Discovery"). Oceanografia received

the Second Set of Discovery on August 14, 2002, through its Brownsville counsel and on August

16, 2002, through its New Orleans counsel.  A copy of the Second Set of Discovery is attached

as Exhibit A and includes a copy of the receipts for certified mail confirming delivery.

Seabulk also served its third requests for production ("Third Set of Discovery") on Oceanografia on August 14, 2002, received by his Brownsville counsel on August 16, 2002, and through its New Orleans counsel on August 20, 2002. A copy of the Third Request for Production is attached as Exhibit B.

After serving the Second and Third Sets of Discovery above, Plaintiff's counsel and Oceanografia's New Orleans counsel agreed to a brief extension for production of documents and answers to the Second and Third Sets of Discovery. Accordingly, production was to occur on or before September 18, 2002 (see response issued to Defendants' counsel on September 18, 2002 attached hereto as Exhibit C). Plaintiffs' counsel received no responses to the Second and Third Sets of Discovery by the agreed deadline. Additional correspondence was exchanged with Defendants' counsel on September 23, 2002 (attached hereto as Exhibit D) and October 21, 2002 (attached hereto as Exhibit E) giving notice of Oceanografia's failure to respond.

Subsequent to the October 21, 2002 correspondence, a telephone conference between counsel for Plaintiffs and Defendants took place on October 28, 2002, wherein Defendants' New Orleans counsel confirmed its failure to respond to the Second and Third Sets of Discovery and confirmed that Alfred Rufty would re-address the discovery response issue in a telephone conference with his client on October 29, 2002. (See Affidavit of Frank L. McNiff, Jr., attached as Exhibit F). To date, Plaintiffs' counsel has not received written responses to the Second and Third Sets of Discovery. Although Plaintiffs' counsel has received numerous documents related to previous discovery (as ordered by this Court to be produced), those documents are not responsive to the Second and Third Sets of Discovery.

170477                                    2

## II.    WAIVER OF OBJECTION/RECOVERY OF EXPENSES

Oceanografia has provided no adequate excuse for its failure to respond to the Second and Third Sets of Discovery and, therefore, Defendant Oceanografia S.A. de C.V. should be found to have waived any and all objections to such interrogatories and requests for production, and be compelled to answer fully the interrogatories served and produce the requested documents without objection.

Additionally, Seabulk requests this Court to consider award of expenses for filing this motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Seabulk Towing and Seabulk Offshore, Ltd., move this Honorable Court to enter an Order compelling Oceanografia S.A. de C.V. to answer Plaintiffs' Second Set of Interrogatories and Request for Production without objection and further, to respond and produce documents responsive to Plaintiffs' Third Request for Production without objection and specifically find and waive any and all objections to the interrogatories and requests for production.

Respectfully submitted,

THE KLEBERG LAW FIRM

_____

Frank L. McNiff, Jr.
State Bar No. 07419100
Federal ID No. 12595
James F. Buchanan
State Bar No. 03287500
Federal ID No. 0328
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas  78401
(361)  693-8500 Telephone
(361)  693-8600 Facsimile

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

Plaintiffs' counsel and counsel for Defendant Oceanografia S.A. de C.V. discussed the filing of this motion to compel on October 28, 2002, and the motion should be considered opposed.

_____
Frank L. McNiff, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that I have on this ___ day of November, 2002, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

Keith N. Uhles
James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas  78523-3509

Rufus C. Harris III
Alfred J. Rufty III
HARRIS & RUFTY, L.L.C.
1450 Poydras St., Suite 1510
New Orleans, LA 70112

_____
Frank L. McNiff, Jr.

170477                                  4

# THE KLEBERG LAW FIRM
### Established 1849

San Antonio Office
Suite 1300
112 East Pecan Street
San Antonio, Texas 78205-1536
(210) 227-8800

A Professional Corporation
Corpus Christi Office
Suite 900, North Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3709
(361) 693-8500

Houston Office
Suite 400
1800 Bering Drive
Houston, Texas 77057
(713) 650-6166

Facsimile: (361) 693-8600

Frank L. McNiff, Jr.
Direct Dial (361) 693-8665

August 12, 2002

*Via Fax: 504-525-7222*
*and Certified Mail, Return Receipt Requested*
Mr. Alfred J. Rufty, III
HARRIS & RUFTY, L.L.C.
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112

Re:    C.A. No. B-01-094; in the U.S. District Court,
Southern District of Texas, Brownsville Division
*Seabulk Towing, Inc. and Seabulk Offshore, Ltd.*
*vs. Ceanografia S.A. de C.V. and Amado Yanez Osuna*
Harris & Rufty Ref: 736-85
Kleberg Ref: 16273.1

Dear Alfred:

Enclosed are Plaintiffs' Second Set of Interrogatories and Requests for Production to Oceanografia and Plaintiffs' Second Set of Interrogatories and Requests for Production to Amado Yanez Osuna.

Very truly yours,

THE KLEBERG LAW FIRM

Frank L. McNiff, Jr.

FLM/ps
153362v22

cc:    *Via Fax: 956-542-4370*
*and Certified Mail, Return Receipt Requested*
James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY
& WILLIAMS, L.L.P.
P. O. Box 3509
Brownsville, Texas 78523



EXHIBIT
A

**2. Article Number**

7106 4575 1292 5852 1972

**3. Service Type  CERTIFIED MAIL**

**4. Restricted Delivery? (Extra Fee)** ☐ Yes

**1. Article Addressed to:**

James H. Hunter, Jr.
Royston, Rayzor, Vickery
& Williams
P. O. Box 3509
Brownsville, TX 78523

PS Form 3811, June 2000 ⸺ Domestic Return Rec.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   Jaime deLbara   B. Date of Delivery  8-14-02

C. Signature

X   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

---

**US Postal Service**
**Receipt for Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To:

James H. Hunter, Jr.
Royston, Rayzor, Vickery
& Williams
P. O. Box 3509
Brownsville, TX 78523

7106 4575 1292 5852 1972

PS Form 3800, June 2000    US Postal Service    **Certified Mail Receipt**

2



**2. Article Number**

7106 4575 1292 5852 2009

**3. Service Type  CERTIFIED MAIL**

**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes

**1. Article Addressed to:**

Alfred J. Rufty, III
Harris & Rufty, LLC
1450 Poydras St., Suite 1510
New Orleans LA 70112

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

J. Stastny

C. Signature

X J. Stastny

☐ Agent
☐ Address

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:          ☐ No

AUG 1 6 2002

B Form 3811, June 2000                Domestic Return Receipt

---

US Postal Service

**Receipt for Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

7106 4575 1292 5852 2009

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To:

Alfred J. Rufty, III
Harris & Rufty, LLC
1450 Poydras St., Suite 1510
New Orleans LA 70112

PS Form 3800, June 2000    US Postal Service    **Certified Mail Receipt**

2

THE KLEBERG LAW FIRM
Established 1849

| San Antonio Office | A Professional Corporation | Houston Office |
|---|---|---|
| Suite 1300 | Corpus Christi Office | Suite 400 |
| 112 East Pecan Street | Suite 900, North Tower | 1800 Bering Drive |
| San Antonio, Texas 78205-1536 | 800 North Shoreline Boulevard | Houston, Texas 77057 |
| (210) 227-8800 | Corpus Christi, Texas 78401-3700 | (713) 650-6166 |
| | (361) 693-8600 | |
| | Facsimile: (361) 693-8600 | |

## FAX COVER SHEET

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**TO:**                   Mr. Alfred J. Rufty III

**FIRM:**                 Harris & Rufty, L.L.C.

**FAX NUMBER:**           504-525-7222

**FROM:**                 Frank L. McNiff, Jr.

This fax contains *22* pages including this one. If you do not receive all of the pages or if there is any problem with this transmission, please call the person shown below. Our fax number is (361) 693-8600.

