IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 13 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a HVIDE MARINE TOWING, INC., and SEABULK OFFSHORE, LTD.<br>  Plaintiffs<br><br>V.<br><br>OCEANOGRAFIA S.A. de C.V. and AMADO YANEZ OSUNA<br>  Defendants | § § § § § § § § § § § | CIVIL ACTION NO. B-01-094<br><br>In Admiralty |

### PLAINTIFFS' OPPOSED MOTION FOR EXPEDITED HEARING

TO THE HONORABLE UNITED STATES JUDGE
FOR THE SOUTHERN DISTRICT OF TEXAS:

Seabulk Towing, Inc., f/k/a Hvide Marine Towing, Inc., and Seabulk Offshore, Ltd. ("Seabulk") move for an expedited hearing for the consideration of its Motions to Compel Responses to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents and Third Requests for Production by Defendants as follows:

I.

Seabulk has filed its Motion to Compel Responses to Plaintiffs' Second Set of Interrogatories and Request for Production and Third Requests for Production by Oceanografia S.A. de C.V. and Motion to Compel Responses to Plaintiffs' Second Set of Interrogatories and Request for Production and Third Requests for Production by Amado Yanez Osuna. Seabulk previously moved and court previously considered Seabulk's Motion to Compel and granted the Motion to Compel. Even though the Court compelled while these discovery requests were outstanding, Oceanografia and Yanez nevertheless failed to respond. Seabulk requests an expedited hearing as soon as practicable to allow adequate preparation for trial.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Seabulk Towing, Inc., f/k/a Hvide Marine Towing, Inc., and Seabulk Offshore, Ltd. request the Court grant its Motion for Expedited Hearing and set the Motions to Compel for hearing at the Court's earliest convenience.

Dated this 12th day of November, 2002.

Respectfully submitted,

THE KLEBERG LAW FIRM

_____
Frank L. McNiff, Jr.
State Bar No. 07419100
Federal ID No. 12595
James F. Buchanan
State Bar No. 03287500
Federal ID No. 0328
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas 78401
(361) 693-8500 Telephone
(361) 693-8600 Fax
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

Defendants' Counsel was contacted on November 11, 2002, to discuss the filing of the Motion for Expedited Hearing and this Motion should be considered opposed to the extent that Plaintiffs request a hearing on or before December 21, 2002. In addition, Defendants' counsel in a separate telephone conversation indicated he desired to confer and would initiate telephonic contact on November 12, but did not do so. Plaintiffs request a hearing as soon as practicable.

_____
Frank L. McNiff, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that I have on this /12th day of November, 2002, served a copy of the foregoing on all counsel of record via United States certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure.

    Keith N. Uhles
    James H. Hunter, Jr.
    ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
    55 Cove Circle
    P. O. Box 3509
    Brownsville, Texas 78523-33509

    Rufus C. Harris III
    Alfred J. Rufty III
    HARRIS & RUFTY, L.L.C.
    1450 Poydras St., Suite 1510
    New Orleans, LA 70112

                                                  Frank L. McNiff, Jr.