UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 21 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SEABULK TOWING, ET AL, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-01-094 |
| v. | § | (636(c)) |
| | § | |
| OCEANOGRAPHIA, S.A. DE C.V., ET AL. | § | |
| Defendants. | § | |

## ORDER

Before the Court is "Plaintiffs' Motion to Compel Responses to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents and Third Requests for Production by Amado Yanez Osuna" (Doc. # 77), and "Plaintiffs' Motion to Compel Responses to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents and Third Requests for Production by Oceanografia S.A. de C.V." (Doc. #76). Also before the Court is "Plaintiffs' Opposed Motion For Expedited Hearing" (Doc. # 78). Plaintiffs' Motion for an Expedited Hearing (Doc. # 78) is hereby GRANTED. The parties are hereby ORDERED to appear in Judge Recio's 2nd Floor Courtroom at 9:30 a.m. on Monday, November 25, 2002, for a hearing on the above referenced motions.

DONE at Brownsville, Texas this 21st day of November, 2002.

Felix Recio
United States Magistrate Judge