*United States District Court*
*Southern District of Texas*
**FILED**

**NOV 21 2002**

Michael N. Milby
Clerk of Court

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS DIVISION
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., ET AL | * | |
| vs | * | CIVIL ACTION NO. B01-094 |
| OCEANOGRAFIA S.A. de C.V., ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### MOTIONS HEARING

**December 3, 2002, 9:30 a.m.**
(reset from 11/25/02)

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520

**BY ORDER OF THE COURT**

November 21, 2002

cc:   Counsel of Record