```
COURTROOM MINUTES: Felix Recio Judge Presiding
                    Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
ERO:               :    G Mendieta
CSO                :    Harolson
Law Clerk          :    R Bryd
Interpreter        :
Date               :    December 3, 2002 at 9:30 a.m.
```

United States District Court
Southern District of Texas
FILED

DEC - 3 2002

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-01-094 (636(c))

Seabulk Towing Inc. et al                *    James Buchanan

vs                                        *

Oceanographia, S.A. de C.V.              *    James Hunter

---

## MOTION HEARING

Attorney James Buchanan present for Seabulk Towing Inc et al;
Attorney James Hunter present for Oceanographia et al;

Court announces Documents #77 and 76 are pending motions;

Attorney Buchanan addresses the Court as to their Motion to Compel Responses;
Attorney states responses, due 09/12/02 were received by Fed-Ex on 12/02/02;
Attorney requests the Court enter an order compelling discovery;

Attorney Hunter addresses the Court stating the interrogatories and request for production were given to Plaintiff's counsel;
Attorney states they are responding to discovery without objections;

The Court announces there will be no continuances in this case and grants the Motions to Compel Responses and will sign an order to produce by 12/23/02; The Court will be considering sanctions if these orders are not met;

Attorney J Buchanan to prepare an order for the Court;

Court adjourned.