IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SEABULK TOWING, INC., f/k/a HVIDE MARINE TOWING, INC., and SEABULK OFFSHORE, LTD. § § § § § V. § § OCEANOGRAFIA S.A. de C.V. and AMADO YANEZ OSUNA § § | CIVIL ACTION NO. B-01-094 (636(c)) In Admiralty |

### ORDER GRANTING MOTION COMPEL DISCOVERY

On the 3rd day of December, 2002, came on to be considered Plaintiffs' Motion to Compel Responses to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents and Plaintiffs' Third Request for Production, and the Court having considered the same, and finding that Defendant Yanez failed to respond in a timely manner, it is hereby ORDERED that said Motion is GRANTED in its entirety.

It is therefore ORDERED that Amado Yanez Osuna respond fully and completely to the Second Set of Interrogatories and Requests for Production and Third Request for Production served by Plaintiffs on or before December 23, 2002.

Defendant Amado Yanez Osuna has waived any objections to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents and Plaintiffs' Third Set of Requests for Production.

SIGNED this 5th day of December, 2002.

_____
UNITED STATES MAGISTRATE JUDGE