SENT BY:KLEBERG LAW FIRM ;12- 4- 2 ; 16:54 ; KLEBERG LAW FIRM→ ;# 3/ 4
Case 1:01-cv-00094   Document 83   Filed in TXSD on 12/05/2002   Page 1 of 1

83

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SEABULK TOWING, INC., f/k/a § | |
| HVIDE MARINE TOWING, INC., § | |
| and SEABULK OFFSHORE, LTD. § | |
| § | CIVIL ACTION NO. B-01-094 |
| § | (636(c)) |
| V. § | In Admiralty |
| § | |
| OCEANOGRAFIA S.A. de C.V. and § | |
| AMADO YANEZ OSUNA § | |

### ORDER GRANTING MOTION COMPEL DISCOVERY

On the 3rd day of December, 2002, came on to be considered Plaintiffs' Motion to Compel Responses to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents and Plaintiffs' Third Request for Production, and the Court having considered the same and finding that Defendant Oceanografia failed to respond in a timely manner, it is hereby ORDERED that said Motion is GRANTED in its entirety.

Defendant Oceanografia S.A. de C.V. has waived any objections to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents and Plaintiffs' Third Set of Requests for Production.

It is therefore ORDERED that Oceanografia S.A. de C.V. respond fully and completely to the Second Set of Interrogatories and Requests for Production and Third Request for Production served by Plaintiffs on or before December 23, 2002.

SIGNED this 5th day of December, 2002.

UNITED STATES MAGISTRATE JUDGE