IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 21 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SEABULK TOWING, INC., f/k/a § | |
| HVIDE MARINE TOWING, INC., § | |
| and SEABULK OFFSHORE, LTD. § | |
| § | CIVIL ACTION NO. B-01-094 |
| § | |
| V. § | In Admiralty |
| § | |
| OCEANOGRAFIA S.A. de C.V. and § | |
| AMADO YANEZ OSUNA § | |

**PLAINTIFFS' FIRST AMENDED DESIGNATION OF EXPERT WITNESSES**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE
FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

NOW COMES, Seabulk Towing, Inc. and Seabulk Offshore, Ltd., Plaintiffs herein, designate the following persons as expert witnesses:

1. Ygnacio D. Garza, CPA
   Long Chilton, LLP
   745 E. St. Charles
   Brownsville, TX 78520

   Mr. Garza will testify as to amounts owed to Plaintiffs by Defendants Oceanografia S.A. de C.V. and Amado Yanez Osuna to include, but not limited to, unpaid charter hire and other expenses owed to Seabulk Offshore, Ltd. by Oceanografia S.A. de C.V. Mr. Garza will also testify as to the effect of commingling of funds by Defendants and the use of corporate accounts by Defendant Amado Yanez Osuna as his own without regard to the distinction between him and the corporation. Mr. Garza's report and curriculum vitae are attached.

172433

1

2. Any person designated as a person with knowledge or relevant facts by any party to this cause but may have or claim to have specialized knowledge that would allow him/her to provide expert or opinion testimony in accordance with the Federal Rules of Civil Procedure and Federal Rules of Evidence. Such designation includes, but is not limited to, the following:

    a. Tony Tillmon
       Seabulk Offshore, Ltd.
       146 Calco Blvd., Suite 101
       P. O. Box 80858
       Lafayette, LA 70503

Mr. Tillmon will testify as to the condition of various vessels chartered by Oceanografia and/or the joint venture, Seabulk Offshore de Mexico S.A. de C.V., and the maintenance practices conducted by Defendants, and Defendants' inability to secure the services of competent maintenance contractors in Cuidad del Carmen.

    b. Ken Brown
       Seabulk Offshore, Ltd.
       146 Calco Blvd., Suite 101
       P. O. Box 80858
       Lafayette, LA 70503

Mr. Brown will testify as to the condition of various vessels chartered by Oceanografia and/or the joint venture, Seabulk Offshore de Mexico S.A. de C.V., and the maintenance practices conducted by Defendants, and Defendants' inability to secure the services of competent maintenance contractors in Cuidad del Carmen.

    c. Bill Merritt
       Seabulk Offshore, Ltd.
       146 Calco Blvd., Suite 101
       P. O. Box 80858
       Lafayette, LA 70503

Mr. Merritt will testify as to the condition of various vessels chartered by Oceanografia and/or the joint venture, Seabulk Offshore de Mexico S.A. de C.V., and the maintenance practices conducted by Defendants.

    d.    Les Mills
          Seabulk Offshore, Ltd.
          146 Calco Blvd., Suite 101
          P. O. Box 80858
          Lafayette, LA 70503

Mr. Mills will testify as to the condition of various vessels chartered by Oceanografia and/or the joint venture, Seabulk Offshore de Mexico S.A. de C.V., and the maintenance practices conducted by Defendants.

3.    David Oliveira
       Roerig, Oliveira & Fisher
       855 W. Price Road, Suite 9
       Brownsville, Texas 78520
       (956) 542-5666

Mr. Oliveira is expected to testify, if necessary, as to reasonable and necessary attorney's fees.

4.    James F. Buchanan
       Frank L. McNiff, Jr.
       800 N. Shoreline Blvd.
       Suite 900, North Tower
       Corpus Christi, Texas 78401
       (361) 693-8500

Mr. Buchanan and Mr. McNiff are expected to testify, if necessary, as to reasonable and necessary attorney's fees.

5.    All persons identified by Defendant(s) in pleadings in discovery responses, or by designation in this case as expert witnesses.

172433                                         3

II.

Plaintiffs reserve the right to supplement this designation with additional designation of expert witnesses within the time limits imposed by the Court or any amendments to the same or agreement of the parties.

III.

Plaintiffs hereby designate as adverse expert witnesses any witnesses associated with adverse parties, even if an adverse party shall re-designate or undesignate an expert witness, Plaintiffs reserve the right to designate and/or call any such expert witness(es) previously designated by any party to this cause.

Respectfully submitted,

THE KLEBERG LAW FIRM

_____
Frank L. McNiff, Jr.
State Bar No. 07419100
Federal ID No. 12595
James F. Buchanan
State Bar No. 03287500
Federal ID No. 0328
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas 78401
(361) 693-8500 Telephone
(361) 693-8600 Fax

ATTORNEYS-IN-CHARGE FOR
PLAINTIFFS, SEABULK TOWING, INC.
AND SEABULK OFFSHORE, LTD.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was forwarded to the attorney listed below by hand delivery, facsimile or U. S. certified mail, return receipt requested on the ⟋7m+ day of January, 2003

Keith N. Uhles
James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-33509

Rufus C. Harris III
Alfred J. Rufty III
HARRIS & RUFTY, L.L.C.
1450 Poydras St., Suite 1510
New Orleans, LA 70112

_____
Frank L. McNiff, Jr.

172433                                    5