AO435
(Rev 1/90)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE: 86

*Read Instructions on Back.*

| | | |
|---|---|---|
| 1 NAME<br>Sharon Emerson, The Kleberg Law Firm | 2. PHONE NUMBER<br>(361) 693-8500 | 3. DATE<br>January 20, 2003 |
| 4 MAILING ADDRESS<br>800 N. Shoreline Blvd., Suite 900N | 5 CITY<br>Corpus Christi | 6. STATE  Texas / 7 ZIP CODE 78401 |
| 8 CASE NUMBER<br>B-01-094 | 9 JUDICIAL OFFICIAL<br>Felix Recio | DATES OF PROCEEDINGS<br>10 FROM December 3, 2002 TO |
| 12 CASE NAME<br>SEabulk Towing v. Oceanografia | LOCATION OF PROCEEDINGS<br>13 CITY Brownsville | 14. STATE Texas |

15 ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Entire transcript

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | United States District Court |
| ☐ OPENING STATEMENT (Defendant) | | | Southern District of Texas<br>FILED |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | JAN 21 2003 |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | Michael N. Milby |
| ☐ SENTENCING | | | Clerk of Court |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☒ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

18. SIGNATURE  [signature]

19. DATE  January 20, 2003

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY               COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 1-21-03 | MY | | |
| DEPOSIT PAID | 1-22-03 | MY | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 1-22-03 | MY | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)       ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY
☆ U.S. GPO: 1994–560-605