United States District Court
Southern District of Texas
FILED

JAN 3 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, ET AL | § | CASE NO. CA-B-01-094 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | DECEMBER 3, 2002 |
| OCEANOGRAFIA, ET AL | § | 9:30 A.M. TO 9:55 A.M. |

MOTION HEARING

BEFORE THE HON. FELIX RECIO, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | SEE NEXT PAGE |
| For the Defendant: | SEE NEXT PAGE |
| Court Clerk: | Sally Garcia |
| Court Interpreter: | Sandra Cortez |
| Court Recorder: | Gabriel Mendieta |

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P.O. Box 925675
Houston, Texas 77292-5675
713.697.4718 (office)
713.697.4722 (fax)

Proceedings recorded by electronic sound recording:
transcript produced by transcription service.