IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SEABULK TOWING, INC., f/k/a § | |
| HVIDE MARINE TOWING, INC., § | |
| and SEABULK OFFSHORE, LTD. § | |
| § | CIVIL ACTION NO. B-01-094 |
| § | |
| V. § | In Admiralty |
| § | |
| OCEANOGRAFIA S.A. de C.V. and § | |
| AMADO YANEZ OSUNA § | |

### PLAINTIFFS' REQUEST FOR ORAL ARGUMENT
### ON MOTION FOR SANCTIONS

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE
FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

COME NOW Seabulk Offshore, Ltd. and Seabulk Towing, Inc., Plaintiffs in the above styled and numbered cause and request the Court to hear oral arguments on Seabulk's Motion for Sanctions.

I.

Plaintiffs' Motion for Sanctions was filed on January 28, 2003. Under the local rules, the Motion for Sanctions is ripe for submission to the Court on February 17, 2003.

II.

Plaintiffs request the Court schedule oral argument on its Motion for Sanctions after February 17, 2003.

173120

1

90

Respectfully submitted,

THE KLEBERG LAW FIRM

_____
Frank L. McNiff, Jr.
State Bar No. 07419100
Federal ID No. 12595
James F. Buchanan
State Bar No. 03287500
Federal ID No. 0328
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas 78401
(361) 693-8500 Telephone
(361) 693-8600 Fax

ATTORNEYS-IN-CHARGE FOR
PLAINTIFFS, SEABULK TOWING, INC.
AND SEABULK OFFSHORE, LTD.

## CERTIFICATE OF CONFERENCE

Because the Request for Oral Hearing relates to Plaintiffs' Motion for Sanctions, it should be considered opposed.

_____
James F. Buchanan

173120                        2

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the foregoing was forwarded to the attorney listed below by hand delivery, facsimile or U. S. certified mail, return receipt requested on the 7 day of February, 2003

Keith N. Uhles
James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas  78523-3509

Rufus C. Harris III
Alfred J. Rufty III
HARRIS & RUFTY, L.L.C.
1450 Poydras St., Suite 1510
New Orleans, LA 70112

_____
James F. Buchanan