United States District Court
Southern District of Texas
FILED

FEB 1 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a § | CIVIL ACTION | |
| HVIDE MARINE TOWING, INC., § | | |
| and SEABULK OFFSHORE, LTD., § | | |
| Plaintiffs § | NUMBER: C.A. B-01-094 | |
| § | | |
| v. § | | |
| § | | |
| OCEANOGRAFIA S.A. de C.V and § | In Admiralty | |
| AMADO YANEZ OSUNA, § | | |
| Defendants § | | |

## JOINT MOTION TO EXTEND CERTAIN PRETRIAL MATTERS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, Seabulk Towing, Inc. and Seabulk Offshore, Ltd. and Defendants Oceanografia S.A. de C.V. and Amado Yanez Osuna, and make this, their joint motion for extension of certain pretrial matters and in support thereof would respectfully show as follows:

### I.

### CURRENT SETTINGS

1.1  The pretrial order is due today, February 10, 2003. The final pretrial conference is set for March 6th, with the trial to commence thereafter on March 7th.

### II.

### RECENT DEVELOPMENTS AND RELIEF REQUESTED

2.1  The parties have recently agreed to mediate this case on February 24th in Houston with mediator, Gary McGowan. The parties specifically agree that no party shall use the mediation as

49499:1046653.1:021003

a basis for filing a motion to continue the trial, although Oceanografia and Yanez reserve their right to file a motion for continuance on other grounds in due course.

2.2   In order to (1) identify the issues to be tried; and (2) allow the parties time to try to resolve the case at mediation, the parties respectfully request the following relief:

    a.    The deadline for filing the pretrial order be extended from its present date, today February 10, 2003, to February 26, 2003. The new deadline will be one week in advance of the pretrial conference on March 6, 2003.

    b.    The court set for hearing as soon as practicable (within the next two weeks, if possible), Plaintiffs' Motion for Leave to Amend Complaint and Defendants' objection thereto. Doing so will allow the parties to submit a joint pretrial order in accordance with the Court's Rulings on Plaintiffs' Motion to Amend in the event the case does not settle at mediation.

    c.    A hearing on Seabulk's Motion for Sanctions will be deferred until after February 24, 2003.

### III.

3.1   This motion is not sought for the purposes of delay only, but that justice may be done. Specifically, granting the relief requested will allow the parties sufficient time to prepare for and attend the mediation and if such mediation fails, to prepare and file an accurate pretrial order based on the court's ruling on Plaintiffs' Motion for Leave to Amend its Complaint. The parties specifically reserve any other right they may be entitled to, to file any other motion.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs, Seabulk Towing, Inc. and Seabulk Offshore, Ltd. and Defendants Oceanografia S.A. de C.V. and Amado Yanez Osuna respectfully

request the relief requested above and as set out in the accompanying proposed Agreed Order submitted herewith.

Respectfully submitted,

**THE KLEBERG LAW FIRM**

By: _____
James F. Buchanan
State Bar No. 03287500
Federal ID No. 0328
Frank L. McNiff, Jr.
State Bar No. 07419100
Federal ID No. 12595
800 N. Shoreline Blvd., Ste. 900 North
Corpus Christi, TX 78401
Tel:   (361) 693.8500
Fax:   (361) 693.8600
**ATTORNEYS FOR PLAINTIFFS,
SEABULK TOWING, INC. AND
SEABULK OFFSHORE, LTD.**

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: _____
James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-33509
Tel: (956) 542-4377
Fax: (956) 542-4370
**LOCAL COUNSEL FOR DEFENDANTS,
OCEANOGRAFIA S.A. DE C.V. AND
AMADO YANEZ OSUNA**

Rufus C. Harris III (#Admission No. 29458)
Alfred J. Rufty III (#Admission No. 29457)
HARRIS & RUFTY, L.L.C.
1450 Poydras Street, Ste. 1510
New Orleans, Louisiana 70112
Tel: (504) 525-7500
Fax: (504) 525-7222
**ATTORNEYS FOR DEFENDANTS,
OCEANOGRAFIA S.A. DE C.V. AND
AMADO YANEZ OSUNA**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been forwarded to opposing counsel via **FACSIMILE**, this 10th day of February, 2003.

Mr. James F. Buchanan
Frank L. McNiff, Jr.
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Ste. 900 North
Corpus Christi, Texas 78401

_____
James H. Hunter, Jr.