United States District Court
Southern District of Texas
FILED

FEB 12 2003

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a § | CIVIL ACTION |
| HVIDE MARINE TOWING, INC., § | |
| and SEABULK OFFSHORE, LTD., § | |
| Plaintiffs § | NUMBER: C.A. B-01-094 |
| § | (636(c)) |
| v. § | |
| § | |
| OCEANOGRAFIA S.A. de C.V and § | In Admiralty |
| AMADO YANEZ OSUNA, § | |
| Defendants § | |

United States District Court
Southern District of Texas
ENTERED

FEB 14 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN PRETRIAL MATTERS

On this day came on to be heard the Joint Motion to Extend Certain Pretrial Matters, and the Court having considered said motion is of the opinion that it should be granted in all respects. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that the deadline for filing the Joint Pretrial Order is extended to February 26, 2003. It is further

**ORDERED, ADJUDGED** and **DECREED** that Plaintiffs' Motion for Leave to Amend Complaint is set for hearing on the 20th day of February, 2003 at 1:30 o'clock a.m./p.m. It is further

**ORDERED, ADJUDGED** and **DECREED** that a hearing on Seabulk's Motion for Sanctions will be deferred until after February 24, 2003.

**DONE** at Brownsville, Texas this 12th day of February, 2003.

HON. FELIX RECIO
UNITED STATES MAGISTRATE JUDGE

49499:1046653.1:021003 -5-