COURTROOM MINUTES: **Felix Recio Judge Presiding**
                    Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | R Nieto |
| CSO | : | Canan |
| Law Clerk | : | not present |
| Date | : | **February 20, 2003 at 2:20 p.m.** |

United States District Court
Southern District of Texas
FILED

FEB 2 0 2003

Michael N. Milby
Clerk of Court

CIVIL CASE NO. B-01-094 (636(c))

Seabulk Towing Inc et al                *        James Buchanan

vs                                       *

Oceanographia, S.A. de C.V.              *        Alfred Ruffy III
                                                  James Hunter

### HEARING ON PF'S MOTION FOR LEAVE TO FILE AMENDED COMPAINT

James Buchanan present for the plaintiffs;
Alfred Ruffy III and James Hunter present for the defendants;

The Court proceeds with pending Motion for Sanctions (doc87);

Attorneys states they are not ready to proceed with the Motion for Sanctions at this time and state they will not address this motion until after mediation;

Plaintiff's attorney James Buchanan proceeds to argue their Motion for Leave to File Third Amended Original Complaint and further states the plaintiffs are not changing their position;

Defendant's attorney Alfred Ruffy III addresses the Court and questions the Joint Venture expenses and advances;
Counsel states if the Third Amended Petition is allowed they will be requesting additional months for trial;

Court adjourned.