96

| AO 435 (Rev 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| Read Instructions on Back. | TRANSCRIPT ORDER | |

| 1. NAME<br>Felix Recio | 2. PHONE NUMBER<br>956/548-2701 | 3. DATE<br>Feb 20, 2003 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>600 E. Harrison, #203 | 5. CITY<br>Brownsville | 6. STATE<br>TX | 7. ZIP CODE<br>78520 |
| 8. CASE NUMBER<br>C.A. B-01-984 | 9. JUDICIAL OFFICIAL<br>Felix Recio | DATES OF PROCEEDINGS | |
| | | 10. FROM 2/20/03 | 11. TO 2/20/03 |
| 12. CASE NAME<br>SEABULK TOWING VS OCEANOGRAFIA | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Brownsville | 14. STATE Texas |

15. ORDER FOR
☐ APPEAL      ☐ CRIMINAL              ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☐ NON-APPEAL  ☒ CIVIL                 ☐ IN FORMA PAUPERIS      ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | United States District Court<br>Southern District of Texas<br>FILED |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | FEB 2 0 2003 |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | Michael N. Milby<br>Clerk of Court |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | Motion Hearing | 2/20/03 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☑ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE<br>[signature] | ESTIMATE TOTAL | |
|---|---|---|
| | PROCESSED BY | |
| 19. DATE<br>Feb 20, 2003 | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |
|---|---|---|
| | DATE | BY |
| ORDER RECEIVED | | |
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE |

(Previous editions of this form may still be used)    ORIGINAL- COURT COPY    YELLOW- TRANSCRIPTION COPY    GREEN- ORDER RECEIPT    PINK- ORDER COPY