IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
| Plaintiffs | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |
| Defendants | § | |

**NOTICE OF SETTLEMENT AND
JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**

TO THE HONORABLE UNITED STATES JUDGE FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

COME NOW Plaintiffs, Seabulk Towing, Inc. and Seabulk Offshore, Ltd. ("Plaintiffs") and Defendants, Oceanografia S.A. de C.V. and Amado Yanez Osuna ("Defendants") and pursuant to local Rule 16, give notice of settlement and request this matter remain on the Court's docket pending deposit of settlement funds expected on or about February 28, 2003. Plaintiffs and Defendants also request that the Joint Pretrial Order filing date of February 26, 2003, be extended to March 4, 2003, to accommodate funding of the settlement.

I.

Plaintiffs and Defendants attended a mediation in Houston, Texas on February 24, 2003, and have agreed upon terms of settlement with partial funding to occur on February 28, 2003.

Notwithstanding the above, Plaintiffs and Defendants request that this matter remain on the Court's docket with an extended deadline for filing of the Joint Pretrial Order pending confirmation of the partial funding. Upon the expected partial funding of the settlement, Plaintiffs and Defendants intend to request removal of this matter from the Court's trial docket.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants request the Court extend the deadline for filing the Joint Pretrial Order until March 4, 2003 and retain this matter on the docket pending final resolution of this matter.

Respectfully submitted,

_____
Frank L. McNiff, Jr.
State Bar No. 07419100
Federal ID No. 12595
James F. Buchanan
State Bar No. 03287500
Federal ID No. 0328
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas 78401
(361) 693-8500 / (361) 693-8600 - Fax

ATTORNEYS FOR PLAINTIFFS

_____
James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
ROYSTON, RAYZOR, VICKERY &
WILLIAMS, L.L.P.
P. O. Box 3509
Brownsville, Texas 78523-3509
(956) 542-4377 / (956) 542-4370 – Fax

Rufus C. Harris III
Admission No. 29458
Alfred J. Rufty III
Admission No. 29457
HARRIS & RUFTY, L.L.C.
1450 Poydras St., Suite 1510
New Orleans, LA 70112
(504) 525-7500/(504 525-7222 - Fax

ATTORNEYS FOR DEFENDANTS

Doc #1048524                                    2

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a § | | |
| HVIDE MARINE TOWING, INC., § | | |
| and SEABULK OFFSHORE, LTD. § | | |
| Plaintiffs § | CIVIL ACTION NO. B-01-094 | |
| § | | |
| V. § | In Admiralty | |
| § | | |
| OCEANOGRAFIA S.A. de C.V. and § | | |
| AMADO YANEZ OSUNA § | | |
| Defendants § | | |

## ORDER

On this day came on to be considered Plaintiffs and Defendants' Motion to Extend Deadline to File Joint Pretrial Order. It is hereby ORDERED that said motion is hereby granted.

It is therefore ORDERED that the deadline to file the Joint Pretrial Order is extended to March 4, 2003.

This matter will be retained on the Court's docket with the final pretrial conference scheduled for March 6, 2003.

Done at Brownsville, Texas, this ____ day of February, 2003.

_____
Hon. Felix Recio
United States Magistrate Judge

Doc #1048524                                    1