IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 25 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
| Plaintiffs | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |
| Defendants | § | |

### ORDER

On this day came on to be considered Plaintiffs and Defendants' Motion to Extend Deadline to File Joint Pretrial Order. It is hereby ORDERED that said motion is hereby granted.

It is therefore ORDERED that the deadline to file the Joint Pretrial Order is extended to March 4, 2003.

This matter will be retained on the Court's docket with the final pretrial conference scheduled for March 6, 2003.

Done at Brownsville, Texas, this 25th day of February, 2003.

_____
Hon. Felix Recio
United States Magistrate Judge

Doc #1048524                                    1