IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a HVIDE MARINE TOWING, INC., and SEABULK OFFSHORE, LTD.<br>Plaintiffs | §<br>§<br>§<br>§<br>§ | |
| V. | § § § | CIVIL ACTION NO. B-01-094<br><br>In Admiralty |
| OCEANOGRAFIA S.A. de C.V. and AMADO YANEZ OSUNA<br>Defendants | §<br>§<br>§<br>§ | |

### JOINT MOTION FOR REMOVAL FROM TRIAL DOCKET AND CANCELLATION OF DEADLINE TO FILE JOINT PRETRIAL ORDER

TO THE HONORABLE UNITED STATES JUDGE FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

COME NOW Plaintiffs, Seabulk Towing, Inc. and Seabulk Offshore, Ltd. ("Plaintiffs") and Defendants, Oceanografia S.A. de C.V. and Amado Yanez Osuna ("Defendants") and pursuant to local Rule 16, request this matter be removed from the Court's trial docket pending (i) timely completion of funding and security requirements by March 7 and March 10, respectively, and (ii) closing by March 31, 2003, all in accordance with the settlement agreement dated February 24, 2003. Plaintiffs and Defendants request that the Joint Pretrial Order filing date of March 4, 2003, be cancelled to accommodate funding of the settlement.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants request the Court remove this matter from the trial docket pending (i) timely completion of partial settlement funding March 7, 2003; (ii) timely completion of security requirements by March 10, 2003, and closing by March 31, 2003, all in accordance with the settlement agreement dated February 24, 2003. If the partial funding of March 7, 2003, or completion of all settlement requirements before March 31,

2003, in accordance with the settlement agreement dated February 24, 2003, does not occur, the parties (either singularly or jointly) will request new trial and docket dates on an expedited basis.

          Respectfully submitted,

*Frank L. McNiff, by perm. NJP*

Frank L. McNiff, Jr.
State Bar No. 07419100
Federal ID No. 12595
James F. Buchanan
State Bar No. 03287500
Federal ID No. 0328
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas 78401
(361) 693-8500 / (361) 693-8600 - Fax

ATTORNEYS FOR PLAINTIFFS

Rufus C. Harris III
Admission No. 29458
Alfred J. Rufty III
Admission No. 29457
HARRIS & RUFTY, L.L.C.
1450 Poydras St., Suite 1510
New Orleans, LA 70112
(504) 525-7500/(504 525-7222 - Fax

James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
ROYSTON, RAYZOR, VICKERY &
WILLIAMS, L.L.P.
P. O. Box 3509
Brownsville, Texas 78523-3509
(956) 542-4377 / (956) 542-4370 – Fax

ATTORNEYS FOR DEFENDANTS

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a § | | |
| HVIDE MARINE TOWING, INC., § | | |
| and SEABULK OFFSHORE, LTD. § | | |
| Plaintiffs § | CIVIL ACTION NO. B-01-094 | |
| § | | |
| V. § | In Admiralty | |
| § | | |
| OCEANOGRAFIA S.A. de C.V. and § | | |
| AMADO YANEZ OSUNA § | | |
| Defendants § | | |

## ORDER

On this day came on to be considered the Joint Motion for Removal from Trial Docket and Cancellation of Deadline to File Joint Pretrial Order. It is hereby ORDERED that said motion is hereby granted.

It is therefore ORDERED that the deadline to file the Joint Pretrial Order is cancelled.

This matter will be removed from the Court's trial docket, subject to re-setting upon motion by any party if all requirements of the settlement agreement dated February 24, 2003 are not completed in a timely manner or settlement is not concluded on or before March 31, 2003

_____
United States Magistrate Judge