UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

SEABULK TOWING, INC., ET AL            *
                                       *
VS                                     *   C.A. NO. B-01-094
                                       *
OCEANOGRAFIA S.A. de C.V., ET AL       *

## ORDER

On this day came on to be considered the Joint Motion for Removal from Trial Docket and Cancellation of Deadline to File Joint Pretrial Order. The Motions are DENIED. It is the intention of the court to select a jury for the trial of this case on the merits and to set the trial for March 31, 2003, at 9:00 o'clock a.m. If the parties settle the matter as per the representation made to the court, the trial will be cancelled and the jury discharged at the appropriate time.

DONE at Brownsville, Texas, on 3rd day of March 2003.

Felix Recio
United States Magistrate Judge