United States District Court
Southern District of Texas
FILED

MAR 4 2003

IN THE UNITED STATES DISTRICT COURT

Michael N. Milby
Clerk of Court

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK OFFSHORE LTD., ET AL | § | CASE NO. CA B-01-094 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | FEBRUARY 20, 2003 |
| OCEANOGRAFIA, ET AL | § | 2:18 P.M. TO 3:09 P.M. |

MISC. HEARING

BEFORE THE HON. FELIX RECIO, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:                    SEE NEXT PAGE

For the Defendant:                    SEE NEXT PAGE

Court Recorder:                       Rita Nieto

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P. O. Box 925674
Houston, Texas 77292-5675
(713) 697-4718
(713) 697-4722 (fax)

Proceedings recorded by electronic sound recording:
transcript produced by transcription service.