IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR - 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SEABULK TOWING, INC., f/k/a § <br> HVIDE MARINE TOWING, INC., § <br> and SEABULK OFFSHORE, LTD. § <br> Plaintiffs § <br> § <br> V. § <br> § <br> OCEANOGRAFIA S.A. de C.V. and § <br> AMADO YANEZ OSUNA § <br> Defendants § | CIVIL ACTION NO. B-01-094 <br><br> In Admiralty |

## ORDER

On this day came on to be considered the Joint Notice of Consent to Waiver Jury, Proceed to Trial Before the Bench and Motion to Extend Pretrial Matters. It is hereby ORDERED that said motion is hereby GRANTED.

It is therefore ORDERED that jury selection scheduled March 7, 2003 is cancelled; the pretrial order filing deadline is extended to March 26, 2003; the final pretrial conference is continued to March 26, 2003 at 2:00 p.m. (a date provided by this court's case manager); and bench trial on the merits remains scheduled March 31, 2003 unless the parties submit dismissal papers prior thereto.

Done at Brownsville, Texas, this 5th day of March, 2003.

_____
Hon. Felix Recio
United States Magistrate Judge