UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 21 2003

Michael N. Milby
Clerk of Court

SEABULK TOWING, INC., ET AL     *

vs     *     CIVIL ACTION NO. B01-094
(636(c))

OCEANOGRAFIA S.A. de C.V., ET AL     *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

**FINAL PRETRIAL**

March 26, 2003, 9:00 A.M.
(RESET FROM 2:00 P.M.)

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:     U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520

BY ORDER OF THE COURT

March 21, 2003

cc:     Counsel of Record