

United States District Court
Southern District of Texas
FILED

MAR 2 5 2003

Michael N. Milby
Clerk of Court

107

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
| | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |

<u>**JOINT PRETRIAL ORDER**</u>

<u>A.    Appearance of Counsel</u>

**Attorneys for Plaintiffs, Seabulk Towing, Inc., f/k/a Hvide Marine Towing, Inc., and Seabulk Offshore, Ltd.**

> Frank L. McNiff, Jr.
> James F. Buchanan
> Clay Scheitzach
> The Kleberg Law Firm, P.C.
> 800 North Shoreline Blvd.
> Suite 900, North Tower
> Corpus Christi, Texas 78401
> (361) 693-8500;  (361) 693-8600 (Facsimile)

**Attorneys for Defendants**

> Alfred J. Rufty III
> Harris & Rufty, L.L.C.
> 1450 Poydras St., Suite 1510
> New Orleans, LA 70112
> (504) 525-7500;  (504) 525-7222 (Facsimile)

> James H. Hunter, Jr.
> Royston, Rayzor, Vickery & Williams, L.L.P.
> 55 Cove Circle
> P.O. Box 3509
> Brownsville, Texas 78523-3509
> (956) 542-4377;  (956) 542-4370 (Facsimile)

### B.    Statement of the Case

1.    **Plaintiffs' (Seabulk Offshore and Seabulk Towing) Statement.**

    a.    **Seabulk Offshore.**

Commencing with the effective date of January 1, 1999, Seabulk entered into a number of bareboat charter agreements to furnish vessels to Defendant Oceanografia, which Oceanografia in turn, time-chartered to PEMEX, the Mexican national oil company, which vessels were employed in support of PEMEX exploration and development of oil and gas prospects in the Bay of Campeche.  The vessels bareboat chartered to Oceanografia included M/V SEABULK AUSTIN, M/V SEABULK BATON ROUGE, M/V SEABULK CAMERON, M/V SEABULK COLORADO, M/V SEABULK DELAWARE, M/V SEABULK SABINE, M/V SEABULK ST. ANDREW and M/V SEABULK ST. TAMMANY.

Oceanografia, as bareboat charterer, was responsible for all expenses associated with the operation of the vessels, except P & I and Hull insurance on the vessels, and drydocking expenses, together with the agreed charter hire.  Oceanografia failed in its obligation to pay operating expenses for the vessels including crew wages and travel expenses, supplies and consumables, and third-party invoices for items including but not limited to, repairs, parts and other necessaries.  Pursuant to the advances clauses in the bareboat charters, Seabulk made advances to the vessels for necessaries for crew wages and travel expenses, supplies and consumables and expenses incurred with third parties for the operation and maintenance of the bareboat chartered vessels.

Plaintiff, Seabulk Offshore's maritime claims fall into three basic categories of damages: (1) unpaid charter hire and operating advances; (2) payroll and third party expenses; and, (3)

redelivery expenses.  All these damages are due and owing under the terms of bareboat charters, as further described.

Defendants are liable to Plaintiff, Seabulk Offshore, in the following particulars:   (1) charter hire, $371,203.53 and operating expenses, $40,063.04, totaling $411,266.57; (2) payroll and third party expenses, $2,420,838.26; (3) redelivery expenses, $60,681.22, for a total of $2,892,786.05, excluding interest and attorneys' fees, as described in Section B(1)(d).

    **b.**    **Seabulk Towing.**

Plaintiff, Seabulk Towing, and Defendant Oceanografia S.A. de C.V. formed a joint venture company known as Seabulk Offshore de Mexico S.A. de C.V., which is owned 49% by Seabulk Towing and 51% by Oceanografia.   The joint venture was to have received the time-charter revenue on the vessels including revenues from PEMEX, less a 7.5% commission payable to Oceanografia.  Oceanografia, however, has failed and refused to account for the time-charter revenue.   The joint venture company, a majority of the shares of which was owned by Oceanografia was to have acted as an agent for Oceanografia, and was to have provided services on behalf of Oceanografia for which Oceanografia was obligated under the bareboat charter agreements, including the crewing and arranging of supplies and maintenance for the vessels which Oceanografia chartered from Seabulk Offshore.

The joint venture failed to pay crew wages and third-party suppliers on behalf of Oceanografia, therefore Seabulk advanced those expenses under the bareboat charters to Oceanografia.   Oceanografia failed to account for and pay any profits arising from the joint venture.   Accordingly, Seabulk Towing seeks an accounting of the management of the joint venture revenue, expenses and, further, seeks 49% of any and all profits that have accrued in the joint venture.

### c.     Alter Ego Claim.

Plaintiffs, Seabulk Offshore and Seabulk Towing, also contend that Oceanografia is the alter ego of Defendant, Amado Yañez Osuna, as he has treated Oceanografia as his own, private entity, rather than a corporate entity.  This misuse of the corporate fiction has hindered Plaintiffs in seeking reimbursement for their claims and has inflicted injustice on them. Defendant, Yañez Osuna has perpetrated a fraud on Plaintiffs by diverting the time-charter hire from Seabulk Offshore de Mexico to Oceanografia, and then withdrawing or diverting the assets of Oceanografia to himself or other business entities owned or controlled by Yañez Osuna, leaving Oceanografia without the capacity to respond to a judgment.  Defendant, Yañez Osuna, has used Oceanografia and its assets for his personal purposes as though the assets were his individual property, avoiding the corporate liabilities of Oceanografia.  Accordingly, Yañez Osuna, is also liable for the amounts for which Plaintiffs sue.

### d.     Attorneys' Fees, Interest and Request for Maritime Attachment.

In addition to the stated and calculable amounts above in connection with the failure of Oceanografia and Yañez Osuna to abide by the terms of the agreements between the parties, Plaintiffs also sue for attorneys' fees incurred in prosecuting this claim, including appellate attorneys' fees, if any, as well as for prejudgment and post-judgment interest.  Further, Plaintiffs seek a maritime attachment and garnishment against Defendants, Oceanografia and Yañez Osuna, jointly and severally, their goods, chattels, credits and effects within the district, and particularly Account No. 179-9061735-65 at Chase Bank's offices in Houston, Texas, and the residence at 5 Camden Circle, Sugarland, Texas.

## 2.     Defendants' Statement.

Defendants did not submit a statement for inclusion into the Joint Pretrial Order.

## C.    Jurisdiction

Plaintiffs and Defendants agree that this is an admiralty and maritime claim within the meaning of Fed. R. Civ. P. Rule 9(h). Plaintiffs also asserted an admiralty and maritime claim containing a prayer for process of attachment pursuant to Rule B of the supplemental Rules for Certain Admiralty and Maritime Claims and further invokes the original admiralty jurisdiction pursuant to the provision of 28 U.S.C. Section 1333(1).

## D.    Motions

**1.    Plaintiffs**

Plaintiffs' Motion for Leave to File Third Amended Complaint.

Plaintiffs' Motion for Sanctions up to and Including Default.

Plaintiffs' Motion to Enforce Settlement Agreement and for Entry of Judgment and Attachment of Assets.

**2.    Defendants**

Oceanografia and Yanez's Opposed Motion to Compel Discovery.

## E.    Contentions of the Parties

**1.    Plaintiffs' Contentions.**

Seabulk Offshore contends that, pursuant to the terms of the bareboat charter agreements on the various vessels chartered to Oceanografia and named in Section B(1)(a) herein, it should be reimbursed as follows: (1) charter hire, $371,203.53 and operating expenses, $40,063.04, totaling $411,266.57; (2) payroll and third party expenses, $2,420,838.26; (3) redelivery expenses, $60,681.22, for a total of $2,892,786.05, excluding interest and attorneys' fees.

Oceanografia has also breached its agreement to pay to Seabulk Towing, as the 49% owner of Seabulk Offshore de Mexico, the 49% of the profits of the joint venture.

Plaintiffs contend that Oceanografia is the alter ego of Defendant Yañez, and he is jointly and severally liable with Oceanografia to Plaintiffs.

Plaintiffs contend that this case is governed by the rules of admiralty, that maritime attachment is proper, and that it is neither allowed, nor proper, to have these matters tried before a jury.

**2.    Defendants' Contentions.**

Defendants did not submit their contentions for inclusion into the Joint Pretrial Order.

**F.    Admissions of Fact**

1.    On January 1, 1999, Hvide Marine Towing, Inc., now known as Seabulk Towing, Inc. (Towing) and Oceanografia, S.A. de C.V. de Mexico (Oceanografia) agreed to and did incorporate a jointly owned company to be formed under Mexican law, to be known as Seabulk Offshore de Mexico, S.A. de C.V. (SODM). Ownership of SODM was 49% in Towing and 51% in Oceanografia.

2.    SODM was to act as agent for Oceanografia in managing the bareboat chartered vessels.

3.    Oceanografia then time-chartered these bareboat chartered vessels to PEMEX, the Mexican national oil company.

4.    All vessels bareboat chartered from Seabulk and its various subsidiaries to Oceanografia had joint inspections performed by PEMEX, Oceanografia and Seabulk, upon delivery to PEMEX in Mexico. Subsequent to the inspections, PEMEX accepted these vessels for time charter from Oceanografia, with no restrictions.

