# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SEABULK TOWING, INC., ET AL | * | |
| vs | * | CIVIL ACTION NO. B01-094 (636(c)) |
| OCEANOGRAFIA S.A. de C.V., ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## FINAL PRETRIAL AND BENCH TRIAL

### March 31, 2003, 9:00 A.M.
(FINAL PRETRIAL RESET FROM 3/26/03)

### BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520

BY ORDER OF THE COURT

March 25, 2003

cc:   Counsel of Record