IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SEABULK TOWING, INC., f/k/a § | |
| HVIDE MARINE TOWING, INC., § | |
| and SEABULK OFFSHORE, LTD. § | |
| Plaintiffs § | CIVIL ACTION NO. B-01-094 |
| § | |
| V. § | In Admiralty |
| § | |
| OCEANOGRAFIA S.A. de C.V. and § | |
| AMADO YANEZ OSUNA § | |
| Defendants § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES JUDGE FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

COME NOW Plaintiffs, Seabulk Towing, Inc. and Seabulk Offshore, Ltd. ("Plaintiffs") and Defendants and Counter-claimants, Oceanografia S.A. de C.V. and Amado Yanez Osuna ("Defendants") and file this Joint Motion to Dismiss with Prejudice and entry of final judgment pursuant to Rule 42 of the Federal Rules of Civil Procedure, and would respectfully show onto the Court as follows:

I.

All matters in controversy between Plaintiffs and Defendants have been compromised and settled.

II.

Plaintiffs and Defendants have agreed that this action against Defendants will be dismissed with prejudice, and any and all claims or causes of action that Defendants' counter-claim against Plaintiffs is also dismissed with prejudice.

III.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Seabulk Towing, Inc. and Seabulk Offshore, Ltd., and Defendants/Counter-claimants, Oceanografia S.A. de C.V. and Amado Yanez

Osuna, respectfully pray that this Court grant their Joint Motion to Dismiss with Prejudice, release the attached funds of Defendants Oceanografia S.A. de C.V. and Amado Yanez Osuna, with each party to bear their own costs.

Respectfully submitted,

*Frank L. McNiff, by perm.*
Frank L. McNiff, Jr.
State Bar No. 07419100
Federal ID No. 12595
James F. Buchanan
State Bar No. 03287500
Federal ID No. 0328
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas 78401
(361) 693-8500
(361) 693-8600 - Fax

ATTORNEYS FOR PLAINTIFFS

James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P. O. Box 3509
Brownsville, Texas 78523-3509
(956) 542-4377
(956) 542-4370 – Fax

Alfred J. Rufty III
Admission No. 29457
HARRIS & RUFTY, L.L.C.
1450 Poydras St., Suite 1510
New Orleans, LA 70112
(504) 525-7500
(504) 525-7222 - Fax

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF CONSULTATION

I hereby certify that I have conferred with the attorney for Oceanografia S.A. de C.V. and Amado Yanez Osuna and he agrees to the Joint Motion to Dismiss with Prejudice.

*[signature]*
Frank L. McNiff, Jr.

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was delivered to all counsel of record on the 28th day of March, 2003

Alfred J. Rufty III
HARRIS & RUFTY, L.L.C.
1450 Poydras St., Suite 1510
New Orleans, LA 70112

James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P. O. Box 3509
Brownsville, Texas 78523-3509

*[signature]*
Frank L. McNiff, Jr.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SEABULK TOWING, INC., f/k/a | § | |
| HVIDE MARINE TOWING, INC., | § | |
| and SEABULK OFFSHORE, LTD. | § | |
|     Plaintiffs | § | CIVIL ACTION NO. B-01-094 |
| | § | |
| V. | § | In Admiralty |
| | § | |
| OCEANOGRAFIA S.A. de C.V. and | § | |
| AMADO YANEZ OSUNA | § | |
|     Defendants | § | |

## AGREED ORDER OF DISMISSAL

On this day came on to be heard the Joint Motion to Dismiss With Prejudice of the above-referenced parties in the above-entitled and numbered cause, seeking dismissal of their respective causes of action with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

It is, therefore, ORDERED, ADJUDGED AND DECREED that the above-entitled and numbered case be dismissed with prejudice to the rights of Plaintiffs and/or Defendants/Counter-Claimants to re-file same or any part thereof. All costs of court are taxed against the party incurring them, for the collection of which execution may issue; and that the U.S. Marshal is directed to release the following bank accounts of Oceanografia S.A. de C.V. and Amado Yanez Osuna: Merrill Lynch Account No. 53C07119 and Account No. 53C11381.

The Clerk shall send a copy of this Order to counsel for all parties.

DONE at Brownsville, Texas this _____ day of _____, 2003.

                                                                             HON. FELIX RECIO
                                                                             UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

_Frank L. McNiff, by perm._ /s/

Frank L. McNiff, Jr.
James F. Buchanan
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas 78401
(361) 693-8500
(361) 693-8600 - Fax

ATTORNEYS FOR PLAINTIFFS

_/s/_

James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY
 & WILLIAMS, L.L.P.
P. O. Box 3509
Brownsville, Texas 78523-3509
(956) 542-4377
(956) 542-4370 – Fax

Alfred J. Rufty III
HARRIS & RUFTY, L.L.C.
1450 Poydras St., Suite 1510
New Orleans, LA 70112
(504) 525-7500
(504) 525-7222 - Fax

ATTORNEYS FOR DEFENDANTS/
COUNTER-CLAIMANTS

49499:1052277.1:032803

-5-