IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 3 1 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SEABULK TOWING, INC., f/k/a § <br> HVIDE MARINE TOWING, INC., § <br> and SEABULK OFFSHORE, LTD. § <br> Plaintiffs § <br> § <br> V. § <br> § <br> OCEANOGRAFIA S.A. de C.V. and § <br> AMADO YANEZ OSUNA § <br> Defendants § | CIVIL ACTION NO. B-01-094 <br> (636(c)) <br> In Admiralty |

## AGREED ORDER OF DISMISSAL

On this day came on to be heard the Joint Motion to Dismiss With Prejudice of the above-referenced parties in the above-entitled and numbered cause, seeking dismissal of their respective causes of action with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

It is, therefore, ORDERED, ADJUDGED AND DECREED that the above-entitled and numbered case be dismissed with prejudice to the rights of Plaintiffs and/or Defendants/Counter-Claimants to re-file same or any part thereof. All costs of court are taxed against the party incurring them, for the collection of which execution may issue; and that the U.S. Marshal is directed to release the following bank accounts of Oceanografia S.A. de C.V. and Amado Yanez Osuna: Merrill Lynch Account No. 53C07119 and Account No. 53C11381.

The Clerk shall send a copy of this Order to counsel for all parties.

DONE at Brownsville, Texas this 31st day of March, 2003.

_____
HON. FELIX RECIO
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

*Frank L. McNiff, by perm.*

Frank L. McNiff, Jr.
James F. Buchanan
THE KLEBERG LAW FIRM
800 N. Shoreline Blvd., Suite 900 North
Corpus Christi, Texas 78401
(361) 693-8500
(361) 693-8600 - Fax

ATTORNEYS FOR PLAINTIFFS


James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY
 & WILLIAMS, L.L.P.
P. O. Box 3509
Brownsville, Texas 78523-3509
(956) 542-4377
(956) 542-4370 – Fax

Alfred J. Rufty III
HARRIS & RUFTY, L.L.C.
1450 Poydras St., Suite 1510
New Orleans, LA 70112
(504) 525-7500
(504) 525-7222 - Fax

ATTORNEYS FOR DEFENDANTS/
COUNTER-CLAIMANTS