**SENT BY:**              Patty Smith

**DATE/TIME:**            August 12, 2002

____ORIGINAL WILL BE MAILED___ ORIGINAL WILL "NOT" BE MAILED

Comments/Notes:

---

## TRANSMISSION REPORT

THIS DOCUMENT WAS CONFIRMED
(REDUCED SAMPLE ABOVE - SEE DETAILS BELOW)

**\*\* COUNT \*\***
TOTAL PAGES SCANNED     : 22
TOTAL PAGES CONFIRMED : 22

\*\*\* SEND \*\*\*

| No. | REMOTE STATION | START TIME | DURATION | #PAGES | MODE | RESULTS |
|---|---|---|---|---|---|---|
| 1 | 504 525 7222 | 8-12- 2   17:24 | 5'15" | 22/ 22 | EC | COMPLETED 14400 |
| | | TOTAL | 0:05'15" | 22 | | |

NOTE:
No. : OPERATION NUMBER   48 : 4800BPS SELECTED   EC : ERROR CORRECT   G2 : G2 COMMUNICATION
PD : POLLED BY REMOTE    SF : STORE & FORWARD    RI : RELAY INITIATE   RS : RELAY STATION
MB : SEND TO MAILBOX     PG : POLLING A REMOTE   MP : MULTI-POLLING    RM : RECEIVE TO MEMORY

HE KLEBERG LAW FIRM
Established 1849

A Professional Corporation

San Antonio Office
Suite 1300
112 East Pecan Street
San Antonio, Texas 78205-1536
(210) 227-8800

Corpus Christi Office
Suite 900, North Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3709
(361) 693-8500

Facsimile: (361) 693-8600

Houston Office
Suite 400
1800 Bering Drive
Houston, Texas 77057
(713) 650-6160

## FAX COVER SHEET

### CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**TO:**          Keith N. Uhles/James H. Hunter, Jr.

**FIRM:**        Royston, Rayzor, Vickery & Williams, L.L.P.

**FAX NUMBER:**  956-542-4370

**FROM:**        Frank L. McNiff, Jr.

This fax contains 22 pages including this one. If you do not receive all of the pages or if there is any problem with this transmission, please call the person shown below. Our fax number is (361) 693-8600.

**SENT BY:**     Patty Smith

**DATE/TIME:**   August 12, 2002

✓ ORIGINAL WILL BE MAILED___  ORIGINAL WILL "NOT" BE MAILED

Comments/Notes:

---

## TRANSMISSION REPORT

# THIS DOCUMENT WAS CONFIRMED
# (REDUCED SAMPLE ABOVE - SEE DETAILS BELOW)

## ** COUNT **
# TOTAL PAGES SCANNED    : 22
# TOTAL PAGES CONFIRMED  : 22

*** SEND ***

| No. | REMOTE STATION | START TIME | DURATION | #PAGES | MODE | RESULTS |
|-----|----------------|------------|----------|--------|------|---------|
| 1   | 956 5424370    | 8-12- 2    17:18 | 5'18" | 22/ 22 | EC | COMPLETED 14400 |
|     |                | TOTAL | 0:05'18" | 22 | | |

NOTE:
| No. : OPERATION NUMBER | 48 : 4800BPS SELECTED | EC : ERROR CORRECT | G2 : G2 COMMUNICATION |
| PD : POLLED BY REMOTE | SF : STORE & FORWARD | RI : RELAY INITIATE | RS : RELAY STATION |
| MB : SEND TO MAILBOX | PG : POLLING A REMOTE | MP : MULTI-POLLING | RM : RECEIVE TO MEMORY |

2. Article Number

**COMPLETE THIS SECTION ON DELIVERY**

| | |
|---|---|
| A. Received by (Please Print Clearly) | B. Date of Delivery |
| | 8·16·02 |

C. Signature

X _Jai Rik Doze_    ☐ Agent  ☐ Addressee

**7106 4575 1292 5852 1989**

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? (Extra Fee)  ☐ Yes

1. Article Addressed to:

Keith N. Uhles
James H. Hunter, Jr.
Royston, Rayzor, Vickery
 & Williams
P.O. Box 3509
Brownsville, TX 78523

PS Form 3811, June 2000      Domestic Return Receipt

---

**7106 4575 1292 5852 1989**

US Postal Service
**Receipt for
Certified
Mail**

No Insurance Coverage
Provided
Do Not Use for Internation-
al Mail

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To:
Keith N. Uhles
James H. Hunter, Jr.
Royston, Rayzor, Vickery
 & Williams
P.O. Box 3509
Brownsville, TX 78523

PS Form 3800, June 2000      US Postal Service      **Certified Mail Receipt**

2



2. Article Number

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature

☐ Agent
☐ Addressee

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

7106 4575 1292 5852 2030

3. Service Type  CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)  ☐ Yes

1. Article Addressed to:

Mr. Alfred J. Rufty, III
Harris & Rufty, LLC
1450 Poydras St., Suite 1510
New Orleans, LA 70112

PS Form 3811, June 2000       Domestic Return Receipt

---

7106 4575 1292 5852 2030

**US Postal Service**
**Receipt for Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

Postage  $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees  $

Postmark Here

Sent To:
Mr. Alfred J. Rufty, III
Harris & Rufty, LLC
1450 Poydras St., Suite 1510
New Orleans, LA 70112

PS Form 3800, June 2000       US Postal Service       **Certified Mail Receipt**

2

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
|    Plaintiffs | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |
|    Defendants | § | |

**PLAINTIFFS', SEABULK TOWING, INC. AND SEABULK OFFSHORE, LTD. THIRD
REQUESTS FOR PRODUCTION TO DEFENDANT OCEANOGRAFIA S.A. DE C.V.**

TO: OCEANOGRAFIA S.A. de C.V., by and through its attorney of record,
   Keith N. Uhles
   James H. Hunter, Jr.
   Royston, Rayzor, Vickery & Williams, L.L.P.
   P. O. Box 3509
   Brownsville, Texas  78523-3509.

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff SEABULK

TOWING, INC. and SEABULK OFFSHORE, LTD., serve this Third Requests for Production.

OCEANOGRAFIA S.A. de C.V. must serve its response to each request separately and fully

within thirty (30) days after service.

You are further advised that you are under a continuing duty to supplement your answers

to these Requests for Production in the event you obtain new or additional information upon the

basis of which you know that any answer was incorrectly made or that your answers to these

Requests for Production, though correct when made are no longer true, and the circumstances are

such that a failure to amend your answers is in substance a knowing concealment.