5.    Seabulk entered into bareboat charter agreements, or other agreements, with Oceanografia whereby it is entitled to receive charter hire for the vessels M/V SEABULK AUSTIN, SEABULK BATON ROUGE, SEABULK CAMERON, SEABULK COLORADO,

SEABULK DELAWARE, SEABULK SABINE, SEABULK ST. ANDREW and SEABULK ST. TAMMANY.

6.    Oceanografia failed to remit the net charter hire to SODM.

7.    Pursuant to the bareboat charter agreements of the vessels M/V SEABULK AUSTIN, SEABULK BATON ROUGE, SEABULK CAMERON, SEABULK COLORADO, SEABULK DELAWARE, SEABULK SABINE, SEABULK ST. ANDREW and SEABULK ST. TAMMANY, Seabulk advanced monies for various expenses, including charter hire, operating advances, payroll and third-party expenses and redelivery expenses.  These advances were separate and apart from the provisions for payment of charter hire.

8.    Seabulk arrested the M/V YUN KANAAB in New Orleans, Louisiana.  The suit was settled by Oceanografia by the payment of $1,000,000.00, which sum was credited to Oceanografia as part of the accounting in this case.  Seabulk has also learned that, after it arrested the M/V YUN KANAAB, (formerly the M/V SEABULK BATON ROUGE, then owned by Oceanografia), on March 15, 2001, Oceanografia transferred at least four (4) more vessels out of Oceanografia to Candies Mexican Investments ("Candies") between March 15, 2001, and June 4, 2001.  (The M/V SEABULK AUSTIN and M/V SEABULK CAMERON were transferred to Candies on March 5 and March 11, 2001, respectively.)

9.    Amado Yañez Osuna is General Director of Oceanografia and owns 90% of Oceanografia.

10.    Amado Yañez Osuna owns a house located at 5 Camden Circle, Sugarland, Texas, as well as Account No. 179-9061735-65 at Chase Bank's offices in Houston, Texas.

11.    There have been no distributions to Seabulk Towing of any profits from the joint venture known as Seabulk Offshore de Mexico.

12.     On April 19, 2002, Oceanografia filed the Notice of Settlement.

13.     On February 24, 2003, the parties participated in a mediation and executed a settlement agreement as to all claims.

## G.     Plaintiffs' Proposed Contested Issues of Fact

1.     Whether Yañez Osuna used Oceanografia as his own personal entity, disregarding the corporate entity of Oceanografia, and diverted funds from the accounts of Oceanografia which resulted in Oceanografia's inability or refusal to pay the amounts owed to Plaintiffs.

2.     Whether the vessels bareboat chartered to Defendants were unseaworthy, thereby preventing their use for the intended purpose, such that Defendants incurred losses and sustained damage; if so, what the amount of those losses is, and whether the credits given by Plaintiffs offset the losses claimed by Defendant.

3.     Whether Defendants are entitled to any further set-off.

4.     Whether any debts for which Plaintiffs seek relief have been paid or compromised.

5.     Whether the attachment of the Merrill Lynch investment accounts referenced in Plaintiffs' Complaint, Account No. 53C-07119 and Account No. 101-1730 was wrongful.

6.     Whether Plaintiffs are entitled to maritime attachment of Amado Yañez Osuna's Account No. 179-9061735-65 at Chase Bank's offices in Houston, Texas, and of his residence at 5 Camden Circle, Sugarland, Texas.

7.     Oceanografia is required to reimburse Seabulk for these advances and expenses. Seabulk advanced a total of $2,892,786.05 to Oceanografia for various expenses, including but not limited to, charter hire and operating advances, payroll and third-party expenses and redelivery expenses associated with the vessels.

8.     Oceanografia has not reimbursed SODM for these advancements and expenses.

## H.    Plaintiffs' Proposed Agreed Propositions of Law

1.      Federal Rules of Civil Procedure Rule 9(h) controls the disposition of this case, as the claims are admiralty and maritime claims.

2.      Rule B of the Supplemental Rules of Admiralty, allows for attachment of a defendant's goods and chattels, when the defendant is not found in the district.  It is available when the plaintiff has an *in personam* admiralty or maritime claim against a defendant and allows the plaintiff to assert personal jurisdiction over a defendant who cannot be found through attachment of property. *See*: 28 U.S.C., Supplemental Rules for Certain Admiralty and Maritime Claims, Rule 9h; Wright, Miller & Marcus, Federal Practice and Procedure: Civil 2d Section *3201 et seq.*; *Swift & Co. Packers v. Compania Colombiana Del Caribe*, 339 U.S. 684, 70 S.Ct. 861, 70 94 L.Ed 1206 (1950); *Great Prize, S.A. v. Mariner Shipping Party, Ltd.*, 967 F.2d 157 (5th Cir. 1992).

3.      Whether there was a failure of Oceanografia, acting through its agent, SODM, to pay operating expenses of the various vessels bareboat chartered to Oceanografia such that it became necessary for Seabulk to make advances to Oceanografia for operational expenses, including but not limited to crew wages and travel expense, repairs, maintenance and supplies; was there a contract obligating Oceanografia to reimburse Seabulk; was there a breach by Oceanografia of the contractual obligations; were advances made by Seabulk; and were there damages occasioned by the breach of the contract, to-wit, failure of Oceanografia to reimburse Seabulk. *Petit v. Celebrity Cruises, Inc.*, 153 F.Supp.2d 240, 263 (S.D.N.Y. 2001); *Pair-A-Dice Acquisition Partners, Inc. v. Board of Trustees of Galveston Wharves*, 185 F.Supp.2d 703, 707 (S.D. Tex 2002).

4.    Is there any excuse under the terms of the bareboat charters of M/V SEABULK AUSTIN, SEABULK BATON ROUGE, SEABULK CAMERON, SEABULK COLORADO, SEABULK DELAWARE, SEABULK SABINE, SEABULK ST. ANDREW and SEABULK ST. TAMMANY for Oceanografia not to pay the bareboat charter hire.

5.    Federal courts sitting in admiralty apply federal common law, rather than state law, when examining corporate identity. *Status Intern. S.A. v. M & D Maritime Ltd.*, 994 F.Supp. 182, 186 (S.D.N.Y. 1998); *U.S. v. Cordova Chemical Co. of Michigan*, 113 F.3d 572, 585 (6th Cir. 1997) (citations omitted); *Chan v. Society Expeditions, Inc.*, 123 F.3d 1287, 1294 (9th Cir. 1997). Where there is evidence that the individual was controlling the corporation, and the plaintiff is harmed, the alter ego doctrine applies. *U.S. v. Cordova Chemical Co. of Michigan, supra.*

## I.    Contested Issues of Law

1.    **Plaintiffs' Contested Issues of Law.**

Yañez Osuna is the alter ego of Oceanografia and is personally liable for the actions and/or debts of Oceanografia. The documents indicate that Yañez Osuna used as his own and for his personal advantage the accounts designated as those of Oceanografia. *Status Intern. S.A. v. M & D Maritime Ltd.*, 994 F.Supp. 182, 186 (S.D.N.Y. 1998); *U.S. v. Cordova Chemical Co. of Michigan*, 113 F.3d 572, 585 (6th Cir. 1997) (citations omitted); *Chan v. Society Expeditions, Inc.*, 123 F.3d 1287, 1294 (9th Cir. 1997). Yañez has perpetrated a fraud on Plaintiffs by diverting funds or withdrawing funds from the corporation in order to use such corporate assets for himself or other business entities he owns or controls. These actions have worked an injustice on Plaintiffs, as they have been preventing from obtaining what they are entitled to pursuant to the agreements of the parties. Yañez Osuna, therefore, is liable to Plaintiffs for the amounts owed under the bareboat charter agreements and for the percentage of profits due from

SODM in his individual capacity, as he is General Director and 90% owner of Oceanografia and used this position with the company for his own personal profit, to the detriment of Plaintiffs.

The attachment of the accounts at Merrill Lynch was not wrongful or improper. Further, the attachment of the Chase Bank account and residence of Amado Yañez Osuna, described herein, is proper.

As set out above, Plaintiffs are asserting claims for charter hire and operating advances, payroll and third party expenses, and redelivery expenses associated with the vessels, that properly give rise to the maritime attachment.

**2.      Defendants' Contested Issues of Law.**

Defendants did not submit Contested Issues of Law for inclusion into the Joint Pretrial Order.