Respectfully submitted,

THE KLEBERG LAW FIRM

By: _____

Jim Buchanan
State Bar No. 03287500
Federal I.D. No. 0328
Frank L. McNiff, Jr.
State Bar No. 13839020
Federal I.D. No. 12595
800 North Shoreline Blvd., Suite 900 North
Corpus Christi, Texas  78401
Telephone:  (361) 693-8500
Fax (361) 693-8600

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was sent by facsimile and  United States certified mail, return receipt requested to all attorneys of record, this /4th day of August, 2002:

### ATTORNEY FOR PLAINTIFF

Keith N. Uhles
James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas  78523-3509

Rufus C. Harris III
Alfred J. Rufty III
HARRIS & RUFTY, L.L.C.
1450 Poydras St., Suite 1510
New Orleans, LA 70112

_____
Frank L. McNiff, Jr.

## DEFINITIONS

1.     "Plaintiff" means SEABULK TOWING, INC. and SEABULK OFFSHORE, LTD..

2.     "You" or "your" or "Defendant" refers to OCEANOGRAFIA S.A. de C.V., its partnerships, affiliations, joint-ventures, strategic alliances, subsidiaries, and parent entities and/or its agents, attorneys and/or its directors and officers.

3.     "Relating to" or "referring to" means in any way concerning, constituting, referring to, relating to, analyzing, discussing, describing, considering, explaining, modifying, amending, confirming, endorsing, evidencing, representing, supporting, qualifying, terminating, revoking, canceling, negating or listing, unless qualified by words of limitations.

4.     The term "charter agreement" includes but is not limited to bareboat charter agreements, time charter agreements, voyage charter agreements, contracts of affreightment or other contracts pertaining to the use of the vessels.

5.     The term "document" includes, but is not limited to, manuals, correspondence, notes, telexes, contracts, invoices, ledgers, checks, bank drafts, wire transfer confirmations, telegrams, teletypes, faxes, radiograms, memoranda, tabulations, records, reports, report forms, minutes, minute books, records of any communications or conversations [including telephone notes and bills], instructions, letters, bulletins, papers, books, accounts, writings, papers, appointment books, calendar and diary entries, schedules, lists, worksheets, drawings, graphs, charts, photographs, computer printouts, tapes and tape recordings, or any other forms of mechanical recordings or all statements not reduced to writing, microfilm, or other forms of preserving information of every kind and description in the actual or constructive possession, custody or control of OCEANOGRAFIA S.A. de C.V. or its representatives, wherever located. The term "document" also includes copies of writings when originals are not in the possession, custody or control of OCEANOGRAFIA S.A. de C.V., as well as copies bearing notations or containing information in addition to that contained on the original.

6.     "Identify" with reference to a natural person or individual should be interpreted as requiring the person's name, last known address and telephone number. With reference to an employer, "identify" should be interpreted as requiring the name, address, and dates of employment. With reference to documents or things, "identify" should be interpreted as requiring sufficient information regarding the item that the party seeking discovery can locate and identify the object as readily as the party from whom it is being sought.

7.     The term "Joint Venture Agreement" is descriptive of any written or oral agreement memorializing the interest and intent of the parties to create a joint venture, including but not limited to the Shareholder Agreement dated January 1, 1999 creating the entity Seabulk Offshore de Mexico S.A. de C.V.

8.     "Otto Candies" should be interpreted to include Otto Candies L.L.C., and its partnerships, affiliations, joint-ventures, strategic alliances, subsidiaries, and parent.

167614                                      3

9.    "PEMEX" should be interpreted to include Pemex Exploracion y Produccion, and its partnerships, affiliations, joint-ventures, strategic alliances, subsidiaries, and parent.

10.    "Person[s]" should be interpreted as including natural persons, firms, partnerships, associations, joint ventures, and corporations.

11.    "Third Party" or "Third Parties" should be interpreted to include all parties other than the express entity of OCEANOGRAFIA S.A. de C.V..

12.    "Vessel," unless otherwise noted, should be interpreted to include the vessel's: SEABULK AUSTIN, SEABULK BATON ROUGE, SEABULK COLORADO, SEABULK CAMERON, SEABULK DELAWARE, SEABULK KENTUCKY, SEABULK MONTANA, SEABULK SABINE, SEABULK ST. ANDREWS, SEABULK ST. TAMMANY, SEABULK STARR.

13.    <u>Reference to documents</u>:  Where the responding party chooses to answer a request for information by referencing to a specific document or record, it is requested that such specification be in such sufficient detail to permit the requesting party to locate and identify the records and/or documents from which the answer is to be ascertained, as readily as can the party served with the request.

## GENERAL INSTRUCTIONS

The following general instructions shall govern the interpretation and responses made to these requests:

1.    Objections.  If you contend that a response to a request calls for privileged documents, in whole or in part, or if you otherwise object to any part of a request, or contend that any identified document would be excludable from production and discovery, please specify:

a.    the reason for each such objection or ground for exclusion.

b.    the identity of each person having knowledge of the factual basis, if any, on which the privilege or other ground is asserted.

c.    the individual documents alleged to be privileged, and the author, addressee, date, and all copy recipients thereof.

2.    Lost or destroyed documents.  Where documents responsive to these requests have been lost or destroyed, please state the date, the last known location of each document, the last person in custody or control of the document and the reason for the document's loss or destruction.

3.    Revised, amended and superseded documents.  Documents called for by these requests include all documents relating to the indicated subject regardless of whether a particular document has been superseded, amended, revised, rewritten, redrafted, rejected or rendered obsolete.

4.    Marginalia, notations, etc.  Documents, or copies of documents, otherwise identical, should each be individually produced if the copies thereof contain any communication, notation, or recording that does not appear in another copy or that does not appear in the original.

5.    Number of requests.  If there is an objection to the number of requests, please notify Defendant's counsel immediately, so that either an agreement may be obtained or the matter may be set for hearing.

6.    Extensions.  Any requests for extensions of time must be in writing.  Defendant's counsel will agree to no extensions of time with respect to objections.

7.    Partial answers.  If you object to only a portion of a particular request, specifically identify the portion of the request to which you are objecting and answer the remainder completely.

8.    Scope.  All Interrogatories and Requests for Production are limited in scope to relevant and nonprivileged materials and/or information, and unless otherwise specifically noted, are limited with reference to time to the period from January 1, 1998 to the present date.