**J.      Exhibits**

**1.**      **Plaintiffs' Exhibit List included as Attachment "A."**

**2.**      **Defendants did not submit an Exhibit List for inclusion into the Joint Pretrial Order.**

**K.      Witnesses**

**1.**      **Plaintiffs' Witnesses.**

      a.      Andrew Brauninger, President
             Seabulk Offshore Ltd., Houston, Texas

Plaintiffs' corporate representative who will testify regarding contractual agreements involving Oceanografia, its affiliates, and Seabulk and its affiliate, the course of dealings to enter into contracts, the operations of Seabulk with Oceanografia involving charter of the vessels, including payment and nonpayment of various categories of monies owed.

b.    Gerald Hoffmann, Managing Director
        Seabulk Offshore Ltd., Lafayette, Louisiana

Mr. Hoffman will testify regarding contractual agreements involving Oceanografia, its affiliates, and Seabulk and its affiliate, the course of dealings to enter into contracts, the operations of Seabulk with Oceanografia involving charter of the vessels, including payment and nonpayment of various categories of monies owed.

c.    Les Mills, Seabulk Offshore Ltd.
        Lafayette, Louisiana

Mr. Mills will testify as to the initial delivery, condition and redelivery of various vessels chartered by Oceanografia and/or the joint venture, SODM, and the maintenance practices conducted by Defendants.

d.    Ken Brown, Secondee to Joint Venture
        Seabulk Offshore Ltd., Lafayette, Louisiana

Mr. Brown will testify as to the initial delivery, condition and redelivery of various vessels chartered by Oceanografia and/or the joint venture, SODM, and the maintenance practices conducted by Defendants and Defendant's inability to secure the services of competent maintenance contractors in Cuidad del Carmen.

e.    Carlos Zelaya, Secondee
        Seabulk Offshore Ltd., Del Carmen, Mexico

Mr. Zelaya will testify about the activities and operation of Seabulk Offshore in Mexico.

f.    Larry Vervuurt
        Seabulk International, Inc.

Mr. Vervuurt is the Audit Manager for Seabulk International, the parent company of Seabulk Offshore, Ltd. and Seabulk Towing, Inc. He will testify as to the account balances owed by Oceanografia for charter hire and advances on the vessels bareboat charter by Oceanografia.

g.    Gloria Cancienne

Former employee of Seabulk Offshore, Ltd., who will testify concerning the account balances owed by Oceanografia to Seabulk Offshore, Ltd. for advances and charter hire.

h.    Ygnacio D. Garza, CPA
       Long Chilton, LLP
       745 E. St. Charles Street
       Brownsville, Texas 78520

Mr. Garza will testify concerning the amounts owed to Plaintiffs by Defendants, including but not limited to, unpaid charter hire and other expenses related to the joint venture, Seabulk Offshore de Mexico S.A. de C.V. formed by Seabulk Towing, Inc. and Oceanografia S.A. de C.V. Mr. Garza will also testify as to the effect of commingling of funds by Defendants and the use of corporate accounts by Defendant Amado Yañez Osuna as his own without regard to the distinction between him and the corporation.

i.    Tony Tillmon
       Seabulk Offshore, Ltd.
       146 Calco Blvd., Suite 101
       Post Office Box 80858
       Lafayette, Louisiana 70503

Mr. Tillmon will testify concerning the initial delivery, condition and redelivery of various vessels chartered by Oceanografia and managed by, Seabulk Offshore de Mexico S.A. de C.V., and the maintenance practices conducted by Defendants, and Defendants' inability to secure the services of competent maintenance contractors in Cuidad del Carmen.

j.    Bill Merritt
       Seabulk Offshore, Ltd.
       146 Calco Blvd., Suite 101
       Post Office Box 80858
       Lafayette, Louisiana 70503

Mr. Merritt will testify concerning the initial delivery, condition and redelivery of various vessels chartered by Oceanografia and/or the joint venture, Seabulk Offshore de Mexico S.A. de C.V., and the maintenance practices conducted by Defendants.

k.      David Oliveira
        Roerig, Oliveira & Fisher
        855 W. Price Road, Suite 9
        Brownsville, Texas 78520
        (956) 542-5666

Mr. Oliveira will testify, if necessary, concerning reasonableness of and necessity of attorney's fees incurred by Plaintiffs in this action, and for appeals, if any.

l.      James F. Buchanan
        Frank L. McNiff, Jr.
        800 N. Shoreline Blvd.
        Suite 900, North Tower
        Corpus Christi, Texas 78401
        (361) 693-8500

Messrs. Buchanan and McNiff will testify concerning the amount, reasonableness and necessity for attorneys' fees.

m.      Amado Yañez Osuna, Defendant

n.      If other witnesses to be called at trial become know, their names, addresses, and subject of their testimony will be reported to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses.

**2.      Defendants' Witnesses.**

Defendants did not submit witnesses for inclusion into the Joint Pretrial Order.

## L.      Settlement

The parties reached an agreement to settle the case on April 19, 2002. Oceanografia and Yañez Osuna filed the Notice of Settlement on April 19, 2002. Defendants failed to fund the

settlement. The parties attended mediation on February 24, 2003, and reached an agreement to settle the case. Defendants failed to fund the settlement.

**M.    Trial**

A.    Probable length of trial:    Five (5) days.

B.    Logistical problems, including availability of witnesses, out-of-state and out-of-county witnesses, bulky exhibits, and voluminous documentation. Plaintiffs have produced in excess of 65,000 pages of documents in support of its claims.

**N.    Matters Regarding Jury or Non-Jury Trial**

**1.    Proposed Findings of Fact and Conclusions of Law**

**A.**    Plaintiffs' Proposed Findings of Fact and Conclusions of Law are attached as **Attachment "B."**

**B.**    Defendants did not submit Proposed Findings of Fact and Conclusions of Law for inclusion into the Joint Pretrial Order.

SIGNED on this _____ day of _____, 2003.


_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

Date: _____      _____
                                   Frank L. McNiff, Jr.
                                   State Bar No. 13839020
                                   Federal ID No. 12595
                                   James F. Buchanan
                                   State Bar No. 03287500
                                   Federal ID No. 0328
                                   800 N. Shoreline Blvd., Suite 900 North
                                   Corpus Christi, Texas  78401
                                   (361)  693-8500 Telephone
                                   (361)  693-8600 Facsimile

                                   **ATTORNEYS-IN-CHARGE, PLAINTIFFS**

## **ATTACHMENTS**

A.    Plaintiffs' Exhibit List.

B.    Plaintiffs' Proposed Findings of Fact and Conclusions of Law

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |

## PLAINTIFFS' EXHIBIT LIST

| Number | Bate Stamp | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 1 | 00071 – 00074 | Seabulk Offshore, Ltd. M/V DELAWARE Payables | | | | |
| 2 | 00087 – 00089 | Seabulk Offshore, Ltd. M/V DELAWARE Payroll and Payables | | | | |
| 3 | 001496 – 001498 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 4 | 001685 | Correspondence from Seabulk Offshore to Amado | | | | |
| 5 | 001736 – 001739 | Correspondence from Seabulk Offshore to Amado | | | | |
| 6 | 002923 – 003146 | Daily Master's Log – SEABULK DELAWARE | | | | |
| 7 | 003876 – 003946 | Daily Master's Log – SEABULK DELAWARE | | | | |
| 8 | 004485 – 004556 | SEABULK de Mexico Vessels Expense Report – SEABULK DELAWARE | | | | |
| 9 | 006176 – 006183 | Expenses paid by SOL – SEABULK DELAWARE | | | | |
| 10 | 006704 – 006721 | Bareboat Charter Agreement – SEABULK DELAWARE | ✓ | | | |
| 11 | 006891 – 006901 | Tampa Bay Towing, Inc. Action of Directors | | | | |
| 12 | 006902 – 006908 | Hvide Marine Towing, Inc. Action of Directors | | | | |
| 13 | 007159 – 007160 | E-mail from Wesley Freeman to Gerald Hoffmann | | | | |
| 14 | 007174 – 007175 | Correspondence from William J. Merritt to Amado | | | | |
| 15 | 007207 – 007208 | Correspondence from Gerald Hoffman to Amado | | | | |



EXHIBIT
A

| Nu mb er | Bate Stamp | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 16 | 007296 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 17 | 007300 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 18 | 007302 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 19 | 007421 – 007424 | Correspondence from Seabulk Offshore to Amado | | | | |
| 20 | 007848 | Handwritten calculations | | | | |
| 21 | 007870 – 007872 | Bareboat Charter Agreement SEABULK DELAWARE | | | | |
| 22 | 007971 | E-mail from Gerald Hoffmann to Andy Brauninger, et al, | | | | |
| 23 | 008077 – 008078 | Fax correspondence from Gerald Hoffmann to Andy Brauninger | | | | |
| 24 | 008085 – 008086 | Fax correspondence from Gerald Hoffmann to Ron Smith | | | | |
| 25 | 008099 – 008130 | Correspondence from London Offshore Consultants to Hvide Marine | | | | |
| 26 | 008134 – 008137 | Correspondence from Gerald Hoffmann to Amado | | | | |
| 27 | 00082 – 00085 | Seabulk Offshore, Ltd. SEABULK ST. ANDREW Payroll and Payables | | | | |
| 28 | 00090 – 00091 | Seabulk Offshore, Ltd. SEABULK ST. ANDREW Payroll and Payables | | | | |
| 29 | 000325 – 000343 | Bareboat Charter Agreement SEABULK ST. ANDREW | | | | |
| 30 | 000355 – 000356 | Correspondence from Hvide Marine to Amado | | | | |
| 31 | 000555 | Fuel and Water Capacity – SEABULK ST. ANDREW | | | | |
| 32 | 000556 – 000558 | Test and Trials – SEABULK ST. ANDREW | | | | |
| 33 | 001228 – 001229 | American Bureau of Shipping Certificate of Classification – SEABULK ST. ANDREW | | | | |
| 34 | 001230 – 001231 | International Loadline Certificate – SEABULK ST. ANDREW | | | | |
| 35 | 001239 – 001243 | The Salvage Association survey – SEABULK M/V ST. ANDREW | | | | |
| 36 | 001245 – 001246 | E-mail from Gerald Ginter to James Mills and Ron Smith | | | | |
| 37 | 001247 | E-mail from Brian Smith to James Mills | | | | |
| 38 | 001252 – 001253 | Hvide Marine Request for Capital/Expense Commitment | | | | |
| 39 | 001279 – 001296 | Work Performed on SEABULK ST. ANDREW | | | | |
| 40 | 001565 – 001566 | Fax correspondence from Amado to Seabulk Offshore | | | | |