## PLAINTIFF'S THIRD REQUEST FOR PRODUCTION

### REQUEST FOR PRODUCTION NO. 1:

Please produce original bare boat charter agreements and/or time-charter agreements between Oceanografia S.A de C.V and Seabulk Offshore Ltd. for the vessels:

a.      SEABULK AUSTIN;
b.      SEABULK BATON ROUGE;
c.      SEABULK CAMERON;
d.      SEABULK COLORADO;
e.      SEABULK SABINE;
f.      SEABULK ST. ANDREW;
g.      SEABULK ST. TAMMANY;
h.      SEABULK MONTANA;
i.      SEABULK MISSOURI;
l.      SEABULK DELAWARE;
k.      SEABULK RHODE ISLAND;

### RESPONSE:

### REQUEST FOR PRODUCTION NO. 2:

If you do not possess originals of the documents requested in Request For Production No. 1, please produce copies of the bare boat charters and/or time charters requested in Request For Production No. 1 for the period 1998 to present

### RESPONSE:

167614                                      6

THE KLEBERG LAW FIRM
Established 1849

A Professional Corporation
Corpus Christi Office
Suite 900, North Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3709
(361) 693-8500

Facsimile: (361) 693-8600

San Antonio Office
Suite 1300
112 East Pecan Street
San Antonio, Texas 78205-1536
(210) 227-8800

Houston Office
Suite 400
1800 Bering Drive
Houston, Texas 77057
(713) 650-6166

Frank L. McNiff, Jr.
Direct Dial (361) 693-8665

September 18, 2002

*Via Fax: 504-525-7222*
Mr. Alfred J. Rufty, III
HARRIS & RUFTY, L.L.C.
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112

*Via Fax: 956-542-4370*
James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P. O. Box 3509
Brownsville, Texas 78523

Re:     C.A. No. B-01-094; in the U.S. District Court,
        Southern District of Texas, Brownsville Division
        *Seabulk Towing, Inc. and Seabulk Offshore, Ltd.*
        *vs. Oceanografia S.A. de C.V. and Amado Yanez Osuna*
        Harris & Rufty Ref:  736-85
        Kleberg Ref:  16273.1

Dear Mr. Rufty:

Today, at 11:40 a.m. we received by Federal Express, four boxes of documents bates-stamped OSA 000001 through OSA 007132. However, after preliminary review, we did not find any supplemental answers to Seabulk's second and third set of discovery requests.

Pursuant to our agreement, answers to our discovery requests were required to be received (with documents) today. Please immediately fax these answers.

Very truly yours,

THE KLEBERG LAW FIRM

Frank L. McNiff, Jr.

FLM/ps
153362v28



THE KLERERG LAW FIRM
Established 1980

A Professional Corporation

**San Antonio Office**
Suite 1300
112 East Pecan Street
San Antonio, Texas 78205-1536
(210) 227-8800

Corpus Christi Office
Suite 900, North Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3709
(361) 693-8500

Facsimile (361) 693-8600

**Houston Office**
Suite 400
1800 Bering Drive
Houston, Texas 77057
(713) 650-6166

## FAX COVER SHEET

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**TO:**            James H. Hunter, Jr.

**FIRM:**         Royston, Rayzor, Vickery & Williams, L.L.P.

**FAX NUMBER:**    956-542-4370

**FROM:**         Frank L. McNiff, Jr.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This fax contains _____ pages including this one. If you do not receive all of the pages or if there is any problem with this transmission, please call the person shown below. Our fax number is (361) 693-8600.

**SENT BY:**       Patty Smith

**DATE/TIME:**     September 18, 2002

___ ORIGINAL WILL BE MAILED___ ORIGINAL WILL "NOT" BE MAILED

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Comments/Notes:**

## TRANSMISSION REPORT

# THIS DOCUMENT WAS CONFIRMED
# (REDUCED SAMPLE ABOVE – SEE DETAILS BELOW)

## \*\* COUNT \*\*
# TOTAL PAGES SCANNED    :    2
# TOTAL PAGES CONFIRMED  :    2

\*\*\* SEND \*\*\*

| No. | REMOTE STATION | START TIME | DURATION | #PAGES | MODE | RESULTS |
|-----|----------------|------------|----------|--------|------|---------|
| 1 | 956 542-4370 | 9-18- 2   14:14 | 0'50" | 2/  2 | EC | COMPLETED 14400 |
| | | TOTAL | 0:00'50" | 2 | | |

NOTE:
| No. : OPERATION NUMBER | 48 : 4800BPS SELECTED | EC : ERROR CORRECT | G2 : G2 COMMUNICATION |
|---|---|---|---|
| PD : POLLED BY REMOTE | SF : STORE & FORWARD | RI : RELAY INITIATE | RS : RELAY STATION |
| MB : SEND TO MAILBOX | PG : POLLING A REMOTE | MP : MULTI-POLLING | RM : RECEIVE TO MEMORY |

THE KLEBERG LAW FIRM
Established 1954

San Antonio Office
Suite 1300
112 East Pecan Street
San Antonio, Texas 78205-1536
(210) 227-8800

A Professional Corporation
Corpus Christi Office
Suite 900, North Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3709
(361) 693-8500
Facsimile: (361) 693-8600

Houston Office
Suite 400
1800 Bering Drive
Houston, Texas 77057
(713) 650 6166

## FAX COVER SHEET

### CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**TO:**            Mr. Alfred J. Rufty III

**FIRM:**          Harris & Rufty, L.L.C.

**FAX NUMBER:**    504-525-7222

**FROM:**          Frank L. McNiff, Jr.

This fax contains _____ pages including this one. If you do not receive all of the pages or if there is any problem with this transmission, please call the person shown below. Our fax number is (361) 693-8600.

**SENT BY:**       Patty Smith

**DATE/TIME:**     September 18, 2002

_____ ORIGINAL WILL BE MAILED _____ ORIGINAL WILL "NOT" BE MAILED

Comments/Notes:


## TRANSMISSION REPORT

## THIS DOCUMENT WAS CONFIRMED
## (REDUCED SAMPLE ABOVE - SEE DETAILS BELOW)

### ** COUNT **
## TOTAL PAGES SCANNED    :    2
## TOTAL PAGES CONFIRMED  :    2

*** SEND ***

| No. | REMOTE STATION | START TIME | DURATION | #PAGES | MODE | RESULTS |
|-----|----------------|------------|----------|--------|------|---------|
| 1 | 504 525 7222 | 9-18- 2    14:13 | 0'50" | 2/  2 | EC | COMPLETED 14400 |
| | | TOTAL | 0'00'50" | 2 | | |

NOTE:
No. : OPERATION NUMBER    48 : 4800BPS SELECTED    EC : ERROR CORRECT    G2 : G2 COMMUNICATION
PD : POLLED BY REMOTE     SF : STORE & FORWARD     RI : RELAY INITIATE    RS : RELAY STATION
MB : SEND TO MAILBOX      PG : POLLING A REMOTE    MP : MULTI-POLLING     RM : RECEIVE TO MEMORY

THE KLEBERG LAW FIRM
Established 1849
A Professional Corporation
Corpus Christi Office
Suite 900, North Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3709
(361) 693-8500

| San Antonio Office | Houston Office |
|---|---|
| Suite 1300 | Suite 400 |
| 112 East Pecan Street | 1800 Bering Drive |
| San Antonio, Texas 78205-1536 | Houston, Texas 77057 |
| (210) 227-8800 | (713) 650-6166 |

Facsimile: (361) 693-8600

**Frank L. McNiff, Jr.**
**Direct Dial (361) 693-8665**

September 23, 2002

*Via Fax: 504-525-7222*
Mr. Alfred J. Rufty, III
Harris & Rufty, L.L.C.
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112

      Re:      C.A. No. B-01-094; in the U.S. District Court,
              Southern District of Texas, Brownsville Division
              *Seabulk Towing, Inc. and Seabulk Offshore, Ltd.*
              *vs. Oceanografia S.A. de C.V. and Amado Yanez Osuna*
              Harris & Rufty Ref: 736-85
              Kleberg Ref: 16273.1

Dear Mr. Rufty:

      Further to my letter of September 18, 2002, we confirm that we have not received interrogatory answers and answers to request for production concerning Seabulk's Second Set of Interrogatories and Requests for Production and Third Requests for Production.