| Number | Bate Stamp | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 41 | 001685 | Correspondence from Seabulk Offshore to Amado | | | | |
| 42 | 001730 | Correspondence from Gerald Hoffman to Stephen Finch | | | | |
| 43 | 001731 – 001733 | Correspondence from Oceanografia to Seabulk Offshore | | | | |
| 44 | 001734 | Correspondence from Seabulk Offshore to Amado | | | | |
| 45 | 001894 | Vessel Charter Form – SEABULK ST. ANDREW | | | | |
| 46 | 001895 – 001897 | Fuel and Water Capacity – SEABULK ST. ANDREW | | | | |
| 47 | 001948 – 001966 | Bareboat Charter Agreement – SEABULK ST. ANDREW | | | | |
| 48 | 002084 – 002104 | Bareboat Charter Agreement – SEABULK ST. ANDREW | | | | |
| 49 | 003514 – 003875 | Daily Master's Log – SEABULK ST. ANDREW | | | | |
| 50 | 004335 – 004406 | SEABULK de Mexico Vessels Expense Report – SEABULK ST. ANDREW | | | | |
| 51 | 004572 – 004592 | SEABULK de Mexico Vessels Expense Report – SEABULK ST. ANDREW | | | | |
| 52 | 006186 – 006187 | Expenses paid by SOL – SEABULK ST. ANDREW | | | | |
| 53 | 006789 – 006790 | Correspondence from Hvide Marine Incorporated to Amado | | | | |
| 54 | 006791 – 006809 | Bareboat Charter Agreement – SEABULK ST. ANDREW | | | | |
| 55 | 006875 – 006876 | Certificate of Documentation – SEABULK ST. ANDREW | | | | |
| 56 | 007014 | Correspondence from Detroit Diesel to Seabulk Offshore | | | | |
| 57 | 007015 | Correspondence from Seabulk Offshore to Detroit Diesel Allison de Mexico | | | | |
| 58 | 007018 | E-mail from Detroit Diesel Allison de Mexico to Bill Merritt | | | | |
| 59 | | | | | | |
| 60 | 007156 | E-mail from Bill Merritt to Gerald Hoffmann | | | | |
| 61 | 007158 | Correspondence from Wesley Freeman to Gerald Hoffman | | | | |
| 62 | 007169 | E-mail from Gerald Hoffmann to Bill Merritt and Any Brauninger | | | | |
| 63 | 007201 | Correspondence from Oceanografia to Seabulk | | | | |
| 64 | 007202 – 007203 | Correspondence from Amado to Seabulk | | | | |
| 65 | 007233 – 007235 | Correspondence from Amado to Gerald Hoffmann | | | | |

| Number | Bate Stamp | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 66 | 007236 – 007238 | Correspondence from Amado to Gerald Hoffmann | | | | |
| 67 | 007292 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 68 | 007372 – 007378 | Correspondence from Seabulk Offshore to Wesley Freeman | | | | |
| 69 | 007379 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 70 | 007434 – 007435 | Fax cover sheet from Amado to Andy Brauninger | | | | |
| 71 | 007497 | Correspondence from Hvide Marine to Sweeney, Brauninger, Ludt, Cancienne, Malone, Markoff, Kimbrell and Brantner | | | | |
| 72 | 007580 – 007581 | Side Letter from Hvide Marine to Oceanografia | | | | |
| 73 | 007615 – 007633 | Bareboat Charter Agreement SEABULK ST. ANDREW | | | | |
| 74 | 001948 – 001966 | Bareboat Charter Agreement SEABULK ST. ANDREW | | | | |
| 75 | 002084 – 002104 | Bareboat Charter Agreement – SEABULK ST. ANDREW | | | | |
| 76 | 003514 – 003875 | Daily Master's Log – SEABULK ST. ANDREW | | | | |
| 77 | 004335 – 004406 | Seabulk de Mexico Vessels Expense Report – SEABULK ST. ANDREW | | | | |
| 78 | 004572 – 004592 | Seabulk de Mexico Vessels Expense Report – SEABULK ST. ANDREW | | | | |
| 79 | 006186 – 006187 | Expenses paid by SOL – SEABULK ST. ANDREW | | | | |
| 80 | 006789 – 006790 | Correspondence from Hvide Marine Incorporated to Amado | | | | |
| 81 | 007653 – 007655 | Correspondence from Carlos Yanez Amado to Gerald Hoffmann | | | | |
| 82 | 007689 | Oceanografia figures per month for SEABULK ST. ANDREW, invoiced, credits, balance due | | | | |
| 83 | Unnumbered | Handwritten note | | | | |
| 84 | 007781 | Handwritten notes | | | | |
| 85 | 007860 – 007861 | SEABULK ST. ANDREW work schedule | | | | |
| 86 | 007928 – 007931 | Correspondence from Gerald Hoffmann to Ron Smith | | | | |
| 87 | 008004 | E-mail from Bill Merritt to Capt. Luis Claudio Fernandez | | | | |
| 88 | 008026 – 008027 | Correspondence from Detroit Diesel – Allison Mexico to Gerald Hoffmann | | | | |
| 89 | 008077 – 008078 | Fax correspondence from Gerald Hoffmann to Andy Brauninger | | | | |
| 90 | 008134 – 008137 | Correspondence from Gerald Hoffmann to Amado | | | | |

| Number | Bate Stamp | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 91 | 00075 – 00079 | Seabulk Offshore, Ltd. SEABULK ST. TAMMANY Payroll and Payables | | | | |
| 92 | 00092 – 00093 | Seabulk Offshore, Ltd. SEABULK ST. TAMMANY Payroll and Payables | | | | |
| 93 | 000430 – 000552 | Correspondence from Seabulk Offshore Ltd. to Harvey Jones Vessel Agents | | | | |
| 94 | 000553 | Fuel and Water Capacity SEABULK ST. TAMMANY | | | | |
| 95 | 000554 | Test and Trials SEABULK ST. TAMMANY | | | | |
| 96 | 000560 – 000650 | Correspondence from Seabulk Offshore Ltd. to Harvey Jones Vessel Agents | | | | |
| 97 | 001232 – 001233 | International Loadline Certificate SEABULK ST. TAMMANY | | | | |
| 98 | 001234 – 001235 | American Bureau of Shipping Certificate of Classification SEABULK ST. TAMMANY | | | | |
| 99 | 001298 – 001443 | Work performed on SEABULK ST. TAMMANY with accompanying invoices | | | | |
| 100 | 001489 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 101 | 001490 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 102 | 001565 – 001566 | Fax correspondence from Amado to Seabulk Offshore | | | | |
| 103 | 001661 | Correspondence from Seabulk Offshore to Amado | | | | |
| 104 | 001662 | Correspondence from Oceanografia to Seabulk Offshore | | | | |
| 105 | 001663 – 001667 | Correspondence from Seabulk Offshore to Amado | | | | |
| 106 | 001668 | Correspondence from Oceanografia to Seabulk Offshore | | | | |
| 107 | 001670 – 001672 | Correspondence from Seabulk Offshore to Amado | | | | |
| 108 | 001704 – 001710 | Correspondence from Seabulk Offshore to Amado | | | | |
| 109 | 001735 | Seabulk Offshore invoice to Oceanografia | | | | |
| 110 | 001879 – 001889 | SEABULK ST. TAMMANY engine overhauls | | | | |
| 111 | 005974 – 006041 | Accrued Expenses from Oceanografia – SEABULK RHODE ISLAND and SEABULK ST. TAMMANY | | | | |
| 112 | 007002 | Invoice from Seabulk Offshore to Oceanografia for charter hire | | | | |