      Although we have received documents (in Spanish), we are uncertain whether these are responsive to the above requests. As we have previously notified you of the lack of answers, we consider all objections waived and will ask the Court to strike any testimony regarding the same and/or to enter a default against your client for your failure to respond.

      As a further reminder, please provide to us the information you would like included or attached to the pretrial order on or before the close of business Tuesday, September 24, 2002, so that it can be incorporated and filed timely on Wednesday, September 25, 2002.

      Thank you.

              Very truly yours,

              THE KLEBERG LAW FIRM

              Frank L. McNiff, Jr.

FLM/ps
153362v29

**EXHIBIT**
**D**

September 23, 2002
Page 2


cc:    James H. Hunter, Jr.              *Via Fax: 956-542-4370*
       Royston, Rayzor, Vickery & Williams, LLP
       P. O. Box 3509
       Brownsville, Texas  78523

THE KLEBERG LAW FIRM
Established 1849

San Antonio Office
Suite 1300
112 East Pecan Street
San Antonio, Texas 78205-1536
(210) 227-8800

A Professional Corporation
Corpus Christi Office
Suite 900, North Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700
(361) 693-8300

Facsimile: (361) 693-8600

Houston Office
Suite 400
1800 Bering Drive
Houston, Texas 77057
(713) 650-6160

## FAX COVER SHEET

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**TO:**     James H. Hunter, Jr.

**FIRM:**     Royston, Rayzor, Vickery & Williams, L.L.P.

**FAX NUMBER:**     956-542-4370

**FROM:**     Frank L. McNiff, Jr.

This fax contains ___3___ pages including this one. If you do not receive all of the pages or if there is any problem with this transmission, please call the person shown below. Our fax number is (361) 693-8600.

**SENT BY:**     Patsy Smith

**DATE/TIME:**     September 23, 2002

____ ORIGINAL WILL BE MAILED ✓ ORIGINAL WILL "NOT" BE MAILED

**Comments/Notes:**

## TRANSMISSION REPORT

# THIS DOCUMENT WAS CONFIRMED
# (REDUCED SAMPLE ABOVE – SEE DETAILS BELOW)

## ** COUNT **
# TOTAL PAGES SCANNED     :    3
# TOTAL PAGES CONFIRMED     :    3

**\*\*\* SEND \*\*\***

| No. | REMOTE STATION | START TIME | DURATION | #PAGES | MODE | RESULTS |
|-----|----------------|-----------|----------|--------|------|---------|
| 1 | 58-19565424370 | 9-23- 2   11:53 | 0'54" | 3/ 3 | EC | COMPLETED 14400 |
| | | TOTAL | 0:00'54" | 3 | | |

NOTE:
| | | | | | | |
|---|---|---|---|---|---|---|
| No. : OPERATION NUMBER | 48 : 4800BPS SELECTED | EC : ERROR CORRECT | G2 : G2 COMMUNICATION |
| PD : POLLED BY REMOTE | SF : STORE & FORWARD | RI : RELAY INITIATE | RS : RELAY STATION |
| MB : SEND TO MAILBOX | PG : POLLING A REMOTE | MP : MULTI-POLLING | RM : RECEIVE TO MEMORY |

THE KLEBERG LAW FIRM
Established 1949

| San Antonio Office | A Professional Corporation | Houston Office |
|---|---|---|
| Suite 1300 | Corpus Christi Office | Suite 400 |
| 112 East Pecan Street | Suite 900, North Tower | 1800 Bering Drive |
| San Antonio, Texas 78205-1536 | 800 North Shoreline Boulevard | Houston, Texas 77057 |
| (210) 227-8800 | Corpus Christi, Texas 78401-3709 | (713) 650-6166 |
| | (361) 693-8500 | |

Facsimile: (361) 693-8600

**FAX COVER SHEET**

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

TO:             Mr. Alfred J. Rufty III

FIRM:          Harris & Rufty, L.L.C.

FAX NUMBER:    504-525-7222

FROM:          Frank L. McNiff, Jr.

This fax contains __3__ pages including this one. If you do not receive all of the pages or if there is any problem with this transmission, please call the person shown below. Our fax number is (361) 693-8600.

SENT BY:       Patty Smith

DATE/TIME:     September 23, 2002

____ ORIGINAL WILL BE MAILED   ✓ ORIGINAL WILL "NOT" BE MAILED

Comments/Notes:

---

## TRANSMISSION REPORT

# THIS DOCUMENT WAS CONFIRMED
# (REDUCED SAMPLE ABOVE - SEE DETAILS BELOW)

### ** COUNT **
TOTAL PAGES SCANNED    :    3
TOTAL PAGES CONFIRMED  :    3

**\*\*\* SEND \*\*\***

| No. | REMOTE STATION | START TIME | DURATION | #PAGES | MODE | RESULTS |
|---|---|---|---|---|---|---|
| 1 | 504 525 7222 | 9-23- 2   11:59 | 0'56" | 3/ 3 | EC | COMPLETED 14400 |
| | | TOTAL | 0:00'56" | 3 | | |

NOTE:
| No. : OPERATION NUMBER | 48 : 4800BPS SELECTED | EC : ERROR CORRECT | G2 : G2 COMMUNICATION |
|---|---|---|---|
| PD : POLLED BY REMOTE | SF : STORE & FORWARD | RI : RELAY INITIATE | RS : RELAY STATION |
| MB : SEND TO MAILBOX | PG : POLLING A REMOTE | MP : MULTI-POLLING | RM : RECEIVE TO MEMORY |

THE KLEBERG LAW FIRM
Established 1849

A Professional Corporation
Corpus Christi Office
Suite 900, North Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3709
(361) 693-8500

Houston Office
Suite 400
1800 Bering Drive
Houston, Texas 77057
(713) 650-6166

San Antonio Office
Suite 1300
112 East Pecan Street
San Antonio, Texas 78205-1536
(210) 227-8800

Facsimile: (361) 693-8600

Frank L. McNiff, Jr.
Direct Dial (361) 693-8665

October 21, 2002

Mr. Alfred J. Rufty, III                    *Via Fax: 504-525-7222*
Harris & Rufty, L.L.C.
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112

     Re:    C.A. No. B-01-094; in the U.S. District Court,
             Southern District of Texas, Brownsville Division
             *Seabulk Towing, Inc. and Seabulk Offshore, Ltd.*
             *vs. Oceanografia S.A. de C.V. and Amado Yanez Osuna*
             Harris & Rufty Ref: 736-85
             Kleberg Ref: 16273.1

Dear Mr. Rufty:

    Further to our recent letters concerning Seabulk's second and third requests for production, we have now had the opportunity to review your supplement production and find it to be totally inadequate and incomplete.

    First of all, we have yet to receive any written response to the above mentioned interrogatories and requests for production and as stated in our earlier correspondence consider any objections waived.  Secondly, we have also reviewed Oceanografia and Yanez' supplemental discovery responses to Seabulk's first interrogatories and requests for production and find these responses inadequate and incomplete.  Specifically, we have located no correspondence, e-mails, etc. between Oceanografia and Seabulk and find that the majority of the documents produced are simply logs which are only partly responsive to our requests.