| Number | Bate Stamp | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 113 | 007014 | Correspondence from Detroit Diesel to Seabulk Offshore | | | | |
| 114 | 007157 | E-mail from Bill Merritt to Gerald Hoffmann | | | | |
| 115 | 007161 | E-mail from Andy Brauninger to Bill Merritt and Gerald Hoffmann | | | | |
| 116 | 007169 | E-mail from Gerald Hoffmann to Bill Merritt and Any Brauninger | | | | |
| 117 | 007176 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 118 | 007201 | Correspondence from Oceanografia to Seabulk | | | | |
| 119 | 007233 – 007235 | Correspondence from Amado to Gerald Hoffmann | | | | |
| 120 | 007236 – 007238 | Correspondence from Amado to Gerald Hoffmann | | | | |
| 121 | 007292 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 122 | 007363 | Correspondence from Seabulk Offshore to Amado | | | | |
| 123 | 007372 – 007378 | Correspondence from Seabulk Offshore to Wesley Freeman | | | | |
| 124 | 007434 – 007435 | Fax cover sheet from Amado to Andy Brauninger | | | | |
| 125 | 007447 | Correspondence from Seabulk Offshore to Wesley Freeman | | | | |
| 126 | 007653 – 007655 | Correspondence from Carlos Yanez Amado to Gerald Hoffmann | | | | |
| 127 | Unnumbered | Handwritten note | | | | |
| 128 | 007869 | E-mail from Bill Merritt to Gerald Hoffmann | | | | |
| 129 | 007971 | E-mail from Gerald Hoffmann to Andy Brauninger, et al | | | | |
| 130 | 008004 | E-mail from Bill Merritt to Capt. Luis Claudio Fernandez | | | | |
| 140 | 008026 – 008027 | Correspondence from Detroit Diesel – Allison Mexico to Gerald Hoffmann | | | | |
| 141 | 008134 – 008137 | Correspondence from Gerald Hoffmann to Amado | | | | |
| 142 | 008148 | Fax confirmation sheet from Gerald Hoffmann to Gloria Cancienne | | | | |
| 143 | 008156 – 008164 | Correspondence from Gerald Hoffmann to Amado | | | | |
| 145 | 00001 – 00019 | Bareboat Charter Agreement SEABULK AUSTIN | | | | |
| 146 | 00065 – 00066 | Seabulk Offshore, Ltd. SEABULK AUSTIN Payroll and Payables | | | | |
| 147 | 000214 – 000232 | Bareboat Charter Agreement SEABULK AUSTIN | | | | |
| 148 | 000344 – 000345 | Correspondence from Hvide Marine to Amado | | | | |

| Number | Bate Stamp | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 149 | 001756 – 001757 | Correspondence from Hvide Marine to Amado | | | | |
| 150 | 001768 – 001786 | Bareboat Charter Agreement SEABULK AUSTIN | | | | |
| 151 | 001978 – 001998 | Bareboat Charter Agreement – SEABULK AUSTIN | | | | |
| 152 | 002105 – 002462 | Daily Master's Log – SEABULK AUSTIN | | | | |
| 153 | 004428 – 004458 | Seabulk de Mexico Vessels Expense Report – SEABULK AUSTIN | | | | |
| 154 | 005374 – 005581 | Expenses directed related to employees – SEABULK AUSTIN | | | | |
| 155 | 006188 – 006189 | Expenses paid by SOL – SEABULK AUSTIN | | | | |
| 156 | 006616 – 006617 | Correspondence from Hvide Marine Incorporated to Amado | | | | |
| 157 | 006618 – 006636 | Bareboat Charter Agreement – SEABULK AUSTIN | | | | |
| 158 | 006871 | Certificate of Documentation – SEABULK AUSTIN | | | | |
| 159 | 006883 – 006888 | Correspondence from Lugenbuhl, Wheaton, Peck, Rankin & Hubbard to Steve Finch | | | | |
| 160 | 007177 – 007179 | "RBL" draft of letter from Hvide Marine Incorporated to Oceanografia | | | | |
| 161 | 007209 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 162 | 007290 – 007291 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 163 | 007293 – 007294 | Correspondence from Hvide Marine to Oceanografia | | | | |
| 164 | 007295 | Correspondence from Oceanografia to Seabulk Offshore | | | | |
| 165 | 007430 – 007433 | Correspondence from Gerald Hoffmann to Amado | | | | |
| 166 | 007497 | Correspondence from Hvide Marine to Sweeney, Brauninger, Ludt, Cancienne, Malone, Markoff, Kimbrell and Brantner | | | | |
| 167 | 007517 – 007535 | Bareboat Charter Agreement between Seabulk Offshore and Oceanografia | | | | |
| 168 | 007574 – 007575 | Side Letter from Hvide Marine to Oceanografia | | | | |
| 169 | 000346 | Correspondence from Hvide Marine to Amado | | | | |
| 170 | 000347 – 000348 | Correspondence from Hvide Marine to Amado | | | | |
| 171 | 001999 – 002019 | Bareboat Charter Agreement – BATON ROUGE, | | | | |
| 172 | 003152 – 003513 | Daily Master's Log – SEABULK BATON ROUGE | | | | |

173039                                    7

| Number | Bate Stamp | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 173 | 004459 – 004464 | Seabulk de Mexico Vessels Expense Report – SEABULK BATON ROUGE | | | | |
| 174 | 005582 – 005690 | Seabulk de Mexico Vessels Expense Report – SEABULK BATON ROUGE | | | | |
| 175 | 006185 | Expenses paid by SOL – SEABULK BATON ROUGE | | | | |
| 176 | 006637 – 006638 | Correspondence from Hvide Maine Incorporated to Amado | | | | |
| 177 | 006639 – 006640 | Correspondence from Hvide Marine, Inc. to Amado | | | | |
| 178 | 006641 – 006659 | Bareboat Charter Agreement SEABULK BATON ROUGE | | | | |
| 179 | 006880 | Republic of the Marshall Islands Extension to Certificate of Registry – SEABULK BATON ROUGE | | | | |
| 180 | 006883 – 006888 | Correspondence from Lugenbuhl, Wheaton, Peck, Rankin & Hubbard to Steve Finch | | | | |
| 181 | 007177 – 007179 | "RBL" draft of letter from Hvide Marine Incorporated to Oceanografia | | | | |
| 182 | 007209 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 183 | 007290 – 007291 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 184 | 007293 – 007294 | Correspondence from Hvide Marine to Oceanografia SEABULK CAMERON and SEABULK SABINE | | | | |
| 185 | 007295 | Correspondence from Oceanografia to Seabulk Offshore | | | | |
| 186 | 007430 – 007433 | Correspondence from Gerald Hoffmann to Amado | | | | |
| 187 | 007497 | Correspondence from Hvide Marine to Sweeney, Brauninger, Ludt, Cancienne, Malone, Markoff, Kimbrell and Brantner | | | | |
| 188 | 007536 – 007554 | Bareboat Charter Agreement between Seabulk Offshore and Oceanografia | | | | |
| 189 | 007578 – 007579 | Side Letter from Hvide Marine to Oceanografia | | | | |
| 190 | 007582 | Side Letter from Hvide Marine to Oceanografia | | | | |
| 191 | 00069 | Seabulk Offshore, Ltd. SEABULK CAMERON Payables | | | | |
| 192 | 000349 – 000350 | Correspondence from Hvide Marine to Amado | | | | |
| 193 | 002020 – 002041 | Bareboat Charter Agreement – SEABULK CAMERON | | | | |
| 194 | 004407 – 004427 | Seabulk de Mexico Vessels Expense Report – SEABULK CAMERON | | | | |

| Number | Bate Stamp | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 195 | 004593 – 004622 | Seabulk de Mexico Vessels Expense Report – SEABULK CAMERON | | | | |
| 196 | 006184 | Expenses paid by SOL – SEABULK CAMERON | | | | |
| 197 | 006660 – 006661 | Correspondence from Hvide Marine Incorporated to Amada Yanez Amado | | | | |
| 198 | 006883 – 006888 | Correspondence from Lugenbuhl, Wheaton, Peck, Rankin & Hubbard to Steve Finch | | | | |
| 199 | 007177 – 007179 | "RBL" draft of letter from Hvide Marine Incorporated to Oceanografia | | | | |
| 200 | 007209 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 201 | 007290 – 007291 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 202 | 007293 – 007294 | Correspondence from Hvide Marine to Oceanografia | | | | |
| 203 | 007295 | Correspondence from Oceanografia to Seabulk Offshore | | | | |
| 204 | 007428 – 007429 | Correspondence from Andy Brauninger to Wesley Freeman | | | | |
| 205 | 007430 – 007433 | Correspondence from Gerald Hoffmann to Amado | | | | |
| 206 | 007497 | Correspondence from Hvide Marine to Sweeney, Brauninger, Ludt, Cancienne, Malone, Markoff, Kimbrell and Brantner | | | | |
| 207 | 007555 – 007573 | Bareboat Charter Agreement SEABULK CAMERON | | | | |
| 208 | 007576 – 007577 | Side Letter from Hvide Marine to Oceanografia | | | | |
| 209 | 007635 | Handwritten specifications on CAMERON, SABINE, SARASOTA, MAVERICK, BOLIVAR, BALDWIN and LEE | | | | |
| 210 | 00070 | Seabulk Offshore, Ltd. SEABULK COLORADO Purchases | | | | |
| 211 | 000272 – 000290 | Bareboat Charter Agreement SEABULK COLORADO | | | | |
| 212 | 000351 – 000352 | Correspondence from Hvide Marine to Amado | | | | |
| 213 | 002042 – 002062 | Bareboat Charter Agreement – SEABULK COLORADO | | | | |
| 214 | 002463 – 002792 | Daily Master's Log – SEABULK COLORADO | | | | |
| 215 | 004465 – 004484 | Seabulk de Mexico Vessels Expense Report – SEABULK COLORADO | | | | |
| 216 | 004699 – 004978 | Seabulk de Mexico Vessels Expense Report – SEABULK COLORADO | | | | |
| 217 | 006683 – 006684 | Correspondence from Hvide Marine, Inc. and Amado | | | | |
| 218 | 006685 – 006703 | Bareboat Charter Agreement – SEABULK COLORADO | | | | |