    Taking the above into account, and recognizing Oceanografia/Yanez continued delay tactics and inadequate responses, it appears that no other option is available to us other than to bring the same to the Court's attention with additional motions to compel and sanctions.

    Please contact us immediately with your intentions for complete supplementation (to include verified responses) and what is your position concerning the failure to issue responses to the above second and third set of interrogatories and requests for production.

                 Very truly yours,

                 THE KLEBERG LAW FIRM

                 Frank L. McNiff, Jr.

FLM/ps
153362v32

EXHIBIT
E

October 21, 2002
Page 2


cc:    *Via Fax: 956-542-4370*
       James H. Hunter, Jr.
       Royston, Rayzor, Vickery & Williams, LLP
       P. O. Box 3509
       Brownsville, Texas  78523

THE KLEBERG LAW FIRM
Established 1899

San Antonio Office
Suite 1300
112 East Pecan Street
San Antonio, Texas 78205-1536
(210) 227-8800

A Professional Corporation
Corpus Christi Office
Suite 900, North Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401 3709
(361) 693-8500

Facsimile: (361) 693-8600

Houston Office
Suite 400
1800 Bering Drive
Houston, Texas 77057
(713) 650-6166

## FAX COVER SHEET

### CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**TO:**            James H. Hunter, Jr.

**FIRM:**          Royston, Rayzor, Vickery & Williams, L.L.P.

**FAX NUMBER:**    956-542-4370

**FROM:**          Frank L. McNiff, Jr.

This fax contains ___3___ pages including this one. If you do not receive all of the pages or if there is any problem with this transmission, please call the person shown below. Our fax number is (361) 693-8600.

**SENT BY:**       Patty Smith

**DATE/TIME:**     October 21, 2002

___ ORIGINAL WILL BE MAILED  _✓_ ORIGINAL WILL "NOT" BE MAILED

Comments/Notes:

---

## TRANSMISSION REPORT

# THIS DOCUMENT WAS CONFIRMED
# (REDUCED SAMPLE ABOVE — SEE DETAILS BELOW)

## ** COUNT **
## TOTAL PAGES SCANNED    :    3
## TOTAL PAGES CONFIRMED   :    3

*** SEND ***

| No. | REMOTE STATION | START TIME | DURATION | #PAGES | MODE | RESULTS |
|-----|----------------|------------|----------|--------|------|---------|
| 1 | 956 5424370 | 10-21- 2    11:12 | 1'01" | 3/  3 | EC | COMPLETED 14400 |
| | | TOTAL | 0:01'01" | 3 | | |

NOTE:
No. : OPERATION NUMBER   48 : 4800BPS SELECTED   EC : ERROR CORRECT   G2 : G2 COMMUNICATION
PD : POLLED BY REMOTE   SF : STORE & FORWARD   RI : RELAY INITIATE   RS : RELAY STATION
MB : SEND TO MAILBOX   PG : POLLING A REMOTE   MP : MULTI-POLLING   RM : RECEIVE TO MEMORY

THE KELBERG LAW FIRM
Established 1946

A Professional Corporation

| San Antonio Office | Corpus Christi Office | Houston Office |
|---|---|---|
| Suite 1300 | Suite 900, North Tower | Suite 400 |
| 112 East Pecan Street | 800 North Shoreline Boulevard | 1800 Bering Drive |
| San Antonio, Texas 78205-1536 | Corpus Christi, Texas 78401-3709 | Houston, Texas 77057 |
| (210) 227-8800 | (361) 693-8500 | (713) 650-6166 |

Facsimile: (361) 693-8600

## FAX COVER SHEET

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**TO:**            Mr. Alfred J. Rufty III

**FIRM:**          Harris & Rufty, L.L.C.

**FAX NUMBER:**    504-525-7222

**FROM:**          Frank L. McNiff, Jr.

This fax contains __3__ pages including this one. If you do not receive all of the pages of this transmission, please call the person shown below. Our fax number is (361) 693-8600.

**SENT BY:**       Patty Smith

**DATE/TIME:**     October 21, 2002

____ ORIGINAL WILL BE MAILED __✓__ ORIGINAL WILL "NOT" BE MAILED

Comments/Notes:

---

# TRANSMISSION REPORT

## THIS DOCUMENT WAS CONFIRMED
## (REDUCED SAMPLE ABOVE — SEE DETAILS BELOW)

### ** COUNT **
### TOTAL PAGES SCANNED    :    3
### TOTAL PAGES CONFIRMED  :    3

### *** SEND ***

| No. | REMOTE STATION | START TIME | DURATION | #PAGES | MODE | RESULTS |
|---|---|---|---|---|---|---|
| 1 | 504 525 7222 | 10-21- 2  11:11 | 1'00" | 3/  3 | EC | COMPLETED 14400 |
| | | TOTAL | 0:01'00" | 3 | | |

NOTE:
| No. : OPERATION NUMBER | 48 : 4800BPS SELECTED | EC : ERROR CORRECT | G2 : G2 COMMUNICATION |
|---|---|---|---|
| PD : POLLED BY REMOTE | SF : STORE & FORWARD | RI : RELAY INITIATE | RS : RELAY STATION |
| MB : SEND TO MAILBOX | PG : POLLING A REMOTE | MP : MULTI-POLLING | RM : RECEIVE TO MEMORY |

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
| | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |

### AFFIDAVIT OF FRANK L. McNIFF, JR.

STATE OF TEXAS          §

COUNTY OF NUECES     §

This ⟨⟩ day of November, 2002, Frank L. McNiff, Jr. appeared before me, the undersigned notary public. After I administered an oath to him, on his oath, he said:

"My name is Frank L. McNiff, Jr. I am more than 21 years of age and capable to make this affidavit.

I am an attorney to practice law in all state courts in the State of Texas since 1990. I am admitted to practice in the United States District Court for the Southern District of Texas. I was admitted to the Bar of the State of Texas on November 2, 1990, and have practiced continuously in the State of Texas since that date. I concentrate in the areas of admiralty, personal injury and have represented clients in state and federal courts.

I am an attorney of record for Seabulk Towing, Inc., f/k/a Hvide Marine Towing, Inc. and Seabulk Offshore, Ltd. ("Seabulk") and in this capacity, confirm that on September 13, 2002, I conferred with counsel for Amado Yanez Osuna and Oceanografia S.A. de C.V. to grant a verbal extension of answers to all pending discovery, which included the Second Set of Interrogatories and Requests for Production and Third Set of Requests for Production directed to Amado Yanez Osuna ("Yanez") and Oceanografia S.A. de C.V. ("Oceanografia").

**EXHIBIT**

F

Pursuant to this verbal mutual agreement, all responses were to be received on or before September 18, 2002. The extension had been requested due to voluminous amount of documents to be exchanged between counsel, inclement weather and efforts to minimize costs.

After expiration of the agreed extended date, Plaintiffs' counsel received some documents with written responses to Plaintiffs' First Set of Interrogatories and Request for Production. Review of the produced documents demonstrates that Defendants failed to produce any documents responsive to the Second and Third Sets of Request for Production and that Defendants failed to supply any written reply to the Second Set of Interrogatories.