| Number | Bate Stamp | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 219 | 006872 | Certificate of Documentation SEABULK COLORADO | | | | |
| 220 | 007202 – 007203 | Correspondence from Amado to Seabulk | | | | |
| 221 | 007236 – 007238 | Correspondence from Amado to Gerald Hoffmann | | | | |
| 223 | 007331 – 007335 | Correspondence from Seabulk Offshore to Amado | | | | |
| 224 | 007497 | Correspondence from Hvide Marine to Sweeney, Brauninger, Ludt, Cancienne, Malone, Markoff, Kimbrell and Brantner | | | | |
| 225 | 007498 – 007516 | Bareboat Charter Agreement SEABULK COLORADO | | | | |
| 226 | 00080 – 00081 | Seabulk Offshore, Ltd. SEABULK SABINE Payroll and Payables | | | | |
| 227 | 000306 – 000324 | Bareboat Charter Agreement between Seabulk Sabine, Inc. and Oceanografia, S. A. de C. V. | | | | |
| 228 | 000353 – 000354 | Correspondence from Hvide Marine to Amado | | | | |
| 229 | 002063 – 002083 | Bareboat Charter Agreement – SEABULK SABINE | | | | |
| 230 | 004571 | Seabulk de Mexico Vessels Expense Report – SEABULK SABINE | | | | |
| 231 | 006174 | Expenses paid by SOL – SEABULK SABINE | | | | |
| 232 | 006722  006723 | Correspondence from Hvide Marine Incorporated to Amado | | | | |
| 233 | 006724 – 006742 | Bareboat Charter Agreement between SEABULK SABINE | | | | |
| 234 | 006878 | Republic of the Marshall Islands Extension to Certificate of Registry – SEABULK SABINE | | | | |
| 235 | 006883 – 006888 | Correspondence from Lugenbuhl, Wheaton, Peck, Rankin & Hubbard to Steve Finch | | | | |
| 236 | 007177 – 007179 | "RBL" draft of letter from Hvide Marine Incorporated to Oceanografia | | | | |
| 237 | 007209 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 238 | 007290 – 007291 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 239 | 007293 – 007294 | Correspondence from Hvide Marine to Oceanografia | | | | |
| 240 | 007295 | Correspondence from Oceanografia to Seabulk Offshore | | | | |
| 241 | 007428 – 007429 | Correspondence from Andy Brauninger to Wesley Freeman | | | | |
| 242 | 007430 – 007433 | Correspondence from Gerald Hoffmann to Amado | | | | |

| Number | Bate Stamp | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 243 | 007497 | Correspondence from Hvide Marine to Sweeney, Brauninger, Ludt, Cancienne, Malone, Markoff, Kimbrell and Brantner | | | | |
| 244 | 007596 – 007614 | Bareboat Charter Agreement SEABULK Sabine | | | | |
| 245 | 007635 | Handwritten specifications on CAMERON, SABINE, SARASOTA, MAVERICK, BOLIVAR, BALDWIN and LEE | | | | |

## CHARTER AGREEMENTS

| Number | Bate Stamped | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 246 | 00001 – 00019 | Bareboat Charter Agreement SEABULK AUSTIN | | | | |
| 247 | 00020 – 00021 | Correspondence from Hvide Marine to Amado | | | | |
| 248 | 00098 | List of Tugs and Supply Boats | | | | |
| 249 | 00099 – 00109 | Uniform Time Charter Party for Offshore Service Vessels | | | | |
| 250 | 00110 – 00119 | Uniform Time Charter Party for Offshore Service Vessels | | | | |
| 251 | 00120 – 00131 | Uniform Time Charter Party for Offshore Service Vessels | | | | |
| 252 | 00132 – 00141 | Uniform Time Charter Party for Offshore Service Vessels | | | | |
| 253 | 00142 – 000163 | Bareboat Charter Agreement between Seabulk Carolyn | | | | |
| 254 | 000164 – 000187 | Bareboat Charter Agreement between Seabulk Katie | | | | |
| 255 | 00099 – 00109 | Uniform Time Charter Party for Offshore Service Vessels | | | | |
| 256 | 00110 – 00119 | Uniform Time Charter Party for Offshore Service Vessels | | | | |
| 257 | 00120 – 00131 | Uniform Time Charter Party for Offshore Service Vessels | | | | |
| 258 | 00132 – 00141 | Uniform Time Charter Party for Offshore Service Vessels | | | | |
| 259 | 00142 – 000163 | Bareboat Charter Agreement between Seabulk Carolyn . | | | | |
| 260 | 000164 – 000187 | Bareboat Charter Agreement between Seabulk Katie | | | | |
| 261 | 000188 – 000213 | Vessel Management Agreement between Seabulk Offshore de Mexico, S. A. de C. V. and Oceanografia, S. A. de C. V. | | | | |
| 262 | 000214 – 000232 | Bareboat Charter Agreement SEABULK AUSTIN | | | | |

173039                                           11

| Number | Bate Stamp | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 263 | 000233 – 000251 | Bareboat Charter Agreement Baton Rouge | | | | |
| 264 | 00252 – 000271 | Bareboat Charter Agreement SEABULK CAROLYN | | | | |
| 265 | 000272 – 000290 | Bareboat Charter Agreement SEABULK COLORADO | | | | |
| 266 | 000291 – 000305 | Uniform Time Charter Party for Offshore Service Vessels | | | | |
| 267 | 000306 – 000324 | Bareboat Charter Agreement Seabulk Sabine | | | | |
| 268 | 000325 – 000343 | Bareboat Charter Agreement SEABULK ST. ANDREW | | | | |
| 269 | 000344 – 000345 | Correspondence from Hvide Marine to Amado regarding Bareboat Charter Agreement – SEABULK AUSTIN | | | | |
| 270 | 000346 | Correspondence from Hvide Marine to Amado regarding Bareboat Charter Agreement charter rate SEABULK BATON ROUGE | | | | |
| 271 | 000347 – 000348 | Correspondence from Hvide Marine to Amado | | | | |
| 272 | 000349 – 000350 | Correspondence from Hvide Marine to Amado | | | | |
| 273 | 000351 – 000352 | Correspondence from Hvide Marine to Amado | | | | |
| 274 | 000353 – 000354 | Correspondence from Hvide Marine to Amado | | | | |
| 275 | 000355 – 000356 | Correspondence from Hvide Marine to Amado | | | | |
| 276 | 001446 – 001447 | Proposed Terms of Memorandum | | | | |
| 277 | 001449 | Correspondence from Hvide Marine to Amado | | | | |
| 278 | 001450 – 001454 | Undertaking of Owner and Bareboat Charterer in Favor of Marshall Islands Maritime Administrator | | | | |
| 279 | 001499 – 001504 | Time Charter of Two Fast Crew Boats | | | | |
| 280 | 001505 – 001508 | Time Charter of One Supply Boat | | | | |
| 281 | 001663 – 001667 | Correspondence from Seabulk Offshore to Amado | | | | |
| 282 | 001686  001691 | Correspondence from Seabulk Offshore to Amado | | | | |
| 283 | 001692 – 001698 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 284 | 001699 – 001703 | Correspondence from Seabulk Offshore to Amado | | | | |
| 285 | 001735 | Seabulk Offshore invoice to Oceanografia | | | | |
| 286 | 001756 – 001757 | Correspondence from Hvide Marine to Amado | | | | |