On October 28, 2002, I received a telephone call from Defendants' New Orleans attorney in which I confirmed that I had received no written responses to the Second and Third Sets of Request for Production and Second Set of Interrogatories. Oceanografia and Yanez' counsel, Alfred Rufty, confirmed that his office had not submitted any responses, but he believed that his office had forwarded some responsive documents. I informed Mr. Rufty that responsive documents had not been received and that Seabulk considers that all objections to the interrogatories and/or requests for production are waived. Mr. Rufty related that he had a scheduled conference call with Mr. Yanez on October 29, 2002, and would bring up the matter with him and force production/written answers within one week. No responses have been received.

Further, Affiant sayeth not."

Frank L. McNiff, Jr.

SWORN TO AND SUBSCRIBED BEFORE ME by Frank L. McNiff, Jr. on this the ___ day of November, 2002.

Notary Public, State of Texas

PATTY SMITH
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
08-24-2005

155860v2                                                    2

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
| Plaintiffs | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |
| Defendants | § | |

PLAINTIFFS', SEABULK TOWING, INC. AND SEABULK OFFSHORE, LTD.
SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION
TO DEFENDANT OCEANOGRAFIA S.A. DE C.V.

TO:     OCEANOGRAFIA S.A. de C.V., by and through its attorney of record, Keith N. Uhles, Royston, Rayzor, Vickery & Williams, L.L.P., 55 Cove Circle, P. O. Box 3509, Brownsville, Texas 78523-33509.

Pursuant to Rule 33 and 34 of the Federal Rules of Civil Procedure, Plaintiff SEABULK TOWING, INC. and SEABULK OFFSHORE, LTD., serve this Second Set of Interrogatories and Requests for Production. OCEANOGRAFIA S.A. de C.V. must serve its response to each request separately and fully within thirty (30) days after service.

You are further advised that you are under a continuing duty to supplement your answers to these Interrogatories and Requests for Production in the event you obtain new or additional information upon the basis of which you know that any answer was incorrectly made or that your answers to these Interrogatories and Requests for Production, though correct when made are no longer true, and the circumstances are such that a failure to amend your answers is in substance a knowing concealment.

Respectfully submitted,

THE KLEBERG LAW FIRM

By: _____
Jim Buchanan
State Bar No. 03287500
Federal I.D. No. 0328
Frank L. McNiff, Jr.
State Bar No. 13839020
Federal I.D. No. 12595
800 North Shoreline Blvd., Suite 900 North
Corpus Christi, Texas  78401
Telephone:  (361) 693-8500
Fax (361) 693-8600

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was sent by facsimile and  United States certified mail, return receipt requested to all attorneys of record, this _12_ day of August, 2002:

### ATTORNEY FOR PLAINTIFF

Keith N. Uhles
James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas  78523-33509

Rufus C. Harris III
Alfred J. Rufty III
HARRIS & RUFTY, L.L.C.
1450 Poydras St., Suite 1510
New Orleans, LA 70112

_____
Frank L. McNiff, Jr.

## DEFINITIONS

1.      "Plaintiff" means SEABULK TOWING, INC. and SEABULK OFFSHORE, LTD..

2.      "You" or "your" or "Defendant" refers to OCEANOGRAFIA S.A. de C.V., its partnerships, affiliations, joint-ventures, strategic alliances, subsidiaries, and parent entities and/or its agents, attorneys and/or its directors and officers.

3.      "Relating to" or "referring to" means in any way concerning, constituting, referring to, relating to, analyzing, discussing, describing, considering, explaining, modifying, amending, confirming, endorsing, evidencing, representing, supporting, qualifying, terminating, revoking, canceling, negating or listing, unless qualified by words of limitations.

4.      The term "charter agreement" includes but is not limited to bareboat charter agreements, time charter agreements, voyage charter agreements, contracts of affreightment or other contracts pertaining to the use of the vessels.

5.      The term "document" includes, but is not limited to, manuals, correspondence, notes, telexes, contracts, invoices, ledgers, checks, bank drafts, wire transfer confirmations, telegrams, teletypes, faxes, radiograms, memoranda, tabulations, records, reports, report forms, minutes, minute books, records of any communications or conversations [including telephone notes and bills], instructions, letters, bulletins, papers, books, accounts, writings, papers, appointment books, calendar and diary entries, schedules, lists, worksheets, drawings, graphs, charts, photographs, computer printouts, tapes and tape recordings, or any other forms of mechanical recordings or all statements not reduced to writing, microfilm, or other forms of preserving information of every kind and description in the actual or constructive possession, custody or control of OCEANOGRAFIA S.A. de C.V. or its representatives, wherever located. The term "document" also includes copies of writings when originals are not in the possession, custody or control of OCEANOGRAFIA S.A. de C.V., as well as copies bearing notations or containing information in addition to that contained on the original.

6.      "Identify" with reference to a natural person or individual should be interpreted as requiring the person's name, last known address and telephone number.  With reference to an employer, "identify" should be interpreted as requiring the name, address, and dates of employment. With reference to documents or things, "identify" should be interpreted as requiring sufficient information regarding the item that the party seeking discovery can locate and identify the object as readily as the party from whom it is being sought.

7.      The term "Joint Venture Agreement" is descriptive of any written or oral agreement memorializing the interest and intent of the parties to create a joint venture, including but not limited to the Shareholder Agreement dated January 1, 1999 creating the entity Seabulk Offshore de Mexico S.A. de C.V.

8.      "Otto Candies" should be interpreted to include Otto Candies L.L.C., and its partnerships, affiliations, joint-ventures, strategic alliances, subsidiaries, and parent.

9.   "PEMEX" should be interpreted to include Pemex Exploracion y Produccion, and its partnerships, affiliations, joint-ventures, strategic alliances, subsidiaries, and parent.

10.   "Person[s]" should be interpreted as including natural persons, firms, partnerships, associations, joint ventures, and corporations.

11.   "Third Party" or "Third Parties" should be interpreted to include all parties other than the express entity of OCEANOGRAFIA S.A. de C.V..

12.   "Vessel," unless otherwise noted, should be interpreted to include the vessel's: SEABULK AUSTIN, SEABULK BATON ROUGE, SEABULK COLORADO, SEABULK CAMERON, SEABULK DELAWARE, SEABULK KENTUCKY, SEABULK MONTANA, SEABULK SABINE, SEABULK ST. ANDREWS, SEABULK ST. TAMMANY, SEABULK STARR.

13.   <u>Reference to documents</u>:  Where the responding party chooses to answer a request for information by referencing to a specific document or record, it is requested that such specification be in such sufficient detail to permit the requesting party to locate and identify the records and/or documents from which the answer is to be ascertained, as readily as can the party served with the request.

## GENERAL INSTRUCTIONS

The following general instructions shall govern the interpretation and responses made to these requests:

1.    Objections.  If you contend that a response to a request calls for privileged documents, in whole or in part, or if you otherwise object to any part of a request, or contend that any identified document would be excludable from production and discovery, please specify:

    a.    the reason for each such objection or ground for exclusion.

    b.    the identity of each person having knowledge of the factual basis, if any, on which the privilege or other ground is asserted.

    c.    the individual documents alleged to be privileged, and the author, addressee, date, and all copy recipients thereof.