173039                                         12

| Number | Bate Stamp | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 287 | 001768 – 001786 | Bareboat Charter Agreement SEABULK AUSTIN | | | | |
| 288 | 001890 – 001893 | Uniform Charter Party | | | | |
| 289 | 001894 | Vessel Charter Form – SEABULK ST. ANDREW | | | | |
| 290 | 001948 – 001966 | Bareboat Charter Agreement SEABULK ST. ANDREW | | | | |
| 291 | 001967 – 001977 | Uniform Time Charter – SEABULK RHODE ISLAND | | | | |
| 292 | 001978 – 001998 | Bareboat Charter Agreement – SEABULK AUSTIN | | | | |
| 293 | 001999 – 002019 | Bareboat Charter Agreement SEABULK BATON ROUGE | | | | |
| 294 | 002020 – 002041 | Bareboat Charter Agreement – SEABULK CAMERON | | | | |
| 295 | 002042 – 002062 | Bareboat Charter Agreement – SEABULK COLORADO | | | | |
| 296 | 002063 – 002083 | Bareboat Charter Agreement – SEABULK SABINE | | | | |
| 297 | 002084 – 002104 | Bareboat Charter Agreement – SEABULK ST. ANDREW | | | | |
| 298 | 006292 – 006414 | Pemex charter documents in Spanish | | | | |
| 299 | 006616 – 006617 | Correspondence from Hvide Marine Incorporated to Amado regarding SEABULK AUSTIN bareboat charter agreement | | | | |
| 300 | 006618 – 006636 | Bareboat Charter Agreement – SEABULK AUSTIN | | | | |
| 301 | 006637 – 006638 | Correspondence from Hvide Maine Incorporated to Amado | | | | |
| 302 | 006639 – 006640 | Correspondence from Hvide Marine, Inc. to Amado | | | | |
| 303 | 006641 – 006659 | Bareboat Charter Agreement between Seabulk Baton Rouge, Inc. and Oceanografia | | | | |
| 304 | 006660 – 006661 | Correspondence from Hvide Marine Incorporated to Amada Yanez Amado | | | | |
| 305 | 006662 – 006682 | Bareboat Charter Agreement Seabulk Carolyn, Inc. | | | | |
| 306 | 006683 – 006684 | Correspondence from Hvide Marine, Inc. and Amado | | | | |
| 307 | 006685 – 006703 | Bareboat Charter Agreement SEABULK COLORADO | | | | |
| 308 | 006704 – 006721 | Bareboat Charter Agreement – SEABULK DELAWARE | | | | |
| 309 | 006722 – 006723 | Correspondence from Hvide Marine Incorporated to Amado | | | | |
| 310 | 006724 – 006742 | Bareboat Charter Agreement Seabulk Sabine, Inc. | | | | |
| 311 | 006743 – 006764 | Bareboat Charter Agreement Seabulk Carolyn, Inc. | | | | |

173039

| Number | Bate Stamp | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 312 | 006765 – 006788 | Bareboat Charter Agreement Seabulk Katie, Inc. | | | | |
| 313 | 006789 – 006790 | Correspondence from Hvide Marine Incorporated to Amado | | | | |
| 314 | 006791 – 006809 | Bareboat Charter Agreement SEABULK ST. ANDREW | | | | |
| 315 | 006810 – 006820 | Uniform Time Charter Party for Offshore Service Vessels – KINSMAN CONDOR | | | | |
| 316 | 006821 – 006831 | Uniform Time Charter Party for Offshore Service Vessels – KINSMAN CONDOR | | | | |
| 317 | 006832 – 006841 | Uniform Time Charter Party for Offshore Service Vessels – VIGILANTE | | | | |
| 318 | 006842 – 006853 | Uniform Time Charter Party for Offshore Service Vessels – KINSMAN EAGLE II | | | | |
| 319 | 006854 – 006868 | Uniform Time Charter Party for Offshore Service Vessels – SEABULK RHODE ISLAND | | | | |
| 320 | 006999 | Charter Rates | | | | |
| 321 | 007002 | Invoice from Seabulk Offshore to Oceanografia | | | | |
| 322 | 007002 | Invoice from Seabulk Offshore to Oceanografia | | | | |
| 323 | 007259 – 007260 | Correspondence from Oceanografia to Seabulk | | | | |
| 324 | 007292 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 325 | 007331 – 007335 | Correspondence from Seabulk Offshore to Amado | | | | |
| 326 | 007336 – 007337 | Fax cover sheet from Seabulk Offshore to Amado | | | | |
| 327 | 007363 | Correspondence from Seabulk Offshore to Amado | | | | |
| 328 | 007367 – 007371 | Fax from Amado to Seabulk Offshore | | | | |
| 329 | 007383 | E-mail from Amado to Andy Brauninger | | | | |
| 330 | 007416 – 007420 | Correspondence from Oceanografia to Andy Brauninger | | | | |
| 331 | 007436 – 007438 | Correspondence from Seabulk Offshore to Oceanografia | | | | |
| 332 | 007456 | Correspondence from Seabulk Offshore to Amado | | | | |
| 333 | 007463 – 007468 | Correspondence from Seabulk Offshore to Amado | | | | |
| 334 | 007469 | Correspondence from Gerald Hoffmann to Amado | | | | |
| 335 | 007470 – 007485 | Correspondence from Oceanografia to Seabulk Offshore | | | | |

| Number | Bate Stamp | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 336 | 007486 – 007496 | Correspondence from Hvide Marine [Zorkers] to Amado | | | | |
| 337 | 007497 | Correspondence from Hvide Marine to Sweeney, Brauninger, Ludt, Cancienne, Malone, Markoff, Kimbrell and Brantner | | | | |
| 338 | 007498 – 007516 | Bareboat Charter SEABULK COLORADO | | | | |
| 339 | 007517 – 007535 | Bareboat Charter SEABULK AUSTIN | | | | |
| 340 | 007536 – 007554 | Bareboat Charter Agreement SEABULK BATON ROUGE | | | | |
| 341 | 007555 – 007573 | Bareboat Charter Agreement SEABULK CAMERON | | | | |
| 342 | 007574 – 007575 | Side Letter from Hvide Marine to Oceanografia | | | | |
| 343 | 007576 – 007577 | Side Letter from Hvide Marine to Oceanografia | | | | |
| 344 | 007578 – 007579 | Side Letter from Hvide Marine to Oceanografia | | | | |
| 345 | 007580 – 007581 | Side Letter from Hvide Marine to Oceanografia | | | | |
| 346 | 007582 | Side Letter from Hvide Marine to Oceanografia | | | | |
| 347 | 007583 – 007595 | Shareholders' Agreement between Hvide Marine Towing, Inc. and Oceanografia S. A. de C. V. | | | | |
| 348 | 007596 – 007614 | Bareboat Charter Agreement SEABULK Sabine | | | | |
| 349 | 007615 – 007633 | Bareboat Charter Agreement SEABULK ST. ANDREW | | | | |
| 350 | 007711 – 007743 | Pemex Caratula de Contrato | | | | |
| 351 | 007744 – 007775 | Pemex Caratula de Contrato | | | | |
| 352 | 007782 – 007793 | Fax from Amado to Andy Brauninger | | | | |
| 353 | 007997 | E-mail from Andy Brauninger to Gerald Hoffmann | | | | |
| 354 | 007870 – 007872 | Bareboat Charter SEABULK DELAWARE | | | | |
| | OCEAN 00333 | Pemex document for SEABULK RHODE ISLAND in Spanish | | | | |
| 355 | 008156  008164 | Correspondence from Gerald Hoffmann to Amado | | | | |
| 356 | 00022 – 00033 | Vessel Management Agreement between Seabulk Offshore de Mexico, S. A. de C. V. and Oceanografia, S. A. de C. V. | | | | |
| 357 | 00034 | Proposed Structure of Seabulk Offshore Limited's Mexican Operations | | | | |

173039                              15

| Number | Bate Stamp | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 358 | 000188 – 000213 | Vessel Management Agreement between Seabulk Offshore de Mexico, S. A. de C. V. and Oceanografia, S. A. de C. V. | | | | |
| 359 | 000357 – 000375 | Shareholders' Agreement between Tampa Bay Towing, Inc. ["the Hvide member"] and Oceanografia, S. A. de C. V. | | | | |
| 360 | 000376 – 000388 | Shareholders' Agreement between Hvide Marine Towing, Inc. and Oceanografia, S. A. de C. V. | | | | |
| 361 | 001787 – 001798 | Vessel Management Agreement between Seabulk Offshore de Mexico, S.A. de C.V. and Oceanografia, S.A. de C.V. | | | | |
| 362 | 001799 | Proposed Structure of Seabulk Offshore Limited's Mexican Operations | | | | |
| 363 | 001800 – 001812 | Shareholders' Agreement by and between Hvide Marine Towing, Inc. and Oceanografia, S.A. de C.V. | | | | |
| 364 | 006591 – 006603 | Shareholders' Agreement between Hvide Marine Towing, Inc. and Oceanografia | | | | |
| 365 | 006604 – 006615 | Vessel Management Agreement between Seabulk Offshore de Mexico, S.A. de C.V. and Oceanografia, S.A. de C.V. | | | | |
| 366 | 007486 – 007496 | Correspondence from Hvide Marine [Zorkers] to Amado | | | | |
| 367 | 007497 | Correspondence from Hvide Marine to Sweeney, Brauninger, Ludt, Cancienne, Malone, Markoff, Kimbrell and Brantner | | | | |
| 368 | 007583 – 007595 | Shareholders' Agreement between Hvide Marine Towing, Inc. and Oceanografia S. A. de C. V. | | | | |
| 369 | 00035 – 00042 | Seabulk International, Inc. Interoffice Memorandum | | | | |
| 370 | 00094 – 00096 | Credits Memos and Debit Memos Issued to Oceanografia | | | | |
| 371 | 001237 – 001238 | Detroit Diesel-Allison Mexico invoices | | | | |
| 372 | 001258 | Seabulk Offshore Incident Report | | | | |
| 373 | 001259 – 001262 | Detroit Diesel – Allison Mexico Inspection Report | | | | |
| 374 | 001263 | Correspondence from Marsh, Inc. to Seabulk International | | | | |
| 375 | 001464 – 001465 | Hvide Marine Incorporated Secretary's Certificate | | | | |
| 376 | 001487 | Correspondence from Seabulk Offshore to Amado | | | | |