2.    Lost or destroyed documents.  Where documents responsive to these requests have been lost or destroyed, please state the date, the last known location of each document, the last person in custody or control of the document and the reason for the document's loss or destruction.

3.    Revised, amended and superseded documents.  Documents called for by these requests include all documents relating to the indicated subject regardless of whether a particular document has been superseded, amended, revised, rewritten, redrafted, rejected or rendered obsolete.

4.    Marginalia, notations, etc.  Documents, or copies of documents, otherwise identical, should each be individually produced if the copies thereof contain any communication, notation, or recording that does not appear in another copy or that does not appear in the original.

5.    Number of requests.  If there is an objection to the number of requests, please notify Defendant's counsel immediately, so that either an agreement may be obtained or the matter may be set for hearing.

6.    Extensions.  Any requests for extensions of time must be in writing.  Defendant's counsel will agree to no extensions of time with respect to objections.

7.    Partial answers.  If you object to only a portion of a particular request, specifically identify the portion of the request to which you are objecting and answer the remainder completely.

8.    Scope.  All Interrogatories and Requests for Production are limited in scope to relevant and nonprivileged materials and/or information, and unless otherwise specifically noted, are limited with reference to time to the period from January 1, 1998 to the present date.

167501                                                    5

## PLAINTIFF'S SECOND INTERROGATORIES

### INTERROGATORY NO 1:

Please state the owner, operator and current location of the following vessels:

a.  Seba 'an
b.  Yumil Kanaab
c.  Yun Kannab
d.  Tatich
e.  Atlantic Ash
f.  Ida Candies
g.  San Mar VIII
h.  RBF 255
i.  Kiich Pan
j.  Paula Kay
k.  Sak Booc
l.  S. F. McAll
m.  OC-256
n.  OC-350
o.  Midnight Arrow
p.  Deep Water Supply 1
q.  Caballo de Mar
r.  Fennica
s.  Botnica
t.  Flint River
u.  Osa Campeche

### ANSWER:

### INTERROGATORY NO 2:

Please enumerate and identify with particularity Oceanografia's policy(ies), if any, concerning the setting of executive(s) salaries, stipends, living allowances, expense budget, and entertainment budgets.

### ANSWER:

### INTERROGATORY NO. 3:

Please list any and all contracts currently in existence between Oceanografia and other entities referred to in Item No. 5 of Amado Yanez Osuna's declaration signed in July 2002.

**ANSWER:**

**INTERROGATORY NO. 4:**

Please identify the "substantial assets" of Oceanografia as indicated in Amado Yanez Osuna's declaration of July 2002, including, but not limited to all bank accounts.

**ANSWER:**

**INTERROGATORY NO. 5:**

Please identify the "sophisticated vessels" of Oceanografia as indicated in Amado Yanez Osuna's declaration of July 2002.

**ANSWER:**

**INTERROGATORY NO. 6:**

Please identify the "improved real estate in several cities and towns" of Oceanografia as indicated in Amado Yanez Osuna's declaration of July 2002.

**ANSWER:**

**INTERROGATORY NO. 7:**

Please identify the "industrial machinery" of Oceanografia as indicated in Amado Yanez Osuna's declaration of July 2002.

**ANSWER:**

**INTERROGATORY NO. 8:**

Please identify the "computer equipment" of Oceanografia as indicated in Amado Yanez Osuna's declaration of July 2002.

**ANSWER:**


**INTERROGATORY NO. 9:**

Please identify the "furnishings" of Oceanografia as indicated in Amado Yanez Osuna's declaration of July 2002.

**RESPONSE:**

## PLAINTIFF'S SECOND REQUEST FOR PRODUCTION

### REQUEST FOR PRODUCTION NO. 1:

Please produce the certificate of ownership and/or other documentation which confirms ownership of the following vessels:

a.  Seba 'an
b.  Yumil Kanaab
c.  Yun Kannab
d.  Tatich
e.  Atlantic Ash
f.  Ida Candies
g.  San Mar VIII
h.  RBF 255
i.  Kiich Pan
j.  Paula Kay
k.  Sak Booc
l.  S. F. McAll
m.  OC-256
n.  OC-350
o.  Midnight Arrow
p.  Deep Water Supply 1
q.  Caballo de Mar
r.  Fennica
s.  Botnica
t.  Flint River
u.  Osa Campeche

### RESPONSE:

### REQUEST FOR PRODUCTION NO. 2:

Please produce copies of all records or other documents that establish Oceanografia's policy(ies) concerning the setting and administration of executive(s), stipends, living allowances, salaries, expense accounts, entertainment accounts.

### RESPONSE:

167501                                         9

## REQUEST FOR PRODUCTION NO. 3:

Please produce copies of all records or other documents concerning reimbursement of expenses to Amado Yanez Osuna, submission of expense vouchers and/or requests for reimbursement by Amado Yanez Osuna.

## RESPONSE:


## REQUEST FOR PRODUCTION NO. 4:

Please produce records of all other documents reflecting transfer of ownership to or from Oceanografia for those vessels listed in Request for Production No. 1 from 1998 to the present.

## RESPONSE:


## REQUEST FOR PRODUCTION NO. 5:

Please produce copies of Minutes of Oceanografia's Board of Directors concerning establishment, administration, and/or approval of Amado Yanez Osuna's stipend or living allowance, salary, expense reimbursement and/or entertainment expense(s) for each calendar year from 1998 to the present.

## RESPONSE:

# THE KLEBERG LAW FIRM
### Established 1849

A Professional Corporation
Corpus Christi Office
Suite 900, North Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3709
(361) 693-8500

San Antonio Office
Suite 1300
112 East Pecan Street
San Antonio, Texas 78205-1536
(210) 227-8800

Houston Office
Suite 400
1800 Bering Drive
Houston, Texas 77057
(713) 650-6166

Facsimile: (361) 693-8600

**Frank L. McNiff, Jr.**
**Direct Dial (361) 693-8665**

August 14, 2002

*Via Fax: 956-542-4370*
*and Certified Mail, Return Receipt Requested*
Keith N. Uhles
James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY
 & WILLIAMS, L.L.P.
P. O. Box 3509
Brownsville, Texas 78523

*Via Fax: 504-525-7222*
*and Certified Mail, Return Receipt Requested*
Mr. Alfred J. Rufty, III
HARRIS & RUFTY, L.L.C.
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112

Re:    C.A. No. B-01-094; in the U.S. District Court,
       Southern District of Texas, Brownsville Division
       *Seabulk Towing, Inc. and Seabulk Offshore, Ltd.*
       *vs. Oceanografia S.A. de C.V. and Amado Yanez Osuna*
       Harris & Rufty Ref: 736-85
       Kleberg Ref: 16273.1

Dear Sirs:

Enclosed are Plaintiffs' Third Requests for Production to Oceanografia S.A. de C.V. and
Plaintiffs' Third Requests for Production to Amado Yanez Osuna.

Very truly yours,

THE KLEBERG LAW FIRM

Frank L. McNiff, Jr.

FLM/ps
153362v23



EXHIBIT
B