| Number | Bate Stamp | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 377 | 001488 | Correspondence from Seabulk Offshore to Amado | | | | |
| 378 | 12846 – 012911 | Accounting information and corresponding invoice support | | | | |
| 379 | 12912 - 13370 | Accounting information and corresponding invoice support for 1999 | | | | |
| 380 | 13371 – 13623 | Accounting information and corresponding invoice support for 1999 | | | | |
| 381 | 13624 – 13921 | Accounting information and corresponding invoice support for 1999 | | | | |
| 382 | 13922 – 14480 | Accounting information and corresponding invoice support for 2000 | | | | |
| 383 | 14481 – 15051 | Accounting information and corresponding invoice support for 2001-2002 | | | | |
| 384 | 015052 - 015228 | Attorney Fee Bill Statements for the Kleberg Law Firm from June 21, 2001, to January 17, 2003 | | | | |
| 385 | 10102-10219 | SEABULK ST. TAMMANY Time Charter agreement. | | | | |
| 386 | 10220-10344 | SEABULK ST. ANDREW Time Charter agreement. | | | | |
| 387 | OCEAN.0001 – OCEAN.0016 | KPMG Accounting Review | | | | |
| 388 | OSA.018636 – OSA.018753 | American Express charges for Amado Yanez Correa | | | | |
| 389 | OSA.018754 – OSA.018984 | American Express charges for Alberto Duarte Martinez | | | | |
| 390 | 001813 | Bills of Sale for Vessels | | | | |
| 391 | OCEAN.00865 – OCEAN.00870 | Sale of Vessel | | | | |
| 392 | OCEAN.00864 | Contract list | | | | |
| 393 | 008779 | Correspondence from Steve Finch to KPMG | | | | |
| 394 | Exhibit A | General Ledger of Seabulk Towing, Inc., as contained in file boxes marked A1-A4. | | | | |
| 395 | Exhibit B | Merrill Lynch Documents, consisting of Marshall Business Records Binders marked B1-B8. | | | | |
| 396 | Exhibit C | Exhibits attached to Plaintiffs' Second Amended Petition, consisting of Exhibits Marked C1 to C18. | | | | |
| 397 | Exhibit D | Exhibits attached to Plaintiffs' Third Amended Petition, consisting of Exhibits marked D1 to D8. | | | | |

| Nu mb er | Bate Stamp | Description | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 398 | Exhibit E | Exhibits attached to Plaintiffs' Motion for Sanctions Up to and Including Default, consisting of Exhibits marked J1 to J17. | | | | |
| 399 | OCEAN RPD 3 | Operations Manual | | | | |
| 400 | Exhibit F | Video Tape of Amado Yanez Osuna Deposition | | | | |
| 401 | Exhibit G | Expert Reports of Ignacio D. Garza, CPA | | | | |
| 402 | Exhibit H | Supplemental Expert Report of Ignacio D. Garza, CPA | | | | |

173039

18

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
| | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |

**PLAINTIFFS' FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**A.     FINDINGS OF FACT.**

1.     Commencing with the effective date of January 1, 1999, Seabulk Offshore ("Offshore") entered into a number of bareboat charter agreements to furnish vessels to Defendant Oceanografia, which Oceanografia in turn, time-chartered to PEMEX, the Mexican national oil company, which vessels were employed in support of PEMEX exploration and development of oil and gas prospects in the Bay of Campeche.

2.     Offshore bareboat chartered to Oceanografia the following vessels:   M/V SEABULK AUSTIN, M/V SEABULK BATON ROUGE, M/V SEABULK CAMERON, M/V SEABULK COLORADO, M/V SEABULK DELAWARE, M/V SEABULK SABINE, M/V SEABULK ST. ANDREW and M/V SEABULK ST. TAMMANY.   All vessels were in good, seaworthy condition.

3.     Oceanografia then time-chartered these bareboat chartered vessels to PEMEX, the Mexican national oil company.



EXHIBIT
B
FALCON-DALLAS, TX

4.     All vessels bareboat chartered from Seabulk and its various subsidiaries to Oceanografia had joint inspections performed by PEMEX, Oceanografia and Seabulk, upon delivery to PEMEX in Mexico.

5.     PEMEX accepted these vessels for time charter from Oceanografia, with no restrictions.

6.     Oceanografia, as bareboat charterer, was responsible for all expenses associated with the operation of the vessels, except P & I and Hull insurance on the vessels, and drydocking expenses, together with the agreed charter hire.

7.     Oceanografia did not pay operating expenses for the vessels including crew wages and travel expenses, supplies and consumables, and third-party invoices for items including but not limited to, repairs, parts and other necessaries.

8.     Pursuant to the advances clauses in the bareboat charters, Offshore made advances to the vessels for necessaries for crew wages and travel expenses, supplies and consumables and expenses incurred with third parties for the operation and maintenance of the bareboat chartered vessels.

9.     Seabulk Towing, and Defendant Oceanografia S.A. de C.V. formed a joint venture company known as Seabulk Offshore de Mexico S.A. de C.V., which is owned 49% by Seabulk Towing and 51% by Oceanografia.

10.     The joint venture was to have received the time-charter revenue on the vessels including revenues from PEMEX, less a 7.5% commission payable to Oceanografia. Oceanografia, however, has failed and refused to account for the time-charter revenue.

11.     The joint venture company, a majority of the shares of which was owned by Oceanografia acted an agent for Oceanografia, but it did not provide services on behalf of

Oceanografia for which Oceanografia was obligated under the bareboat charter agreements, including the crewing and arranging of supplies and maintenance for the vessels which Oceanografia chartered from Seabulk Offshore.

12. The joint venture did not pay crew wages and third-party suppliers on behalf of Oceanografia, therefore Seabulk advanced those expenses under the bareboat charters to Oceanografia.

13. Oceanografia did not account for or pay any profits arising from the joint venture.

14. The amount of the profits that have accrued in the joint venture is $_____.

15. There have been no distributions to Seabulk Towing of any profits from the joint venture known as Seabulk Offshore de Mexico.

16. Amado Yañez Osuna treated Oceanografia as his own, private entity, rather than a corporate entity. He diverted the time-charter hire from Seabulk Offshore de Mexico to Oceanografia, and then withdrew or diverted the assets of Oceanografia to himself or other business entities owned or controlled by Yañez Osuna.

17. Amado Yañez Osuna is General Director of Oceanografia and owns 90% of Oceanografia.

18. Amado Yañez Osuna owns a house located at 5 Camden Circle, Sugarland, Texas, as well as Account No. 179-9061735-65 at Chase Bank's offices in Houston, Texas.

19. Seabulk Offshore had paid, incurred or advanced the following: (1) charter hire, $371,203.53 and operating expenses, $40,063.04, totaling $411,266.57; (2) payroll and third party expenses, $2,420,838.26; (3) redelivery expenses, $60,681.22, for a total of $2,892,786.05.

20.    The amount of attorneys' fees incurred by Seabulk Offshore and Seabulk Towing is $_____. The amount of appellate attorneys' fees estimated to be needed to appeal, or defend an appeal, in this case is $_____.

**B.    CONCLUSIONS OF LAW**

1.    Federal Rules of Civil Procedure Rule 9(h) controls the disposition of this case, as the claims are admiralty and maritime claims.

2.    Rule B of the Supplemental Rules of Admiralty, allows for attachment of the Defendants' goods and chattels, when the defendant is not found in the district.

3.    Attachment is proper and authorized in this case.

4..    Oceanografia breached its contractual obligations in this case and is required to reimburse Seabulk for the advances and expenses, for a total of $2,892.786.05.

5.    Defendants are not entitled to any set-off.

6.    Defendants have not proved any excuse for their actions and inactions.

7.    Plaintiff, Seabulk Towing, is entitled to recover its percentage of joint venture profits in the amount of $_____.

8.    Plaintiffs recover attorneys fees in the amount of $_____ and prejudgment and post-judgment interest runs on the amounts of advances, expenses and joint venture profits.

9.    Amado Yañez Osuna is the alter ego of Oceanografia and is, therefore, individually and jointly and severally liable to Plaintiffs.

10.    Plaintiffs are entitled to the maritime attachment of the Merrill Lynch investment accounts, No. 53C-07119 and No. 101-1730 and of Amado Yañez Osuna's Account No. 179-9061735-65 at Chase Bank's offices in Houston, Texas, and of his residence at 5 Camden Circle,

Sugar Land, Texas, and the trust account of Harris & Rufty, L.L.C., No. 0110861574 at Bank One Louisiana, N.A.

SIGNED on this _____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

Date: _____    _____
                                 Frank L. McNiff, Jr.
                                 State Bar No. 13839020
                                 Federal ID No. 12595
                                 James F. Buchanan
                                 State Bar No. 03287500
                                 Federal ID No. 0328
                                 800 N. Shoreline Blvd., Suite 900 North
                                 Corpus Christi, Texas 78401
                                 (361) 693-8500 Telephone
                                 (361) 693-8600 Facsimile

                                 **ATTORNEYS FOR PLAINTIFFS
                                 SEABULK TOWING, INC., a/k/a
                                 HVIDE MARINE TOWING, INC.,
                                 and SEABULK OFFSHORE, LTD.**

173737                          5